USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR.

Case No. 05-CR-0621 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

On June 24, 2005, Defendant applied for a modification to the conditions of his home detention. The Government responded the same day, opposing the modifications requested by Defendant but agreeing to allow Defendant to leave his home for certain limited purposes up to three days a week and only with prior approval of the Pretrial Services Agency. After reviewing the parties' submissions and after consulting with the Pretrial Services Agency, the Court ORDERS the following modifications to the conditions of Defendants' home confinement:

1. Defendant may leave his home to attend religious services on Sunday at a regular time to be determined in advance by the Pretrial Services Agency.

2. Defendant may leave his home the same weekday each week, on a day and time, and for a duration, to be determined in advance by the Pretrial Services Agency, to take care of other needs, including attending religious services, food shopping, meeting with counsel, banking, and visiting doctors.

3. All other requests for Defendant to leave his home must be submitted to the Pretrial Services Agency for approval 48 hours in advance.

SO ORDERED.

Dated:   June 27, 2005
         New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE