```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR,

                Defendant.

Case No. 05-CR-0621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    As stated on the record during today's conference, it is hereby

    ORDERED that the application of Susan R. Necheles to withdraw as counsel of record is GRANTED. It is further

    ORDERED that Jeffrey Hoffman is appointed as counsel for Mr. Vilar for limited purposes. The issue of Defendant's representation shall be resolved at the status conference scheduled for **July 20, 2005** at **4:30 pm**. It is further

    ORDERED that Defendant's bail conditions are modified as follows:

- Defendant is not required to post his paintings as collateral to secure his bail requirements.

- In lieu of the paintings, Alfred Heitkoenig will post his house, valued at approximately $580,000, as collateral to secure Defendant's bail. Defendant is required to submit a confession of judgment from Mr. Heitkoenig and supporting documentation no later than **July 12, 2005**.

- Defendant shall provide the Pretrial Services Agency with 24 hours notice prior to meeting with potential counsel.

SO ORDERED.

Dated:    July 5, 2005
              New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE