UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/05

---

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR,

                Defendant.

Case No. 05-CR-0621 (KMK)

<u>ORDER</u>

---

KENNETH M. KARAS, District Judge:

    On July 22, 2005, counsel for Defendant submitted a request to modify Defendant's bail conditions. The Government takes no position on this application. Accordingly, it is hereby

    ORDERED that Defendant may leave his home to attend religious services on Sunday at 10:30 a.m. and return no later than 1:15 p.m. It is further

    ORDERED that Defendant may leave his home to meet with counsel upon 48 hours notice to the Pretrial Services Agency. Less time is required in an emergency and counsel may contact the supervising Pretrial Services Agency officer directly in such circumstances. It is further

    ORDERED that Defendant may continue to leave his home one weekday per week to take care of personal needs, such as attending additional religious services, food shopping, banking, and visiting doctors, on a day and at a time determined in advance of by the Pretrial Services Agency. If Defendant needs additional time out of his house to complete his errands or visit a doctor, he may do so at a time determined in advance by the Pretrial Services Agency.

SO ORDERED.

Dated:    July 26, 2005
              New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE