UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/05

United States of America,

-v-

Alberto William Vilar
Gary Alan Tanaka

              Defendants.

Case No. 05-CR-621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      The above-entitled action having been assigned to the undersigned for all purposes,

      IT IS HEREBY ORDERED that all parties appear with counsel for a conference on **August 11, 2005 at 11am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    August 8, 2005
             New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE