```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

      Defendants.

Case No. 05-CR-621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

  For the reasons stated on the record at today's conference, the Government's motion to exclude time is GRANTED. Therefore, it is hereby

  ORDERED that the time from July 28, 2005, when the Government made an oral motion to exclude time, until today was properly excluded under 18 U.S.C. § 3161(h)(1)(F). It is further

  ORDERED that time is excluded until October 31, 2005 under 18 U.S.C. § 3161(h)(8)(A) & (h)(8)(B)(ii) so that the Government can complete discovery. It is further

  ORDERED that time is excluded until November 30, 2005 under 18 U.S.C. § 3161(h)(9) so that the Government can obtain information from foreign authorities by requests made pursuant to mutual legal assistance treaties. It is further

  ORDERED that these exclusions of time shall run concurrently. It is further

  ORDERED that Defendants may file suppression motions no later than September 12, 2005. The Government may respond by September 26, 2005. Defendants shall reply by October 3, 2005.

  The next status conference is set for November 7, 2005 at 4:30 p.m.

SO ORDERED.

Dated:  August __, 2005
     New York, New York

                _____
                KENNETH M. KARAS
                UNITED STATES DISTRICT JUDGE