UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

               Defendants.
------------------------------------------------------------x

**NOTICE OF MOTION**

05 Cr. 621 (KMK)

**A Suppression Hearing is Requested**

S  I  R  S :

      PLEASE TAKE NOTICE, that upon the annexed affirmation of Susan C. Wolfe, Esq.,

sworn to the 12th day of  September, 2005, the accompanying Memorandum of Law, the

Exhibits attached thereto, and all prior pleadings and proceedings had herein, the defendant,

ALBERTO VILAR, will move this Court before the Hon. Kenneth Karas, United States District

Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York,

at a date and time to be fixed by the Court for an Order,

      A.  Suppressing all evidence seized pursuant to a search warrant executed on or about

May 25, 2005 at the offices of Amerindo Investment Advisors, Inc., 399 Park Avenue, 22nd

floor, New York, New York or, in the alternative, for a hearing;

      B.  Suppressing any and all post-arrest statements made by the defendant Vilar because

of the failure to read him the *Miranda* rights;

      C.  Granting the defendant leave to file additional motions based on defendant's further

review of the voluminous discovery in this case, and for leave to join in the motions made by

counsel for co-defendant Tanaka to the extent said motions are applicable to the defendant Vilar;

AND

D.  For such other and further relief as this Court deems just and proper.

Dated:  New York, New York
        September 12, 2005

                                                YOURS, etc.,

                                                HOFFMAN & POLLOK
                                                *Attorneys for the Defendant Alberto Vilar*
                                                260 Madison Avenue
                                                New York, NY  10016
                                                (212)  679-2900

TO:    UNITED STATES ATTORNEY
        Southern District of New York
        One St. Andrews Plaza
        New York, New York  10007
        *Attn: AUSA Marc Litt*

        CLERK OF THE COURT