## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                              ss.:
COUNTY OF NEW YORK   )

    ROSEMARIE ILLUZZI, being duly sworn, deposes and says;

    1.    I am not a party to the action, am over 18 years of age, and my work address is 260 Madison Avenue, New York, New York 10016.

    2.    On September 12, 2005, I served a copy of the Defendant Vilar's Notice of Motion, Affirmation and Memorandum of Law In Support of His Motion to Suppress by depositing a true copy thereof in a United States Postal Service mail depository in a wrapper properly addressed for delivery to the addressee designated below:

    United States Attorney's Office
    Southern District of New York
    One Saint Andrew's Plaza
    New York, New York 1000
    *Attn: Marc Litt, AUSA*

And a Courtesy Copy to:

    Hon. Kenneth M. Karas
    United States District Court Judge
    Southern District of New York
    500 Pearl Street
    New York, NY  10007

    _____
    ROSEMARIE ILLUZZI

Sworn to before me, this

12th day of September, 2005

_____
  Notary Public