UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

ALBERTO WILLIAM VILAR,
  a/k/a/ "Albert Vilar,"
GARY ALAN TANAKA,

    Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

**05 Cr. 621 (KMK)**

TO:  Clerk of Court
      United States District Court
      Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

          Respectfully submitted,

          DAVID N. KELLEY
          United States Attorney for the
            Southern District of New York

          by: _____
             Marc Litt
             Assistant United States Attorney
             (212) 637-2295

TO:  Glenn C. Colton, Esq.
      Jeffrey C. Hoffman, Esq.
      Steven G. Kobre, Esq.
      Jessica Leigh Margolis, Esq.
      Susan C. Wolfe, Esq.