**HOFFMAN & POLLOK LLP**
ATTORNEYS AT LAW
260 MADISON AVENUE
NEW YORK, N.Y. 10016
(212) 679-2900
FAX NO: (212) 679-1844

**MEMO ENDORSED**

JEFFREY C. HOFFMAN
JOHN L. POLLOK
SUSAN C. WOLFE
WILLIAM A. ROME
LISA ROSENTHAL
JACQUELINE N. LAND

MICHAEL S. POLLOK
OF COUNSEL

ROBERT H. KIERNAN
(1973 - 1995)

September 30, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/05

Hon. Kenneth M. Karas
Judge, U.S. District Court
United States Courthouse
500 Pearl Street – Rm. 2260
New York, N.Y. 10007-1312

Re: *United States v. Alberto Vilar* - 05 Cr. 0621

Dear Judge Karas:

I am writing to request that the Court grant the defendant Alberto Vilar an additional week to file a reply to the government's memorandum in opposition to Mr. Vilar's motions to suppress. We received the government's 41-page response on Monday, September 26, 2005, together with a copy of the search inventory, which appears to be over 100 pages and which had not previously been provided. We intend to address both the government's arguments and the inventory in our reply, which is currently due on Monday, October 3, 2005.

Given the volume of material that we must address, we respectfully request that the Court grant us an additional week, until October 10, 2005, to submit our reply.

I have spoken to AUSA Marc Litt and he does not object to the requested extension.

Thank you for your attention.

Very truly yours,

*Susan C. Wolfe*
SUSAN C. WOLFE

Cc: AUSA Marc Litt
Steven Kobre, Esq.
Glenn Colton, Esq.

Defendant Vilar is given until October 11, 2005 to file a reply to the Government's response to Defendant's motions. October 10 is a Court holiday

SO ORDERED

*Kenneth M. Karas*
KENNETH M. KARAS U.S.D.J.

10/3/05