

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 14, 2005  **MEMO ENDORSED**

BY HAND

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

    Re:   United States. v. Alberto William Vilar and Gary Alan Tanaka,
           S1 05 Cr. 621 (KMK)

Dear Judge Karas:

    Pursuant to my conversation with your law clerk concerning the timing of its response to Mr. Vilar's October 12, 2005 bail application, the Government respectfully requests that it be permitted to respond to that application on or before October 21, 2005.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        UNITED STATES ATTORNEY

               By: _____
                    Marc Litt
                    Assistant United States Attorney
                    (212) 637-2295

cc:   Glenn C. Colton, Esq. (By facsimile)
       Steven G. Kobre, Esq. (By facsimile)
       Susan C. Wolfe, Esq. (By facsimile)

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.
10/17/05