

OCT 28 2005

**HOFFMAN & POLLOK LLP**
ATTORNEYS AT LAW
260 MADISON AVENUE
NEW YORK, N.Y. 10016
(212) 679-2900
FAX NO: (212) 679-1844

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/05

JEFFREY C. HOFFMAN
JOHN L. POLLOK
SUSAN C. WOLFE
WILLIAM A. ROME
LISA ROSENTHAL
JACQUELINE N. LAND

MICHAEL J. POLLOK
OF COUNSEL

ROBERT H. KIERNAN
(1973 - 1995)

October 28, 2005

Hon. Kenneth M. Karas
Judge, U.S. District Court
United States Courthouse
500 Pearl Street – Rm. 2260
New York, N.Y. 10007-1312

**MEMO ENDORSED**

Re:   United States v. Alberto Vilar - 05 Cr. 0621

Dear Judge Karas:

We have received and reviewed the Government's two letters in opposition to our bail modification application. The Government raises a number of points that we vigorously dispute. We would like the opportunity to respond to the letters, either in writing or at the November 7th conference, depending on whether Your Honor intends to hear oral argument before deciding the motion.

In addition, as Your Honor acknowledged at the last conference, any extensive delay in derogation of the defendants' Speedy Trial rights may have an impact on the Court's view of the propriety of restrictive bail conditions. At the conference we will be addressing the Government's letter indicating that it will need another six weeks to review the materials in its possession and that it cannot estimate the amount of time it will take to obtain documents from the Bahamas and Panama. The delay is another basis for the Court to consider modifying the restrictiveness of the current conditions imposed on Mr. Vilar.

Thank you for your attention.

Very truly yours,

Susan C. Wolfe
SUSAN C. WOLFE

Cc: AUSA Marc Litt

*Defendant may respond to the Government's letters in writing by November 3, 2005. The matter will then be discussed at the November 30 conference.*

KENNETH M. KARAS U.S.D.J.
10/28/05