USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v -

ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA,

Defendants.

Case No. S1 05-CR-621 (KMK)

**ORDER**

ECF CASE

KENNETH M. KARAS, District Judge:

For the reasons stated on the record at the conference held on November 7, 2005, it is hereby:

ORDERED that the hearing on Defendants' suppression motions shall be held on December 14, 2005, at 9:30 a.m. It is further

ORDERED that in the event that both of the Defendants waive applicable privileges, time is excluded until January 31, 2006, under Title 18, United States Code, Section 3161(h)(8)(A), so that the Government can review discovery materials. It is further

ORDERED that in the event that one or both of the Defendants do not waive applicable privileges, and the Defendants provide the Government with privilege logs on or before December 31, 2005, time is excluded until February 28, 2006 under Title 18, United States Code, Section 3161(h)(8)(A), so that the Government can review discovery materials. It is further

ORDERED that time is excluded until March 31, 2006, under Title 18, United States Code, Section 3161(h)(9), so that the Government can obtain information from foreign authorities by requests made pursuant to mutual legal assistance treaties. It is further

ORDERED that if the Government chooses to supersede the Indictment in this case, it shall do so on or before January 31, 2006. It is further

ORDERED that requests for *voir dire* and requests to charge shall be filed with the Court on or before March 27, 2006. It is further

ORDERED that the Court will hold a pre-trial conference on April 13, 2006 at 10:30 a.m. It is further

ORDERED that the trial shall commence on April 17, 2006.

SO ORDERED.

Dated:   December 7, 2005
         New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE