UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

    -v-

Alberto Vilar
               **Defendant.**

-----------------------------------------------------------X

Case No 05-cr-621 (KMK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 12/20/05

KENNETH M. KARAS, District Judge:

    The Clerk of the Court is directed to terminate motion # 49. The Court was advised by counsel that it was incorrectly filed. They have re-filed the motion correctly as document # 51.

Dated: December 19, 2005
       New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE