UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | Case No. S1 05-CR-621 (KMK) |
|---|---|
| -v- | ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA, | [PROPOSED] ORDER |
| Defendants. | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/05

KENNETH M. KARAS, District Judge:

It is hereby:

ORDERED that supplemental written submissions in support of Defendants' motions to suppress shall be filed on or before January 9, 2006. It is further

ORDERED that the Government's response to any and all such submissions shall be filed on or before January 30, 2006. It is further

ORDERED that Defendants' replies, if any, shall be filed on or before February 10, 2006.

SO ORDERED.

Dated:  December 22, 2005
        New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE