# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: ALBERTO VILLAR          Date: 5/26/05

Subject Address: 399 PARK AVE, NYC FL22          Floor/Room No. E-5    1/1

Inspector(s): R. CINNAMO          Case No. 499-1526589 FC (1)

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 Box | Paul Hastings Invoices 97-04 |
|  | 1998 AIA Proxy Voting List |
|  | A01144108 |

DISTRIBUTION OF COPIES:  White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page _____ of _____ pages

PS Form 8164, October 1993