# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____1_____

Subject Name: Alberto Villar
Date: 5/26/05   E-18
                1 box
Subject Address: 399 Park - 22 Fl
NY, NY
Floor/Room No. _____
Inspector(s): R. Cinnamo
Case No. 499-1526589-FC(1)

Safe: ____ Cabinet: ____ Credenza: ____ Desk: ____ Drawer: ____
Shelf: ____ Table: ____ Wall: ____ Other: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 box | Amerindo Internet Fund Files |
|  | "       Tech. |
|  | Tech Ventures |
|  |  |
|  | Trading Statements - 1995 |
|  | A0114406 |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page ____ of ____ pages

PS Form 8164, October 1993