# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: 1 (2 BXES)

Subject Name: Alberto Villar
Date: 5/26/05

Subject Address: 399 Park Ave, NYC  FL22
Floor/Room No.: E-26

Inspector(s): R-Cinnamo
Case No.: 499-1526589 FC (1)

Safe: ___ Cabinet: ___ Credenza: ___ Desk: ___ Drawer: ___
Shelf: ___ Table: ___ Wall: ___ Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 BOX | TEL BILLS 2003, RENT BILLS, LEGAL BILLS, 1099'S — 1999-2003  A0114133 |
| 1 BOX | PROF FEES, RENT, TEL — INVOICES  A0114132 |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page ___ of ___ pages

PS Form 8164, October 1993