# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: F-1

Subject Name: ALBERTO VILLAR/AMERINDO
Date: 5/26/05
Subject Address: 399 PARK AVENUE, 22nd Fl, NY, NY
Floor/Room No. F 22ND FL.
Inspector(s): S. BARRIENTOS
Case No. 499-1526589-FC(1)

Safe: ___ Cabinet: ___ Credenza: ___ Desk: ✓ Drawer: ___
Shelf: ___ Table: ___ Wall: ___ Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | BINDER - AMERINDO FUNDS, INC. - QUARTERLY MEETING OF BOARD OF DIRECTORS - MAY 18, 2005 |
| 1 | FOLDER - 2005 DIRECTORS & OFFICERS QUESTIONNAIRE |
| 1 | APPLICATION REDEMPTION FEE FORM - AMERINDO FUNDS |
| 1 | AMERINDO PORTFOLIO CONTAINING PORTFOLIO APPRAISALS JAN 2003 - AUG 2003 & EMAILS KRISTEN MOBISCH |
| 1 | AMERINDO FUNDS PROSPECTUS DATED 2-28-04 |
| 1 | LETTER FROM CONTINENTAL STOCK TRANSFER DATED MAY 6, 2002 TO KRISTEN KIPP (MOBISCH) |
| 1 | FOLDER - CHARLIE PARKER 2002 QUESTIONNAIRE |
| 1 | FOLDER - JOAN RUTLEDGE - RUTLEDGE CAPITAL |
| 1 | FOLDER - SEMI-ANNUAL REPORT - 4-30-05 |
| 1 | FOLDER - 2004 ELECTRONIC DELIVERY CONSENT |
| 1 | FOLDER - 2005 D&O/E&O INSURANCE APPLICATION |
| 1 | CLEAR FOLDER - AMERINDO BBH ACCT # 6167290 |
| 1 | PINK CLEAR FOLDER - AMERINDO INVESTMENT ENTITIES |
| 1 | LISTS OF ADVISORS, ONE LIST OF EMPLOYEES BIRTHDAYS |
| 1 | FOLDER - AMERINDO PORTFOLIO APPRAISAL MAY 2005 |
| 1 | PACKET - AMERINDO TECH FUND ①BROKER COMMISSION REPORTS ②SHAREHOLDER ACTIVITY MAY 20, 2005 |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS Form 714)
Pink - Subject Searched
Green - Evidence Control Officer (Attach to PS Form 714)

Page 1 of 2 pages

PS Form 8164, October 1993