# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____1_____

Subject Name: ALBERTO VILLAR
Date: 5/26/05   K-4
Subject Address: 399 PARK – 22 Fl
                 NY, NY
Floor/Room No. _____
Inspector(s): R. Cinnamo
Case No. 499-1526589-FC(1)

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____
Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
|  | KPMG UNAUDITED F/S – BINDER |
|  | Amerindo PPMs – 2000 |
|  | Legal Bills – 1999 |
|  | 1996 Amerindo Tax Return |
|  | A01144130 |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page ___ of ___ pages

PS Form 8164, October 1993