# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: ALBERTO VILLAR
Date: 5/26/05
Subject Address: 399 Park Ave, NY, NY
Floor/Room No. 22nd Flr / ROOM L
Inspector(s): Heather Tucci
Case No. 499-1526589-F(1)

Safe: _____  Cabinet: ✓  Credenza: _____  Desk: _____  Drawer: _____
Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 9 | 9 letters to clients 1st Quarter 2003 letter to clients through 2005 outlook letter to clients |
| 11 | Kodak disks on (11) CD's containing photographs |
| 1 | Book of photographs |
| 1 | Photograph enclosed in white cover (frame/paper) |
| 1 | Packet w/ letter dated 6/11/02 from A. L. Fioni to Villar w/ 4 photographs attached |
| 1 | Gold yellow report cover containing 7 pages of photographs |
| 1 | Clear, yellow folder containing misc. wedding-related documents (Villar) including purchase/financial info. using corporate account |
| 1 | Yellow folder containing misc. Villar wedding documents including purchase/financial doc's using Amerindo corporate accounts |
| 1 | Red, clear folder w/ Amerindo Investment Advisors directory & 2 misc. e-mails |
| 1 | Manila folder contains Tech meeting updates & other Amerindo investment documents |
| 1 | Blue report titled "Amerindo Investment Advisors Proposal to establish Amerindo Ventures Ltd. a small business investment. Co." |
| 1 | Stock Certificate to A. Villar - Counterpane Internet Security in 3,186 shares Series C Preferred |
| 1 | Stock Certificate to A. Villar - Procket Networks, Inc. 1,858 shares Series C Preferred Stock |
| 1 | Clear folder w/ memos containing memos: "Parallel Off Shore Fund A.I.A. Agency Agreement packet & misc. letter to/from Villar & e-mails |
| 1 | Manila folder containing A.I.A. investment-related doc's include earning statements & Amerindo Investment Adv. Holding Summary 2002 |
| 1 | Manila folder w/ holding summary doc's 2002, Tech Stock Update doc's |
| 1 | Rolodex |

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page ___ of ___ pages

PS Form 8164, October 1993