# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: B B

Subject Name: Alberto Vilar
Date: 5/26/05
Subject Address: 399 Park Ave, NYC  FL 22
Floor/Room No.: _____
Inspector(s): E Berry
Case No. 499-1526589 FC(1)

Safe: ____  Cabinet: ____  Credenza: ____  Desk: ____  Drawer: ____
Shelf: ____  Table: ____  Wall: ____  Other: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | FOLDER MARKED AV LOANS |
| 1 | FOLDER MARKED Alberto VILAR / Trans APPS - Chase |
| 1 | FOLDER — American Express Alberto Vilar |
| 1 | FOLDER Amerindo UK Advisors / BK Transfers |
| 1 | FOLDER MARKED AT&T/Cingular Wireless |
| 1 | FOLDER MARKED AT&T |
| 1 | FOLDER FEDERAL EXPRESS NEW YORK |
| 1 | " " " SAN FRANCISCO |
| 1 | FOLDER PACIFIC BELL |
| 1 | FOLDER — Verizon Long Distance (212) 980-5286 |
| | A01144278 |

DISTRIBUTION OF COPIES:  White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page ____ of ____ pages

PS Form 8164, October 1993