# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box: C2-1

Subject Name: ALBERTO VILLAR
Date: 5/26/05

Subject Address: 399 PARK AVE - 22 Fl. NY, NY
Floor/Room No: _____

Inspector(s): _____
Case No. 499-1526589-FC(1)

Safe: _____  Cabinet: _____  Credenza: X  Desk: _____  Drawer: _____
Shelf: _____  Table: _____  Wall: _____  Other: In Office of Susan Kim

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | AV Travel Itinerary |
| Misc | Bank acct statements BoNY, JPMorgan Chase |
| 1 | Binder 'GL Analysis' |
|  | Personnel files of A Vilar, G Tanaka |
|  | Terminated Employees file |
|  | Employee Handbook |

A01144286

DISTRIBUTION OF COPIES:  White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page ___ of ___ pages

PS Form 8164, October 1993