# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box: 1

Subject Name: Alberto Villar
Date: 5/26/05   E-23   3 BOXES

Subject Address: 399 Park - 22, NY, NY
Floor/Room No.: ___

Inspector(s): P. Cinnamo
Case No.: 499-152658?-?(1)

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ___
Shelf: ___  Table: ___  Wall: ___  Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 Box | Invoices + Wire Tee Info re: Buchalter, Neher, Fields... <br><br> Invoices - Deloitte + Touche <br> A 0114439 |
| 1 Box | Accts Payable includ. Phone Records - 2001 <br> A 0114438 |
| 1 Box | Accts Pay includ Phone Records - 2001 + Alberto Villar File <br> A 0114437 |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page ___ of ___ pages

PS Form 8164, October 1993