# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box: ___/___

Subject Name: Alberto Villar
Date: 5/26/05    E-25

Subject Address: 399 Park Ave, NYC  FL 22
Floor/Room No.: 2 Boxes

Inspector(s): R. Cinnamo
Case No.: 499-1526589 FC-1

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ___
Shelf: ___  Table: ___  Wall: ___  Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 Box | Tel Bills — Amerindo |
| | A01144135 |
| 1 Box | Prof. Fees — Invoices + Wires ↳ Legal, Rent, Consult. |
| | A0114134 |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)
Page ___ of ___ pages
PS Form 8164, October 1993