# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box: H-7, 1,1

Subject Name: ALBERTO VILAR/ AMERINDO
Date: 5/26/05

Subject Address: 399 Park Ave, 22nd Fl, NY, NY
Floor/Room No.: ___

Inspector(s): A. GOLDEN
Case No.: 499-1526589-FC(1)

Safe: ___  Cabinet: ___  Credenza: H-7  Desk: A̶N̶Y̶  Drawer: ___
Shelf: ___  Table: ___  Wall: ___  Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
|  | Amerindo Employment Agreements (2 Binders) |

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page ___ of ___ pages

PS Form 8164, October 1993