# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box: _____/_____

Subject Name: Alberto Villar          Date: 5/26/05
Subject Address: 399 Park Ave         Floor/Room No: 22nd FL / room J
Inspector(s): CI Otten                Case No: 499-1526589 FCI

Safe: _____  Cabinet: _____  Credenza: _____  Desk: J-4 Top  Drawer: _____
Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | Amerindo Technology Fund 1998 Annual report |
| 1 | Amerindo Technology Fund 1999 Prospectus |

A01144287

DISTRIBUTION OF COPIES:  White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 1 of 1 pages

PS Form 8164, October 1993