Case 1:05-cr-00621-RJS    Document 64-15    Filed 01/10/2006    Page 1 of 4

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box: _____/_____

Subject Name: Alberto Vilar
Subject Address: 399 Park Ave NY NY
Inspector(s): R Fraterrigo

Date: 5/26/05
Floor/Room No. _____
Case No. 499-1526584-FE(1)

Safe: ____ Cabinet: ____ Credenza: ____ Desk: ____ Drawer: ____
Shelf: ____ Table: ____ Wall: ____ Other: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 5 | Binders ① Amerindo Minute Book ② Amerindo Funds Pricing & Evaluation Procedures ③ AIA Website ④ Amerindo Funds Inc Policies & Procedures Oct 4 2004 ⑤ Amerindo Funds Inc Policies & Procedures Oct 4 2004 |
| 1 | ATGF II Top Holdings 2000 |
| 1 | Weekly Privates Report 1999 |
| 1 | ATGF II Top Holdings 2001 |
|  | 715 # A0114496 |

DISTRIBUTION OF COPIES:  White–*U.S. Magistrate (Return with Warrant)*
Yellow–*Inspector (Attach to PS Form 714)*
Pink–*Subject Searched*
Green–*Evidence Control Officer (Attach to PS Form 714)*

Page 1 of 1 pages

PS Form 8164, October 1993