# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: Alberto Vilar
Date: 5/26/05
Subject Address: 399 Park Ave FL 22 NYC
Floor/Room No.: O-3
Inspector(s): J. Goodman
Case No.: 499-1526589 FC(1)

Safe: ____ Cabinet: ____ Credenza: ____ Desk: top Drawer: ____
Shelf: ____ Table: ____ Wall: ____ Other: DIANE COOPER – personal assistant to Vilar

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | IRS Form 4564 for 2000 + 2001 for Vilar |
| 1 | Citibank credit card statement I/N/O Alberto W Vilar 5424 1805 2603 5727 |
| 1 | Storage Unit invoice I/N/O Alberto Vilar Eagle, CO. 81631 |
| 1 | Phone service invoice for Amerindo – Comsec II, Inc |
| 3 | Verizon Statements Vilar c/o AIA |
| 1 | Bergdorf Goodman acct stmnt – Vilar c/o AIA |
| 1 | Airsea Packing invoice – storage – Amerindo |
| 1 | T-Mobile invoice AIA |
| 1 | Electric invoice for Amerindo – NSTAR |
| 1 | RCN invoice for Vilar c/o AIA |
| 1 | Comcast invoice for AIA |
| 1 | Collection notice re: Catherine Lovegrove to Vilar |
| 1 | Limo invoice |
| 1 | CPA invoice for AIA re Vilar – Perelson Weiner |
| 1 | Invoice Padded Wagon – Vilar – storage |
| 1 | Invoice AIA re Vilar – Morrison, Brown etc. Miami |
| 1 | Invoice – storage @ Kuwahara – Vilar |
| 1 | Invoice – Glyndebourne Productions |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page 1 of 1 pages

PS Form 8164, October 1993

TAG A01144260