# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box: _____

Subject Name: **ALBERTO VILLAR**
Date: **5/26/05**

Subject Address: **399 PARK AVE, 22nd FL, NYC**
Floor/Room No.: **22nd Flr./room L**

Inspector(s): **HEATHER TUCCI**
Case No.: **499-1526589-FC(1)**

Safe: _____ Cabinet: ✓ Credenza: _____ Desk: _____ Drawer: ✓

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 3P DWR 1 | Orange hanging folder containing written speech by Villar to Hispanic Federation 11/21/02 |
| 1 | Purple hanging folder containing: Nat'l Ballet School fundraiser docs; Canadian Opera Company doc's DATED FROM 12/03 - FEB/04 |
| 1 | Orange hanging folder containing: KINGS COLLEGE of LONDON INVITE DOC'S; GLYNDEBOURNE SPONSORSHIP DOC'S; MEDICAL UNIV. OF SALZBURG DOC'S; MUSIKVEREIN |
| cont. | DONATION DOC'S; CUNY DOC'S; UNIV. OF CHICAGO DOC'S; UNIV. OF MIAMI DOC'S |
| 1 | ORANGE HANGING FOLDER CONTAINING INTER AMERICAN DIALOGUE FUNDRAISER DOC'S W/ PHOTO OF VILLAR & PRESIDENT CARDOSO |
| 3P DWR 2 | PURPLE HANG FOLDER CONTAINING BADEN BADEN FOUNDATION COOPERATION AGREEMENT, APRIL 2003; EMAILS ENCLOSED |
| 1 | ORANGE HANG FOLDER W/ KENNEDY CENTER DONATION DOC'S 2/05 & 2/04 & 12/03 |
| 1 | ORANGE HANG FOLDER W/ DOC'S RELATING TO DONATION GRAN TEATRE DEL LICEU - DATES FROM 12/03 - 2/05 |
| 1 | LETTER 1/2/04 FROM WIENER STAATSOPER TO VILLAR REQUESTING THAT HE HONOR HIS DUE DONATION |
| 1 | SET OF DOC'S IN CLEAR YELLOW "MATERIALS FOR MEETING WITH RUSSELL JONES TUES JUNE 3, 2003" |
| 3P DWR 1 | ORANGE HANG FOLDER W/ ROYAL OPERA HOUSE DONATION INFORMATION W/ RED LETTERS REQUESTING PAYMENT |
| 1 | ORANGE HANG FOLDER W/ CARNEGIE HALL DONATION DOC'S INCLUDING PAYMENT SCHEDULE |
| 1 | ORANGE HANG FOLDER W/ HANDWRITTEN NOTES, JOHN BARONSKY MEETING DOC'S, METROPOLITAN OPERA DOC'S |
| 1 | YELLOW FOLDER TITLED AMERICAN ACADEMY IN BERLIN - DONATION PAYMENT INFO |
| 1 | EMAIL / LETTER FROM AMERICAN FRIENDS OF SALZBURG FESTIVAL |
| 3P DWR | YELLOW FOLDER TITLED "CONDE NAST SALZBURG" |
| 1 | YELLOW FOLDER TITLED "SALZBURG ADVERTISING BILLS 2001-2002" |
| 1 | ORANGE HANG FOLDER W/ VILLAR CENTER FOR ARTS DOC'S; VAIL VALLEY FOUNDATION DOC'S |
| 1 | Clear Pink folder w/ letter VAIL VALLEY MUSIC FEST RE: PAYMENT SCHEDULE DOC'S |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page **1** of **6** pages

PS Form 8164, October 1993