# The United States Postal Inspection Service
## SEARCH WARRANT INVENTORY

Position/Box.: ___/___

Subject Name: ALBERTO VILLAR
Subject Address: 399 Park Ave, NYC
Inspector(s): Heather Tucci

Date: 5/26/05
Floor/Room No. 22nd Flr. / Room L
Case No. 499-1526589-FC(1)

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ✓
Shelf: ___  Table: ___  Wall: ___  Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | PURPLE FOLDER w/ RESUME'S; CLEAR FOLDER TITLED "MIKE RIFLE CORRESPONDENCE" + OTHER MISC. DOCUMENTS RELATING TO VILLAR |
| 1 | PURPLE HANG FOLDER w/ FORMER EMPLOYEE CORRESPONDENCE DOC'S INCLUDING SEVERENCE PAY INFO + ~~COURT RELATED~~ SETTLEMENT INFO. |
| 1 | GREEN, CLEAR FOLDER w/ ~~CORRESP(T)~~ CORRESPONDENCE RE: MARC WEISS (former employment settlement) |
| 1 | Clear folder w/ correspondence relating to an S.E.C. investigation |
| 1 | PURPLE HANG FOLDER w/ LETTER FROM TANAKA, INTERNAL MEMO, DOC'S FROM MARC WEISS, HANDWRITTEN NOTES / OTHER MISC. BUS. DOC'S |

DISTRIBUTION OF COPIES:  White - *U.S. Magistrate (Return with Warrant)*
Yellow - *Inspector (Attach to PS Form 714)*
Pink - *Subject Searched*
Green - *Evidence Control Officer (Attach to PS Form 714)*

Page 3 of 6 pages

PS Form 8164, October 1993

ALBERTO VILLAR