# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____1_____

Subject Name: ALBERTO VILLAR
Date: 5/26/05

Subject Address: 399 PARK AVE, NYC
Floor/Room No.: 22ⁿᵈ Flr. / ROOM L

Inspector(s): Heather Turci
Case No. 499-1526589-FC(1)

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ✓

Shelf: ___  Table: ___  Wall: ___  Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | PACKETS (3) RE: INVESTMENT & BUSINESS STRATEGIES - INCLUDED IS MANY PKTS TITLED "THE INTEGRATION OF NEXT GENERATION INTERNET..." BY VILLAR |
| 1 | PURPLE FOLDER W/ INFO ON BIOTECH INVESTMENT, "ACUEITY" DOC.'S & OTHER INVESTMENT INFO. |
| 1 | PURPLE HANG FOLDER W/ INVESTMENT PLAN PRESENTATION DOC.'S - VILLAR |
| 1 | CLEAR FOLDER W/ LEGAL DOC'S RE: VILLAR 3-D LAB VS. VILLAR |
| 1 | CLEAR FOLDER W/ LEGAL DOC'S RE: BUMBO SPORTS & ENTERTAINMENT LLC. VS. VILLAR |
| 1 | GREEN, CLEAR FOLDER W/ DOC'S RE: BUMBO SPORTS & ENT. VS. VILLAR |
| 1 | PURPLE HANG FOLDER W/ S.E.C. LETTER TO VILLAR |
| 1 | CLEAR FOLDER W/ Playbill settlement doc's including letters & correspondence from Heller Ehrman |
| 1 | POCKET TITLED "RHR PERSONAL DEVELOPMENT GUIDE ALBERTO W. VILAR CHAIRMAN & CEO" |
| 1 | clear folder w/ "AV Notes" 4/13/03 & 4/12/03 w/ handwritten notes |
| 1 | clear folder w/ doc's titled "The State of our Business Today" |
| 1 | PURPLE HANG FOLDER W/ DOC'S & EMAILS RE: $550,000 JUDGMENT |
| 1 | PURPLE HANG FOLDER W/ SUMMARY of AMERINDO BUSINESS STATUS DOC.'S & AMERINDO SWISS CO. OPTION AGREEMENT & MEMOS |
| 1 | clear folder w/ LEGAL DOC'S NORTHERN DISTRICT OF CALIF. RELATING TO CO. called "IN TOUCH" |
| 1 | clear folder w/ information re: Amerindo titled DRAFT #9 |
| 1 | PURP HANG FOLDER W/ SEC FILE DOC.S on Amerindo & "SUMMARY of IPO" docs |
| 1 | PURPLE HANG FOLDER W/ AMERINDO TECH. FUND COMPANY DESCRIPTION DOC.'S, 'ARBINET' DOC'S, CITIBANK E-MERGING TECHNOLOGY PORTFOLIO DOC |
| 1 | PURPLE HANG FOLDER W/ SOME CLIENT DOC'S; and Employee pension plan doc's; Pension Reserves/Investment Doc's; Handwritten notes; solicitation agreement |
| 1 | Yellow, clear folder titled "Rick Marshall" |

DISTRIBUTION OF COPIES:  White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page 4 of 6 pages

PS Form 8164, October 1993