# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: ____1____

Subject Name: Alberto Villar
Date: 5/26/05    E-18
                  1 box

Subject Address: 399 Park - 22 Fl
NY, NY
Floor/Room No. _____

Inspector(s): R. Cinnamo
Case No. 499-1526589-FC(1)

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____
Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 box | Amerindo Internet Fund Files |
| | " Tech. |
| | Tech Ventures |
| | |
| | Trading Statements - 1995 |
| | A01144106 |

DISTRIBUTION OF COPIES:   White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page ____ of ____ pages

PS Form 8164, October 1993