# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: 1 (2 BXS)

Subject Name: Alberto Villar  
Date: 5/26/05  
Subject Address: 399 Park Ave, NYC FL22  
Floor/Room No.: E-26  
Inspector(s): R. Cinnamo  
Case No.: 499-1526589 FC(1)

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ___  
Shelf: ___  Table: ___  Wall: ___  Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 BOX | TEL BILLS 2003, RENT BILLS, LEGAL BILLS, 1099'S — 1999-2003<br>A0114133 |
| 1 BOX | PROF FEES, RENT, TEL — INVOICES<br>A0114132 |

DISTRIBUTION OF COPIES:  White - U.S. Magistrate (Return with Warrant)  
Yellow - Inspector (Attach to PS Form 714)  
Pink - Subject Searched  
Green - Evidence Control Officer (Attach to PS Form 714)

Page ___ of ___ pages

PS Form 8164, October 1993