# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: 1

Subject Name: ALBERTO VILLAR
Date: 5/26/05 K-4

Subject Address: 399 PARK - 22 Fl
NY, NY
Floor/Room No.

Inspector(s): R. CINNAMO
Case No. 499-1526589-FC(1)

Safe: ___ Cabinet: ___ Credenza: ___ Desk: ___ Drawer: ___

Shelf: ___ Table: ___ Wall: ___ Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
|  | KPMG UNAUDITED F/S — BINDER |
|  | AMERINDO PPMs — 2000 |
|  | LEGAL BILLS — 1999 |
|  | 1996 Amerindo Tax Return |
|  | A0114470 |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page ___ of ___ pages

PS Form 8164, October 1993