# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box: 1

Subject Name: ALBERTO VILLAR
Subject Address: 399 Park Ave, NY, NY
Inspector(s): Heather Tucci

Date: 5/26/05
Floor/Room No.: 22nd Flr / Room L
Case No.: 499-1526589-F(1)

Safe: ___  Cabinet: ✓  Credenza: ___  Desk: ___  Drawer: ___
Shelf: ___  Table: ___  Wall: ___  Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 9 | 9 letters to clients 1st Quarter 2003 letter to clients through 2005 outlook letter to clients |
| 11 | Kodak Disks on (H) CD's containing photographs |
| 1 | Book of photographs |
| 1 | Photograph enclosed in white cover (frame paper) |
| 1 | Packet w/ letter dated 6/11/02 from A. L. Fiorini to Villar w/ 4 photographs attached |
| 1 | Gold yellow report cover containing 7 pages of photographs |
| 1 | Clear, yellow folder containing misc. wedding-related documents (Villar) including purchase financial info. using corporate account |
| 1 | Yellow folder containing misc. Villar wedding documents including purchase/financial doc's using Amerindo corporate accounts |
| 1 | Red, clear folder w/ Amerindo Investment Advisors directory & 2 misc. e-mails |
| 1 | Manila folder contains Tech meeting updates & other Amerindo investment documents |
| 1 | Blue report titled "Amerindo Investment Advisors Proposal to Establish Amerindo Ventures Ltd. a Small Business Investment Co." |
| 1 | Stock certificate to A. Villar - Counterpane Internet Security in 3,186 shares series C Preferred |
| 1 | Stock certificate to A. Villar - Procket Networks, Inc. 1,858 shares series C Preferred stock |
| 1 | Clear folder w/ Nemos containing MEMOS: "Parallel Off Shore Fund A.I.A. Agency Agreement packet + misc. letter to/from Villar + e-mails |
| 1 | Manila folder containing A.I.A. investment-related doc's include earning statements & Amerindo Investment Adv. holding summary 2002 |
| 1 | Manila folder w/ holding summary doc's 2002, tech stock update doc's |
| 1 | Rolodex |

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page ___ of ___ pages

PS Form 8164, October 1993