# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: BB

Subject Name: Alberto Villar
Date: 5/26/05
Subject Address: 399 Park Ave, NYC FL 22
Floor/Room No.: 
Inspector(s): E Berry
Case No.: 499-1526589 FC(1)

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ___
Shelf: ___  Table: ___  Wall: ___  Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | FOLDER MARKED AV LOANS |
| 1 | FOLDER MARKED Alberto VILAR / Trans Apps-Chase |
| 1 | FOLDER — American Express Alberto Vilar |
| 1 | FOLDER Amerindo UK Advisors / B.K. Transfers |
| 1 | FOLDER MARKED AT&T/Cingular Wireless |
| 1 | FOLDER MARKED AT&T |
| 1 | FOLDER FEDERAL EXPRESS NEW YORK |
| 1 | ~ ~ ~ SAN FRANCISCO |
| 1 | FOLDER PACIFIC BELL |
| 1 | FOLDER — Verizon Long Distance (212) 980-5286 |
|  | A01144278 |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page ___ of ___ pages

PS Form 8164, October 1993