# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box: ____1____

Subject Name: Alberto Villar  
Subject Address: 399 Park - 22, NY, NY  
Inspector(s): P. Cinnamo  
Date: 5/26/05     E-23  
3 Boxes  
Floor/Room No. _____  
Case No. 499-152658?-rc(1)

Safe: ____ Cabinet: ____ Credenza: ____ Desk: ____ Drawer: ____  
Shelf: ____ Table: ____ Wall: ____ Other: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 Box | Invoices + Wire Tee Info re: Buchalter, Neher, Fields... <br><br> Invoices - Deloitte + Touche <br> A 0114439 |
| 1 Box | Accts Payable includ. Phone Records - 2001 <br> A 0114438 |
| 1 Box | Accts Pay includ Phone Records - 2001 + Alberto Villar File <br> A 0114437 |

DISTRIBUTION OF COPIES:  White-U.S. Magistrate (Return with Warrant)  
Yellow-Inspector (Attach to PS Form 714)  
Pink-Subject Searched  
Green-Evidence Control Officer (Attach to PS Form 714)

Page ___ of ___ pages

PS Form 8164, October 1993