# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box: ___ / ___

Subject Name: Alberto Villar
Subject Address: 399 Park Ave, NYC  FL 22
Inspector(s): R-Cinnamo

Date: 5/26/05   E-25
Floor/Room No.: 2 Boxes
Case No.: 499-1526589 FC-1

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ___
Shelf: ___  Table: ___  Wall: ___  Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 BOX | Tel Bills - Amerindo |
|  | A0114Y135 |
| 1 BOX | Prof. Fees - Invoices + Wires — Legal, Rent, Consult. |
|  | A0114Y134 |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page ___ of ___ pages

PS Form 8164, October 1993