# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: H-7 / 1

Subject Name: ALBERTO VILAR / AMERINDO
Date: 5/26/05

Subject Address: 399 Park Ave. 22nd Fl, NY, NY
Floor/Room No.: ___

Inspector(s): A. GOLDEN
Case No.: 499-1526589-FC(1)

Safe: ___   Cabinet: ___   Credenza: H-7   Desk: ~~A~~   Drawer: ___

Shelf: ___   Table: ___   Wall: ___   Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
|  | Amerindo Employment Agreements (2 Binders) |

DISTRIBUTION OF COPIES:   White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page ___ of ___ pages

PS Form 8164, October 1993