# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: ____/____

Subject Name: Alberto Vilar
Date: 5/26/05
Subject Address: 399 Park Ave NY NY
Floor/Room No. _____
Inspector(s): R Fraterrigo
Case No. _____

Safe: ____  Cabinet: ____  Credenza: ____  Desk: ____  Drawer: ____
Shelf: ____  Table: ____  Wall: ____  Other: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 6 | Black Binders ①TR Jan-Dec 2000 ②Amerindo Daily Trade Recap 2001 ③Olofson 2001 ④ATGF II Jan-Jun 2000 ⑤Dextra Holdings 2001 ⑥ATGF II Dec-July 01     715 # A0114497 |
| 7 | Black Binders ①0726 2001 ②Techno Require 2001 ③Cates 2001 ④ATGF II Bear Stearns 2001 ⑤ATGF II US Trust 2001 ⑥book 1 ⑦book 2     715 # A0114498 |
| 4 | Black Binders ①Amerindo Daily Trade Recap 2002 ②Amerindo Daily Trade Recap 2000 ③Amerindo Panama Trade Sheets 2000 ④Amerindo US Trade Sheets 2000     715 # A0114499 |
| 4 | Black Binders ①Amerindo Panama Trade Sheets 1999 ②Amerindo Panama Trade Sheets 2002 ③Amerindo Panama Trade Sheets 2001 ④Amerindo US Trade Sheets 1999 |
| 1 | US Trust Statements for Dextra 2000 |
| 2 | Bear Stearns Statements ①ATGF II 1998 ②ATGF II 1999 |
| 2 | Bear Stearns Statements ①TR 1998 ②TR 1999     715 # A0114200 |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page 1 of 1 pages

PS Form 8164, October 1993