# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Alberto Vilar

Date: 5/26/05

Subject Address: 399 Park Ave NY NY

Floor/Room No. _____

Inspector(s): R Fraterrigo

Case No. 499-1526584-FC(1)

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 5 | Binders ① Amerindo Minute Book ② Amerindo Funds Pricing & Evaluation Procedures ③ AIA Website ④ Amerindo Funds Inc Policies & Procedures Oct 4 2004 ⑤ Amerindo Funds Inc Policies & Procedures Oct 4 2004 |
| 1 | ATGF II Top Holdings 2000 |
| 1 | Weekly Privates Report 1999 |
| 1 | ATGF II Top Holdings 2001 |

T/S # A0144196

DISTRIBUTION OF COPIES:  White–*U.S. Magistrate (Return with Warrant)*
Yellow–*Inspector (Attach to PS Form 714)*
Pink–*Subject Searched*
Green–*Evidence Control Officer (Attach to PS Form 714)*

Page 1 of 1 pages

PS Form 8164, October 1993