# SEARCH WARRANT INVENTORY

Position/Box: _____

**Subject Name:** ALBERTO VILLAR
**Subject Address:** 399 PARK AVE, 22nd FL, NYC
**Inspector(s):** HEATHER TUCCI

**Date:** 5/26/05
**Floor/Room No.:** 22nd FLR / ROOM L
**Case No.:** 499-1526589-FC(1)

Safe: ___   Cabinet: ✓   Credenza: ___   Desk: ___   Drawer: ✓
Shelf: ___   Table: ___   Wall: ___   Other: ___

| Quantity | Description of Items |
|---|---|
| 3rd Drawer 1 | Orange hanging folder containing written speech by Villar to Hispanic Federation 11/21/02 |
| 1 | Purple hanging folder containing: Nat'l Ballet School fundraiser docs; Canadian Opera Company docs DATED FROM 12/03 - FEB/04 |
| 1 | Orange hanging folder containing: KINGS COLLEGE of LONDON INVITE DOC'S; GLYNDEBOURNE SPONSORSHIP DOC'S; MEDICAL UNIV. OF SALZBURG DOC'S; MUSIKVEREIN |
| cont. | DONATION DOC'S; CUNY DOC'S; UNIV. OF CHICAGO DOC'S; UNIV. OF MIAMI DOC'S |
| 1 | ORANGE HANGING FOLDER CONTAINING INTER AMERICAN DIALOGUE FUNDRAISER DOC'S w/ PHOTO OF VILLAR & PRESIDENT CARDOSO |
| 3rd Drawer 2 | PURPLE HANG FOLDER CONTAINING BADEN BADEN FOUNDATION COOPERATION AGREEMENT, APRIL 2003; EMAILS ENCLOSED. |
| 1 | ORANGE HANG FOLDER w/ KENNEDY CENTER DONATION DOC'S 2/05 & 2/04 & 12/03 |
| 1 | ORANGE HANG FOLDER w/ DOC'S RELATING TO DONATION GRAN TEATRE DEL LICEU DATES FROM 12/03 - 2/05 |
| 1 | LETTER 1/6/04 FROM WIENER STAATSOPER TO VILLAR REQUESTING THAT HE HONOR HIS PAST DUE DONATION |
| 1 | SET OF DOC'S IN CLEAR YELLOW "MATERIALS FOR MEETING WITH RUSSELL JONES TUES JUNE 3, 2003" |
| 3rd Drawer 1 | ORANGE HANG FOLDER w/ ROYAL OPERA HOUSE DONATION INFORMATION & RED LETTERS REQUESTING PAYMENT |
| 1 | ORANGE HANG FOLDER w/ CARNEGIE HALL DONATION DOC'S INCLUDING PAYMENT SCHEDULE |
| 1 | ORANGE HANG FOLDER w/ HANDWRITTEN NOTES, JOHN BARONSKY MEETING DOC'S, METROPOLITAN OPERA DOC'S |
| 1 | YELLOW FOLDER TITLED AMERICAN ACADEMY IN BERLIN - DONATION PAYMENT INFO. |
| 1 | EMAIL & LETTER FROM AMERICAN FRIENDS OF SALZBURG FESTIVAL |
| 3rd Drawer 1 | YELLOW FOLDER TITLED "CONDE NAST SALZBURG" |
| 1 | YELLOW FOLDER TITLED "SALZBURG ADVERTISING BILLS 2001-2002" |
| 1 | ORANGE HANG FOLDER w/ VILAR CENTER FOR ARTS DOC'S; VAIL VALLEY FOUNDATION DOC'S |
| 1 | Clear pink folder w/ letter VAIL VALLEY MUSIC FEST RE: PAYMENT SCHEDULE & DOC'S |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page 1 of 6 pages

PS Form 8164, October 1993