# The UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: ____/____

Subject Name: ALBERTO VILLAR
Subject Address: 399 Park Ave, NYC
Inspector(s): Heather Tucci

Date: 5/26/05
Floor/Room No.: 22nd Flr. / Room L
Case No. 499-1526589-FC(1)

Safe: ____ Cabinet: ____ Credenza: ____ Desk: ____ Drawer: ✓
Shelf: ____ Table: ____ Wall: ____ Other: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | PURPLE FOLDER W/ RESUME'S; CLEAR FOLDER TITLED "MIKE RIFLE CORRESPONDENCE" + OTHER MISC. DOCUMENTS RELATING TO VILLAR |
| 1 | PURPLE HANG FOLDER W/ FORMER EMPLOYEE CORRESPONDENCE DOC'S INCLUDING SEVERENCE PAY INFO & ~~COURT RELATED~~ SETTLEMENT INFO |
| 1 | GREEN, CLEAR FOLDER W/ ~~CORRESP(T)~~ CORRESPONDENCE RE: MARC WEISS (former employment settlement) |
| 1 | Clear folder w/ correspondence relating to an S.E.C. investigation |
| 1 | PURPLE HANG FOLDER W/ LETTER FROM TANAKA, INTERNAL MEMO, DOC'S FROM MARC WEISS, HANDWRITTEN NOTES / OTHER MISC. BUS. DOC'S |

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 3 of 6 pages

PS Form 8164, October 1993