USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                Defendants.

Case No. 05-CR-621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

It is hereby:

ORDERED that the Government's response to Defendant Vilar's Motion to Quash shall be filed on or before February 10, 2006. It is further

ORDERED that Defendant Vilar's reply, if any, shall be filed on or before February 24, 2006.

SO ORDERED.

Dated:     January, 27 2006
             New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE