USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                Defendants.

Case No. 05-CR-621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

At the conference held on February 9, 2006, the Court adopted the following supplemental motion schedule:

Defendant Vilar's and Defendant Tanaka's Motion for a Bill of Particulars is due on or before February 16, 2006. The Government's Response is due on or before February 27, 2006. The Defendants' Reply is due on or before March 6, 2006.

Defendant Tanaka's Motion to Suppress the materials seized in England is due on or before February 16, 2006. The Government's Response is due on or before February 27, 2006. The Defendant's Reply is due on or before March 6, 2006.

The Parties are directed to appear at a conference on March 9, 2006 at 2:30 pm.

SO ORDERED.

Dated:     February 10, 2006
             New York, New York

                                                KENNETH M. KARAS
                                                UNITED STATES DISTRICT JUDGE