

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 8, 2005

<u>BY FEDEX</u>

Glenn C. Colton, Esq.
Wilson Sonsini Goodrich & Rosati
12 East 49th Street, 30th Floor
New York, New York 10017-8203

Steven G. Kobre, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, New York, 10022

Susan C. Wolfe, Esq.
Hoffman & Pollok LLP
260 Madison Avenue
New York, New York 10016

Re:    *United States* v. *Alberto William Vilar and Gary Alan Tanaka,*
S1 05 Cr. 621 (KMK)

Dear Counsel:

Pursuant to the Government's ongoing obligations under Fed. R. Crim. P. 16, and in anticipation of the motions hearing scheduled for December 14, 2005, I write to provide additional discovery and 3500 material with respect to the above-captioned case. Specifically, I enclose additional documents numbered 3501A-G, 3502A-F, 3503A-C, 3504A-B, 3505A-D, a videotape made in connection with the search conducted at Amerindo U.S., and a list of items not seized during the search.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Marc Litt
Assistant United States Attorney
(212) 637-2295

Enclosures