

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/06
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2006

**MEMO ENDORSED**

BY HAND

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

    Re:    United States v. Alberto William Vilar and Gary Alan Tanaka,
            S2 05 Cr. 621 (KMK)

Dear Judge Karas:

    In light of Your Honor's questions and apparent concerns regarding the instructions provided to the U.S. Postal Inspectors who conducted the search of the Amerindo U.S. office, the Inspectors' interpretation of the search warrant, and the manner in which the search was executed, the Government respectfully requests that it be provided with an opportunity to introduce additional witness testimony to address Your Honor's questions and to more fully develop the record concerning the U.S. search. The Government would anticipate calling as witnesses between one and four of the U.S. Postal Inspectors who conducted the search.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            UNITED STATES ATTORNEY

                   By:  */s/ Marc Litt*
                        Marc Litt
                        Deirdre A. McEvoy
                        Assistant United States Attorney
                        (212) 637-2295 / -2309

*[Handwritten endorsement:] The Defendants are directed to respond to this letter by March 15, 2006.*

cc:    Glenn C. Colton, Esq. (By facsimile)
        Steven G. Kobre, Esq. (By facsimile)
        Jeffrey C. Hoffman, Esq. (By facsimile)

                            SO ORDERED
                            */s/ M.K.*
                            KENNETH M. KARAS U.S.D.J.
                            3/10/06