U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2006

**MEMO ENDORSED**

BY HAND

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

      Re:   United States. v. Alberto William Vilar and Gary Alan Tanaka,
             S2 05 Cr. 621 (KMK)

Dear Judge Karas:

      The Government respectfully requests that the Court modify the briefing schedule on defendants' motion to suppress evidence seized from the United Kingdom to permit the Government to file its opposition brief by March 31, and to allow the defendants to file any reply by April 10. The Government requires this additional time to obtain information and advice from the Department of Justice's Office of International Affairs and from the United Kingdom concerning certain issues raised in defendants' moving papers. Steven G. Kobre, Esq., counsel for Mr. Tanaka has consented to this request and, on information and belief, based on a conversation the undersigned had with, Jeffrey C. Hoffman, Esq., counsel for Mr. Vilar, he likewise consents to this request.

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          UNITED STATES ATTORNEY

                              By:   /s/ Marc Litt
                                    Marc Litt
                                    Assistant United States Attorney
                                    (212) 637-2295

cc:   Glenn C. Colton, Esq. (By facsimile)
      Steven G. Kobre, Esq. (By facsimile)
      Jeffrey C. Hoffman, Esq. (By facsimile)

*[Handwritten endorsement:]* The modified briefing schedule proposed by the parties in connection with the motion to suppress the UK evidence is approved.

SO ORDERED

/s/ Kenneth M. Karas
KENNETH M. KARAS U.S.D.J.
3/17/06