

12 East 49th Street, 30th Floor
New York, NY 10017-8203

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

March 22, 2006

**BY HAND**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

    Re:    *United States v. Alberto Vilar and Gary Tanaka*, 05 Cr. 621 (KMK)

Dear Judge Karas:

    We represent Gary Tanaka in the above-entitled matter and, on his behalf, request that the Court order the Government to provide a final and definitive list of the GFRDA investors that allegedly were defrauded by Defendants.

    At the March 9, 2006 conference, in response to Defendants' motion for a bill of particulars, the Court ordered the Government to specifically identify the GFRDA investors that Defendants allegedly defrauded as set forth in paragraph 34 of the superseding indictment. In particular, the Court found that such identification was necessary to protect Defendants' constitutional rights under the Double Jeopardy Clause. *See* Transcript of March 9, 2006 Conference, p. 86 ("If the purpose of the bill of particulars is to make sure that the defendants don't face double jeopardy, then they have got to know which investors were apparently defrauded. It seems to me fundamental to a case like this.").

    In response to the Court's order, on March 15, 2006, the Government sent to Defendants (copying the Court) a letter listing "<u>potential</u> GFRDA victims on which the Government <u>may rely</u> to prove the allegations set forth in paragraph 34 of the superseding indictment." *See* Government Letter Dated March 15, 2006 (emphasis added). In its letter, however, the Government expressly "reserves the right to supplement this list" should it become aware of additional "victims." This reservation of rights – the effect of which is to once again render the charges against Defendants ambiguous – violates both the spirit and the letter of the Court's March 9 order and should not be permitted. Accordingly, we respectfully request

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

The Honorable Kenneth M. Karas
March 22, 2006
Page 2

that the Court order the Government to provide a final and definitive list of the GFRDA "investors" allegedly defrauded by Defendants as soon as possible, but in any event no later than April 1, 2006.

    Respectfully submitted,

    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

    /s/
    Glenn C. Colton
    Jessica L. Margolis

cc:    Marc Litt, Esq. (via electronic filing)
       Jeffrey Hoffman, Esq. (via electronic filing)