```
                                        ┌─────────────────────────────┐
                                        │ USDC S                      │
                                        │ DOCUMEN                     │
UNITED STATES DISTRICT COURT            │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK           │ DOC #: _____         │
                                        │ DATE FILED: 4/12/06         │
                                        └─────────────────────────────┘
```

UNITED STATES OF AMERICA

    -v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                    Defendants.

Case No. 05-CR-621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    The Court held a conference on April 7, 2006. Defendants have requested that the Government identify from among the materials it disclosed pursuant to Fed. R. Crim. P. 16 those items it intends to use in its case-in-chief at trial. For the reasons stated on the record, Defendants' request is DENIED, although the Government has indicated it will honor Defendants' request two weeks before trial.

    The Parties are ORDERED to appear on May 31, 2006 at 10:00 am. At that time, the Court will hold a second hearing regarding the execution of the search warrant at Amerindo's U.S. offices, and will also hear testimony regarding the circumstances surrounding the issuance of the subpoena for documents at Amerindo's U.S. offices. The Court will advise the Parties if testimony is required in connection with Defendants' Motion to Suppress the search of Amerindo's offices in the U.K.

The trial of this case will begin on October 3, 2006. The Parties' requests to charge and proposed voir dire are to be submitted to the Court by September 5, 2006.

SO ORDERED.

Dated:   April 11, 2006
         New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE