

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 17, 2006

**BY FACSIMILE**
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/06

Re:  United States v. Alberto Vilar and Gary Tanaka
     05 Cr. 621 (KMK)

Dear Judge Karas:

The parties respectfully propose the following briefing schedule to resolve any privilege issues concerning the U.S. documents: Any motion by the Government due on May 25, 2006, response by the defendants due on June 8, 2006, and the Government's reply, if any, due no later than June 15, 2006.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Rhonda Jung
Special Assistant United States Attorney
Neil M. Barofsky
Assistant United States Attorney
Telephone: (212) 637-2217/2333

cc: Glenn Colton, Esq./Jessica Margolis, Esq.
    Jeffrey Hoffman, Esq.
    Eugene Licker, Esq./Amanda Merkur, Esq.

*The briefing schedule regarding any privilege issues related to US documents is approved.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/17/06

TOTAL P.02