USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

Defendants.

Case No. 05-CR-621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

In its April 11, 2006 Order, the Court ordered a second hearing on May 31, 2006 regarding the execution of the search warrant at Amerindo's U.S. offices and a hearing regarding the issuance of the subpoena for documents at Amerindo's U.S. offices. The Court said that it would advise the Parties if testimony would be required in connection with Defendants' Motion to Suppress the search of the Cadogan Tate facility in the U.K.

It is hereby ORDERED that the Court will hold a hearing on the Defendants' Motion to Suppress the search of the U.K. facility on May 31, 2006. The Court expects to hear testimony from Detective Sergeant Howard Shaw and Postal Inspectors Cynthia Fraterrigo, Thomas Feeney, and Annmarie Williamson.

SO ORDERED.

Dated:     May 5, 2006
           New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE