```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                :         **ORDER**

    versus                                            :         05 CR 0621(KMK)

ALBERTO WILLIAM VILAR and GARY    :
ALAN TANAKA
                                                            :

------------------------------------------------------------X

KENNETH M. KARAS, District Judge

    Bail was set for Alberto William Vilar in the amount of $1,600,000.00. The bail was ordered placed in an Interest Bearing Account.

    Bail for Gary Alan Tanaka was set in the amount of $1,000,000.00. On April 12, 2006 an order was filed reducing Mr. Tanaka's bail by $500,000.00. Due to a clerical error, funds were inadvertently withdrawn from the Interest Bearing Account of Alberto William Vilar.

    IT IS HEREBY ORDERED that $500,000.00 of the bail deposited on behalf of Gary Alan Tanaka be withdrawn and deposited in the Interest Bearing Account along with the interest check in the amount of $13,050.23.

Dated: May 9, 2006
        New York, New York

                                                KENNETH M. KARAS
                                                UNITED STATES DISTRICT JUDGE