**HOFFMAN & POLLOK LLP**
ATTORNEYS AT LAW
260 MADISON AVENUE
NEW YORK, N.Y. 10016
(212) 679-2900
FAX NO: (212) 679-1844

JEFFREY C. HOFFMAN
JOHN L. POLLOK
SUSAN C. WOLFE
WILLIAM A. ROME
LISA ROSENTHAL
JACQUELINE N. LAND

MICHAEL S. POLLOK
OF COUNSEL

ROBERT H. KIERNAN
(1973 - 1995)

June 6, 2006,

Hon. Kenneth M. Karas
Judge, U.S. District Court
United States Courthouse
500 Pearl Street – Rm. 2260
New York, N.Y.  10007-1312

Re:   *United States v. Albert Vilar* - 05 Cr. 0621

Dear Judge Karas:

      I am writing to request that the Court modify Mr. Vilar's conditions of home detention pursuant to the recommendations of his surgeon, Dr. Cammisa, Chief, Spinal Surgical Service, The Hospital for Special Surgery, under whose care Mr. Vilar has been since 2000.

      Dr. Cammisa examined Mr. Vilar on March 27, 2006 and noted signs of "junctional degeneration at the level of his [spinal] fusion.." It is Dr. Cammisa's expert opinion that without proper rehabilitation, "[Mr. Vilar's] risk for deterioration increases".

      It is Dr. Cammisa's recommendation that as part of a proper spinal postoperative rehabilitation program, Mr. Vilar be permitted to walk for an hour and a half to two hours every day.

      As his schedule now stands, Mr. Vilar is permitted to attend church services every Wednesday (7:30 am to 2:00 am) and Sunday (7:30 am to 2 pm). On Fridays (8 am to 12 am) Mr. Vilar attends a counseling session. He is able to walk from the therapist home – a walk distance of approximately 30 minutes. Mr. Vilar is also allotted a three hour Saturday timeframe within which he has to conduct all his weekly errands and buy groceries.

      We request that the Court modify the conditions of bail to allow Mr. Vilar to have an hour and a half each day for the purpose of preventing any further spinal degeneration.

HOFFMAN & POLLOK LLP

Page 2
6/6/2006

    We have spoken with AUSA Marc Litt and he has consented to an hour and half modification for Mondays and Tuesdays.

    Thank you for your courtesy and consideration.

Very truly yours,<br><br>JEFFREY C. HOFFMAN

CC: AUSA Marc Litt