

260 MADISON AVENUE
(212) 679-2900
FAX NO: (212) 679-1844

JEFFREY C. HOFFMAN
JOHN L. POLLOK
SUSAN C. WOLFE
WILLIAM A. ROME
LISA ROSENTHAL
JACQUELINE N. LAND

MICHAEL S. POLLOK
OF COUNSEL

ROBERT H. KIERNAN
(1973 - 2005)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/06

June 29, 2006

Hon. Kenneth M. Karas
Judge, U.S. District Court
United States Courthouse
500 Pearl Street – Rm. 2260
New York, N.Y. 10007-1312
Fax No: 212 805-7968

    Re:    *United States v. Alberto Vilar* - 05 Cr. 0621

Dear Judge Karas:

    I am writing to request a change in the dates for the continued suppression hearing, currently scheduled for July 7th and 10th, 2006. I had previously arranged to attend a family wedding oversees and made flight and hotel arrangements well in advance. Unfortunately, I did not realize that the wedding would conflict with the suppression hearing at the time that I agreed to the July 7th and 10th 2006 dates.

    I respectfully request that, if the Court's schedule so permits, a new hearing date be set for two of the following three dates: July 11, 12 or 13. We have spoken with Mr. Tanaka's counsel on this matter and they have agreed to the change and the proposed dates. We have also spoken to AUSA Marc Litt on this issue and he is opposed to any changes in the current schedule.

    I apologize for the scheduling error on my part and I will certainly understand if the Court and the government cannot accommodate me. I make this request because I had already prepared for the examination of the anticipated witnesses before our last session and, as lead counsel for Mr. Vilar, I would like to participate in this phase of the hearing.

    Thank you for your consideration.

Respectfully submitted,

JEFFREY C. HOFFMAN

Cc: AUSA Marc Litt
    Glen Colton, Esq.
    Steven Kobre, Esq.

*Handwritten order:* The application is DENIED. The July 7/10 dates were selected at the last hearing date on Jun 1 which was four weeks ago. All counsel then agreed to continue the hearing on July 7 and 10. Thus the Court is perplexed as to why it is hearing now that one of Mr. Vilar's two lawyers is unavailable, particularly for reasons that appear to have been known to him for some time. It is unfair to all at this stage to move the hearing, particularly where able co-counsel is available.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
6/30/06