# Exhibit B

```
    6775VILH              hearing

 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------x

 3  UNITED STATES OF AMERICA,

 4           v.                              05 Cr. 621 (KMK)

 5  ALBERTO VILAR and GARY TANAKA,

 6             Defendants.

 7  ------------------------------x

 8                                           July 7, 2006
                                             10:30 a.m.
 9

10  Before:

11                 HON. KENNETH M. KARAS,
12
                                         District Judge
13

14                       APPEARANCES

15  MICHAEL J. GARCIA
         United States Attorney for the
16       Southern District of New York
    BY:  MARC LITT
17       DEIRDRE McEVOY
         Assistant United States Attorneys
18
    HOFFMAN & POLLOK, L.L.P.
19       Attorneys for Defendant Vilar
    BY:  JEFFREY C. HOFFMAN
20       SUSAN C. WOLFE

21  WILSON, SONSINI, GOODRICH & ROSATI
         Attorneys for Defendant Tanaka
22  BY:  GLENN CHARLES COLTON
         JESSICA MARGOLIS
23       and
    KOBRE & KIM, L.L.P.
24  BY:  STEVEN GARY KOBRE
         JUSTIN SHER
25
```

```
       6775VILH                    Fraterrigo - direct
```

1   Q.  In connection with that investigation, did there come a
2   time you submitted an affidavit for a search warrant?
3   A.  Yes.
4   Q.  For what location.
5   A.  For Amerindo Investment Advisors, Inc. located on 399 Park
6   Avenue, 22nd floor, New York, New York.
7   Q.  To whom did you submit your affidavit?
8   A.  To Magistrate Judge Frank Maas.
9   Q.  When did that occur?
10  A.  On May 25th, 2005, in the evening.
11  Q.  Was that the first time you applied for a warrant to search
12  the premises of Amerindo's New York office at 399 Park Avenue?
13  A.  Yes, it was.
14  Q.  Before you applied to Judge Maas for a warrant to search
15  those premises, had you applied for any other warrant in the
16  Amerindo case?
17  A.  No, I did not.
18  Q.  Where did you go to apply for the warrant?
19  A.  Went to the residence of Magistrate Maas.
20  Q.  How long did you spend in Magistrate Maas' residence,
21  approximately?
22  A.  Approximately one hour.
23  Q.  What did you observe Magistrate Maas do?
24  A.  I observed him reading the search warrant, the search
25  warrant affidavit, the arrest warrants and the complaints.