# Exhibit I

# AMERINDO INVESTMENT ADVISORS INC.

SUITE 300
60 EAST SIR FRANCIS DRAKE BLVD.
LARKSPUR, CA 94939
TEL: (415) 461 5121

17A CURZON STREET
LONDON W1Y 7FE
TEL: 629 2349
TLX: 291735 AML UK

NOTICE OF ACCEPTANCE
pursuant to the Private Placement Memorandum
for Rhodes Capital Group Limited ("the Company")
issued on August 1, 1989

We acknowledge receipt of the application form of:

Ms. Lily Cates

[REDACTED]

offering to purchase TWO units in the Company on the terms and conditions of the Private Placement Memorandum issued by us dated April 6, 1989.

We are pleased to confirm that your offer has been accepted and you have been allocated TWO units of $500,000.00 each in the Company and we acknowledge receipt of your remittance in the sum of $332,000.00 in payment of the deposit in respect of the units.

The balance of the unit price multiplied by the TWO units that have been allocated to you amounting to $668,000.00 ("the Balance") must be paid to us by banker's draft or bank wire on May 31, 1989 which shall be the Completion Date as defined in Clause 10 of the Private Placement Memorandum.

Documents of title to the shares represented by the units allocated to you will be sent to you in accordance with Clause 10 of the Private Placement Memorandum. If you fail to pay the Balance on the Completion Date you shall be deemed to have withdrawn your application and we shall be entitled to retain 50% of the deposit pursuant to the terms of Clause 10 of the Private Placement Memorandum.

......*(signature)*...... ..6/6/89..
Albert W. Vilar          Date

LC-00499

For and on behalf of
Amerindo Investment Advisors Inc.



Albert W. Vilar          Gary A. Tanaka