# Exhibit K

# AMERINDO INVESTMENT ADVISORS INC.

388 Market Street, Suite 950
San Francisco, CA 94111
Tel: (415) 362-0292
Fax: (415) 362-0533

17a Curzon Street
London, W1Y 7FE
Tel: (071) 629-2349
Fax: (071) 493-5158

December 24, 1991

Ms. Lily Cates
[REDACTED]

Dear Lily:

I am pleased to enclose two Statements of Account for the period through November 30, 1991, showing a total value of $2,955,393.

Small cap stocks in which we specialize have done quite well this year, signaling to us that we are in the early stages of what should be a five-to-seven year bull market in our specialty sector. We will send you our 1992 outlook in early January when we explore this theme in far greater detail.

Gary and I want to take this opportunity to extend our very best wishes for a healthy and prosperous New Year.

Kindest regards.

Sincerely yours,

Alberto W. Vilar

Enc.

LC-00579