# Exhibit N

9/9/94

**AMERINDO**
INVESTMENT ADVISORS INC.

399 Park Avenue, 18th Floor
New York, NY 10022
TEL (212) 371-6360
FAX (212) 371-6988

September 9, 1994

Ms. Lily Cates

[REDACTED]

Dear Lily:

Enclosed are two envelopes.

Please open the envelope marked "For Signature", and sign the two separate pages that call for signature. Please put these two pages into the enclosed FedEx envelope addressed to us.

The second envelope marked "Starbase" is a descriptive package of the company we are investing in, which you may read at your leisure.

I will be out of town on Monday, but can be reached on Tuesday in the London office (011-4471-629-2349).

Please feel free to call me at your convenience.

Best regards.

Sincerely,

Alberto W. Vilar

enclosure

LC-00617