

# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

that:

Attached is a copy of, Schedule 13G, received in this Commission February 1, 2005, on behalf of Amerindo Investment Advisors Inc., a California corporation, et al, under the name Homestore Inc., File No. 5-58289, pursuant to the provisions of the Securities Exchange Act of 1934.

on file in this Commission
March 22, 2006
(Date)

*Larry Mills*
Records Officer

It is hereby certified that the Associate Executive Director, Office of Filings and Information Services, U.S. Securities and Exchange Commission, Washington, D.C., which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission, and all records and files created or established by the Federal Trade Commission pursuant to the provisions of the Securities Act of 1933 and transferred to this Commission in accordance with Section 210 of the Securities Exchange Act of 1934, and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Director, Associate Directors, Special Assistant to the Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or any one of them, are authorized to execute the above attestation.

For the Commission

*Nancy M. Morris*
Secretary

SEC 334 (1-06)

SEC-0000384

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### SCHEDULE 13G

Under the Securities Exchange Act of 1934
(Amendment No.      )

**HomeStore Inc.**
----------------------------------------
(Name of Issuer)

COMMON STOCK
----------------------------------------
(Title of Class of Securities)

437852106
------------------
(CUSIP Number)

December 31, 2004
-----------------------------------------------------------------
(Date of Event Which Requires Filing of this Statement)

Check the appropriate box to designate the rule pursuant to which this Schedule is filed:

{ X }    Rule 13d-1(b)

{   }    Rule 13d-1(c)

{   }    Rule 13d-1(d)

*The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter the disclosures provided in a prior cover page.

The information required in the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

(Continued on following pages(s))


SCHEDULE 13G

CUSIP NO. 437852106
--------------------------------------------------------------------

1)  Name of Reporting Person
    I.R.S. Identification Nos. of above persons (entities only)

    AMERINDO INVESTMENT ADVISORS INC., a California corporation, AMERINDO
    INVESTMENT ADVISORS, INC., a Panama corporation, AMERINDO INVESTMENT
    ADVISORS INC. PROFIT SHARING PLAN, AMERINDO ADVISORS (UK) LIMITED
    RETIREMENT BENEFITS SCHEME, ALBERTO W. VILAR, GARY A. TANAKA, JAMES

P.F. STABLEFORD and RENATA LEPORT, who disaffirm the existence of any group and who are sometimes collectively referred to as the "Reporting Persons."

---

2) Check the Appropriate Box       (a)
   if a Member of a Group           ----------------------------
   (See Instructions)               (b)
                                    ----------------------------

---

3) SEC Use Only

---

4) Citizenship or Place of Organization

   See Item 4 of separate cover pages for Reporting Persons

---

Number of Shares        (5)  Sole Voting Power
Beneficially Owned
by Each Reporting       7,500 shares in the aggregate for all Reporting Persons
Person with             and as to all but a portion of which beneficial ownership
                        is disclaimed

                        (6)  Shared Voting Power

                        7,473,138 shares in the aggregate for all Reporting Persons
                        and as to all but up to 53,400 shares of which beneficial
                        ownership is disclaimed

                        (7)  Sole Dispositive Power

                        7,500 shares in the aggregate for all Reporting Persons
                        and as to all but a portion of which beneficial ownership
                        is disclaimed

                        (8)  Shared Dispositive Power

                        7,473,138 shares in the aggregate for all Reporting Persons
                        and as to all but up to 53,400 shares of which beneficial
                        ownership is disclaimed

---

9) Aggregate Amount Beneficially
   Owned by Each Reporting Person

   7,526,538 shares in the aggregate for all Reporting Persons and as to
   all but up to 53,400 shares of which beneficial ownership is disclaimed

---

10) Check if the Aggregate Amount                                         {X}
    in Row 9 Excludes Certain
    Shares (See Instructions)

---

11) Percent of Class Represented
    by Amount in Row 9                                              5.13%

12) Type of Reporting Person                                        IA, EP, IN
    (See Instructions)

SCHEDULE 13G

CUSIP NO.  437852106

1) Name of Reporting Person
   I.R.S. Identification Nos. of above persons (entities only)

   AMERINDO INVESTMENT ADVISORS INC.

2) Check the Appropriate Box            (a)
   if a Member of a Group
   (See Instructions)                   (b)

3) SEC Use Only

4) Citizenship or Place of Organization

   California

Number of Shares        (5)  Sole Voting Power                      None
Beneficially Owned
by Each Reporting       (6)  Shared Voting Power
Person with
                             7,473,138 shares, as to all of which beneficial ownership
                             is disclaimed

                        (7)  Sole Dispositive Power                 None

                        (8)  Shared Dispositive Power

                             7,473,138 shares, as to all of which beneficial ownership
                             is disclaimed

9) Aggregate Amount Beneficially
   Owned by Each Reporting Person

   7,473,138 shares, as to all but a portion of which beneficial ownership
   is disclaimed

```
10)  Check if the Aggregate Amount                                          (X)
     in Row 9 Excludes Certain
     Shares (See Instructions)


11)  Percent of Class Represented
     by Amount in Row 9                                                     5.09%


12)  Type of Reporting Person                                               IA
     (See Instructions)
```

SCHEDULE 13G

CUSIP NO.    437852106

```
1)   Name of Reporting Person
     I.R.S. Identification Nos. of above persons (entities only)

     AMERINDO INVESTMENT ADVISORS, INC.


2)   Check the Appropriate Box            (a)
     if a Member of a Group
     (See Instructions)                   (b)


3)   SEC Use Only


4)   Citizenship or Place of Organization

     Panama
```

| Number of Shares Beneficially Owned by Each Reporting Person with | | |
|---|---|---|
| | (5) Sole Voting Power | None |
| | (6) Shared Voting Power | |
| | 0 shares, as to all of which beneficial ownership is disclaimed | |
| | (7) Sole Dispositive Power | None |
| | (8) Shared Dispositive Power | |
| | 0 shares, as to all of which beneficial ownership is disclaimed | |

```
9)   Aggregate Amount Beneficially
     Owned by Each Reporting Person

     0 shares, as to all of which beneficial ownership is disclaimed


10)  Check if the Aggregate Amount                                    (X)
     in Row 9 Excludes Certain
     Shares (See Instructions)


11)  Percent of Class Represented
     by Amount in Row 9                                             0.00%


12)  Type of Reporting Person                                          IA
     (See Instructions)
```

SCHEDULE 13G

CUSIP NO.   437852106

```
1)   Name of Reporting Person
     I.R.S. Identification Nos. of above persons (entities only)

     Amerindo Investment Advisors Inc. Profit Sharing Plan


2)   Check the Appropriate Box            (a)
     if a Member of a Group
     (See Instructions)                   (b)


3)   SEC Use Only


4)   Citizenship or Place of Organization

     New York

Number of Shares
Beneficially Owned  (5)  Sole Voting Power
by Each Reporting
Person with       7,500 shares, as to all of which beneficial ownership
                  is disclaimed
```

Disclosure Page 5

SEC-0000389

```
       (6)  Shared Voting Power                              None

       (7)  Sole Dispositive Power

            7,500 shares, as to all of which beneficial ownership
              is disclaimed

       (8)  Shared Dispositive Power                         None
```

---

9) Aggregate Amount Beneficially
   Owned by Each Reporting Person

   7,500 shares, as to all of which beneficial ownership is disclaimed

---

10) Check if the Aggregate Amount                            {X}
    in Row 9 Excludes Certain
    Shares (See Instructions)

---

11) Percent of Class Represented
    by Amount in Row 9                                       0.01%

---

12) Type of Reporting Person                                 EP
    (See Instructions)

---

SCHEDULE 13G

CUSIP NO.  437852106

---

1) Name of Reporting Person
   I.R.S. Identification Nos. of above persons (entities only)

   AMERINDO ADVISORS (UK) LIMITED RETIREMENT BENEFITS SCHEME

---

2) Check the Appropriate Box            (a)
   if a Member of a Group
   (See Instructions)                   (b)

---

3) SEC Use Only

---

4) Citizenship or Place of Organization

United KINGDOM

```
Number of Shares          (5)  Sole Voting Power                              None
Beneficially Owned
by Each Reporting         (6)  Shared Voting Power
Person with
                               45,900 shares, as to all of which beneficial ownership
                               is disclaimed

                          (7)  Sole Dispositive Power                         None

                          (8)  Shared Dispositive Power

                               45,900 shares, as to all of which beneficial ownership
                               is disclaimed
```

9)  Aggregate Amount Beneficially
    Owned by Each Reporting Person

    45,900 shares, as to all of which beneficial ownership is disclaimed

10) Check if the Aggregate Amount                                              {X}
    in Row 9 Excludes Certain
    Shares (See Instructions)

11) Percent of Class Represented
    by Amount in Row 9                                                        0.03%

12) Type of Reporting Person                                                    EP
    (See Instructions)


SCHEDULE 13G

CUSIP NO.   437852106

1)  Name of Reporting Person
    I.R.S. Identification Nos. of above persons (entities only)

    ALBERTO W. VILAR

2)  Check the Appropriate Box              (a)
    if a Member of a Group
    (See Instructions)                     (b)

3)   SEC Use Only

4)   Citizenship or Place of Organization

     United States

Number of Shares        (5)  Sole Voting Power
Beneficially Owned
by Each Reporting       7,500 shares, as to only a portion of which beneficial
Person with             ownership is affirmed

                        (6)  Shared Voting Power

                             7,473,138 shares, as to all but up to 53,400 shares of
                        which beneficial ownership is disclaimed

                        (7)  Sole Dispositive Power

                             7,500 shares, as to only a portion of which beneficial
                        ownership is affirmed

                        (8)  Shared Dispositive Power

                             7,473,138 shares, as to all but up to 53,400 shares of
                        which beneficial ownership is disclaimed

9)   Aggregate Amount Beneficially
     Owned by Each Reporting Person

     7,526,538 shares, as to all but a portion of which beneficial ownership
     is disclaimed

10)  Check if the Aggregate Amount                                              {X}
     in Row 9 Excludes Certain
     Shares (See Instructions)

11)  Percent of Class Represented
     by Amount in Row 9                                                         5.13%

12)  Type of Reporting Person                                                   IN
     (See Instructions)

SCHEDULE 13G

SEC-0000392

```
2)   Check the Appropriate Box                    (a)
     if a Member of a Group                       ------------------------
     (See Instructions)                           (b)
                                                  ------------------------


3)   SEC Use Only


4)   Citizenship or Place of Organization

     United States


Number of Shares      (5)  Sole Voting Power                        None
Beneficially Owned
by Each Reporting     (6)  Shared Voting Power
Person with
                           7,480,638 shares, as to all but up to 45,900 shares of
                           which beneficial ownership is disclaimed

                      (7)  Sole Dispositive Power                   None

                      (8)  Shared Dispositive Power

                           7,480,638 shares, as to all but up to 45,900 shares of
                           which beneficial ownership is disclaimed


9)   Aggregate Amount Beneficially
     Owned by Each Reporting Person

     7,519,038 shares, as to all but a portion of which beneficial ownership
     is disclaimed


10)  Check if the Aggregate Amount                                  {X}
     in Row 9 Excludes Certain
     Shares (See Instructions)


11)  Percent of Class Represented
     by Amount in Row 9                                             0.03%


12)  Type of Reporting Person                                       IN
     (See Instructions)
```

SCHEDULE 13G

CUSIP NO.  437852106

1) Name of Reporting Person  
   I.R.S. Identification Nos. of above persons (entities only)

   JAMES P.F. STABLEFORD

2) Check the Appropriate Box    (a)  
   if a Member of a Group  
   (See Instructions)            (b)

3) SEC Use Only

4) Citizenship or Place of Organization

   United Kingdom

Number of Shares Beneficially Owned by Each Reporting Person with

(5) Sole Voting Power                                     None

(6) Shared Voting Power

   45,900 shares, as to all of which beneficial ownership is affirmed

(7) Sole Dispositive Power                                None

(8) Shared Dispositive Power

   45,900 shares, as to all of which beneficial ownership is affirmed

9) Aggregate Amount Beneficially  
   Owned by Each Reporting Person

   45,900 shares, as to all of which beneficial ownership is affirmed

10) Check if the Aggregate Amount                                {X}  
    in Row 9 Excludes Certain  
    Shares (See Instructions)

11) Percent of Class Represented

```
        by Amount in Row 9                                              0.0

12)   Type of Reporting Person                                           IN
      (See Instructions)
```

SCHEDULE 13G

CUSIP NO.   437852106

1)   Name of Reporting Person
     I.R.S. Identification Nos. of above persons (entities only)

     RENATA LE PORT

2)   Check the Appropriate Box                (a)
     if a Member of a Group
     (See Instructions)                       (b)

3)   SEC Use Only

4)   Citizenship or Place of Organization

     United Kingdom

| Number of Shares Beneficially Owned by Each Reporting Person with | (5) Sole Voting Power | None |
|---|---|---|
| | (6) Shared Voting Power | |
| | 45,900 shares, as to all of which beneficial ownership is affirmed | |
| | (7) Sole Dispositive Power | None |
| | (8) Shared Dispositive Power | |
| | 45,900 shares, as to all of which beneficial ownership is affirmed | |

9)   Aggregate Amount Beneficially
     Owned by Each Reporting Person

     45,900 shares, as to all of which beneficial ownership is affirmed

HOMESTORE INC - SCH 13G

10) Check if the Aggregate Amount
    in Row 9 Excludes Certain                                    {X}
    Shares (See Instructions)

---

11) Percent of Class Represented
    by Amount in Row 9
                                                                0.03%

---

12) Type of Reporting Person
    (See Instructions)                                            IN

---

SEC-0000396

Item 1.
------

(a) The name of issuer as to whose securities this statement relates is Homestore, Inc. (the "Issuer").

(b) The address of Issuer's principal place of business is 30700 Russell Ranch Road, Westlake Village, CA 91362.