# Exhibit T



**AMERINDO**
INVESTMENT ADVISORS INC.

399 Park Avenue, 22nd Floor
New York, NY 10022
Tel (212) 371-6360
Fax (212) 371-6938

Alberto W. Vilar
President

February 28, 2003

United States Securities and Exchange Commission
San Francisco District Office
44 Montgomery Street
Suite 100
San Francisco, CA 94104

Re:   Amerindo Investment Advisors Inc.

Dear Sir/Madam:

1. Neither of the undersigned, Alberto W. Vilar and Gary A. Tanaka, has any direct or indirect record or beneficial interest in any client account managed by Amerindo or any affiliate of Amerindo, other than their respective interests in fees payable to Amerindo and of Amerindo and its affiliates and their respective director and/or indirect interest in the registered mutual fund managed by Amerindo, and the same is true of their spouses and any and all of their offspring or other dependents and, to the best of their knowledge, any other employee of Amerindo.

2. The Undersigned are the only directors and shareholders of Amerindo and its affiliated advisory firms organized and domiciled in the United Kingdom and Panama, respectively.

Please let us know if we can provide you with any further information.

Very truly yours,

_____
Alberto W. Vilar

_____
Gary A. Tanaka

05/23/2005 MON 14:36 FAX 2123361317      US SECURITIES & COMM                              ☒003

# AMERINDO
INVESTMENT ADVISORS INC.

399 Park Avenue, 22nd Floor
New York, New York 10022
TEL (212) 371-6360
FAX (212) 371-6988
www.amerindo.com

Section 1
Question 17

### Amerindo Investment Advisors Inc. Affiliated Entities

Amerindo Investment Advisors, Inc.
Amerindo Advisors (UK) Ltd.
Amerindo Funds Inc.
Garal & Company, Inc