# Exhibit W

Case 1:05-cr-00621-RJS     Document 145-25     Filed 09/21/2006     Page 1 of 3

# AMERINDO INVESTMENT ADVISORS INC.

### Certificate of Guaranteed Fixed Rate Deposit Account
(This Certificate and the Deposit represented
hereby are neither negotiable, nor transferable)

This is to certify that .....DR. HERBERT MAYER.....................

........................................   [REDACTED]

............................

has deposited the sum of ..$200,000............................
United States dollars with Amerindo Investment Advisors Inc for the period from..7 April 1988..(a valuation day) to .7 April 1990...
(a valuation day) subject to the terms and conditions of the Confidential Offering Brochure dated March 19, 1987, as amended from time to time. This Certificate is not valid unless it bears the manual signature of its duly authorized officers.

Dated ...8 April 1988.....................(Seal)

.................................
Authorized Signatory

.................................
Authorized Signatory

Certificates are not being offered in Panama or the United Kingdom, its territories or possessions, or to citizens or residents thereof.

# AMERINDO INVESTMENT ADVISORS INC.

Guaranteed Fixed Rate Deposit Account

BANK TELEGRAPHIC TRANSFER

Instruction Sheet

---

FUNDS CAN BE WIRED TO ONE OF TWO CUSTODIANS AS FOLLOWS:

1. To:  
   Citibank N.A.  
   20 Exchange Place  
   New York, New York  10004

   Credit Account:  
   Bear Stearns & Company  
   Account No. 09253186

   For Further Credit:  
   Amerindo Fixed Rate Deposit Account  
   Account No. 102-01475-24

   Amount:  
   U.S.$....................  
   Initial Transfer

   By Order of:  
   ................................  
   Client's Name or Name of Client's  
   Offshore Corporation

OR

2. To:  
   Citibank N.A.  
   44 Berkeley Square  
   London W1X 6NA, England

   Credit Account:  
   Amerindo Management Limited  
   Account No. 08122721

   Amount:  
   U.S.$....................  
   Initial Transfer

   By Order of:  
   ................................  
   Client's Name or Name of Client's  
   Offshore Corporation

---