# Exhibit Z

## SUMMARY OF DEFENDANTS' EXHIBIT P[1]

| Transaction | Bates No. | Date | Description | Amount |
|---|---|---|---|---|
| A | LC-00448<br>LC-00445 | 12/21/90<br>12/31/90 | Wire Transfer<br>Redemption of AIVF[2] | $35,000<br>$35,000 |
| B | LC-00451<br>LC-00449 | 5/31/91<br>6/3/91 | Sold AIVFI[3]<br>Wire Transfer | $50,000<br>$50,000 |
| C | LC-00452 | 6/28/91 | Check | $100,000 |
| D | LC-00453 | 9/10/91 | Check | $175,000 |
| E | LC-00481<br>LC-00482 | 10/31/92<br>10/26/92 | Redemption of AIVFI<br>Wire Transfer | $75,000<br>$75,000 |
| F | LC-00457<br>LC-00456 | 12/28/92<br>12/28/92 | Redemption of AIVFI<br>Wire Transfer | $144,992.54<br>$145,000 |
| G | LC-00483<br>LC-00484 | 2/28/93<br>3/1/93 | Redemption of AIVFI<br>Wire Transfer | $45,000.00<br>$45,000 |
| H | LC-00485<br>LC-00486 | 7/1/93<br>7/1/93 | Redemption of AIVFI<br>Wire Transfer | $50,000.00<br>$50,000 |
| I | LC-00487<br>LC-00488 | 10/31/93<br>10/25/93 | Redemption of AIVFI<br>Wire Transfer | $45,000.00<br>$45,000 |
| J | LC-00458<br>LC-00459 | 3/31/94<br>4/4/94 | Redemption of AIVFI<br>Wire Transfer | $90,000.00<br>$65,000 |
| K | LC-00460<br>LC-00461 | 4/3/95<br>4/12/95 | Redemption of AIVFI<br>Wire Transfer | $100,000.00<br>$100,000.00 |
| L | LC-00462<br>LC-00463 | 5/18/95<br>5/18/95 | Redemption of AIVFI<br>Wire Transfer | $250,000.00<br>$250,000.00 |
| M | LC-00465<br>LC-00464 | 7/5/95<br>7/5/95 | Redemption of AIVFI<br>Wire Transfer | $100,000.00<br>$100,000.00 |

---

[1] The data in this summary chart was taken from Exhibit P to the Margolis Declaration.

[2] "AIVFI" refers to Amerindo International Venture Fund.

[3] "AIVFI" refers to Amerindo International Venture Fund I.

| **Transaction** | **Bates No.** | **Date** | **Description** | **Amount** |
|---|---|---|---|---|
| N | LC-00466<br>LC-00467 | 11/15/95<br>11/26/95 | Redemption of AIVFI<br>Wire Transfer | $971,000.00<br>$971,000.00 |
| O | LC-00468<br>LC-00469 | 12/28/95<br>12/28/95 | Redemption of AIVFI<br>Wire Transfer | $30,000.00<br>$30,000.00 |
| P | LC-00470<br>LC-00471 | 4/15/97<br>4/15/97 | Redemption of AIVFI<br>Wire Transfer | $200,000.00<br>$200,000.00 |
| Q | LC-00472<br><br>**LC-00473**<br><br>LC-00475 | 10/15/97<br><br>**10/15/97**<br><br>10/15/97 | Redemption of AIVFI<br><br>**Redemption of Rhodes Dividend**<br><br>Wire Transfer | $4,951.95<br><br>**$95,048.05**<br><br>$100,000.00 |
| R | LC-00476 | 12/9/98 | **Redemption of Rhodes Capital Group Dividends** | $75,000.00 |
| S | LC-00477<br><br>LC-00478 | 3/31/99<br><br>3/31/99 | Redemption of Accumulated Dividends + Interest Earned Account<br><br>Wire | $215,000.00<br><br>$215,000.00 |
| T | LC-00479<br><br>LC-00480 | 6/30/99<br><br>6/30/99 | Redemption of Accumulated Dividends + Interest Earned Account<br><br>Wire | $215,000.00<br><br>$215,000.00 |