# Exhibit BB

```
                                                     163
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   UNITED STATES OF AMERICA
 3
 4        v.                05 Cr. 621 (KMK)
 4
 5   ALBERTO VILAR                    Hearing
 5   GARY TANAKA,
 6           Defendant.
 6   ------------------------------x
 7                           New York, N.Y.
 7                           August 9, 2006
 8                           9:45 a.m.
 8   Before:
 9
 9        KENNETH M. KARAS
10                         District Judge
10
11   MICHAEL J. GARCIA
11   United States Attorney for the
12   Southern District of New York
12       One St. Andrew's Plaza
13       New York, N.Y.  10007
13   DEIRDRE A. McEVOY
14   MARC O. LITT
14       Assistant United States Attorneys
15
15   JEFFREY C. HOFFMAN, ESQ.
16   Attorneys for Defendant Vilar
16       Hoffman & Pollik, LLP
17       260 Madison Avenue, 22nd Floor
17       New York, New York  10016
18       (212) 679-2900
18
19   GLENN C. COLTON, ESQ.
19   Attorney for Defendant Tanaka
20       Wilson Sonsini Goodrich & Rosati (NYC)
20       12 East 49th Street, 30th Floor
21       New York, New York  10017
21       (212) 999-5804
22
22   STEVEN G. KOBRE, ESQ.
23   Attorney for Defendant Tanaka
23       Kobre & Kim LLP
24       800 Third Avenue
24       New York, New York  10022
25       (212) 488-1200
              SOUTHERN DISTRICT REPORTERS, P.C.
                    (212) 805-0300
```

167

689ztan1                    Fratterigo - redirect

1           MS. McEVOY:  Just give them to you, so.
2    Q.  Can you just explain for the record, which of those
3    exhibits is draft one and which is draft two?
4           MR. KOBRE:  Objection to the characterization of the
5    documents as drafts.  I don't think the witness ever
6    characterized that final one as a draft.
7           THE COURT:  Sustained.
8    Q.  Can you explain for us -- you testified about a first draft
9    that you did.  Which of those exhibits is that?
10   A.  The first draft is exhibit WW.
11   Q.  And what is exhibit XXX?
12   A.  That was the last draft on the, the final.
13   Q.  The final draft?
14   A.  Yes.
15   Q.  Okay.
16          THE COURT:  It's XX, right, not XXX.  XXX or XX?
17          THE WITNESS:  Double.
18          THE COURT:  XX.  Okay.
19   Q.  Did Mr. Tanaka make the statement that you included in the
20   final draft of defendant exhibit XX?
21   A.  Yes.
22   Q.  At the time you modified the draft MOI, which is defense
23   exhibit WW, did you make a conscious decision not to change the
24   date on the MOI?
25   A.  No.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

168
689ztan1           Fratterigo - redirect

1  Q. Did you have any reason to conceal from anyone the fact
2  that defense exhibit XX was created on a date after defense
3  exhibit WW?
4  A. No.
5  Q. Now I'm going to direct your attention to the U.K. search.
6          MR. KOBRE: Your Honor, may -- I just want to just
7  note at this moment in the testimony it is our position, in
8  light of the testimony, the door's now been open to the
9  discussion that supposedly occurred between Miss Fraterrigo and
10 Mr. Tanaka that day. I tried to get into a little bit of the
11 time what was actually discussed in my direct -- in my
12 examination. Government objected, your Honor sustained the
13 objections. Now they're actually asking questions as to what
14 exactly Mr. Tanaka said. It's our --
15         THE COURT: No, no. Because the door was opened by
16 you in terms of the Inspector's credibility, and in terms of
17 what changes she made and what she -- when she made them. It's
18 not -- this inquiry doesn't go into the sequence of who said
19 what and when and how long they were in hotel rooms and what
20 not. I don't agree. I don't agree. Go ahead.
21 BY MS. McEVOY:
22 Q. Now turn to the U.K. search Inspector Fratterigo. Do you
23 recall being asked a question on cross-examination about
24 whether you kept a log of materials you reviewed in the U.K.?
25 A. Yes.