USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Alberto William Vilar
Gary Alan Tanaka

              Defendants.

Case No. 05-CR-621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The above-entitled action having been assigned to the undersigned for all purposes,

IT IS HEREBY ORDERED that all parties appear with counsel on Wednesday, October 25, 2006 at 11:00am for argument on the Defendants' motion for a Franks Hearing. Argument shall be held in courtroom 21D in the United States Federal Courthouse- 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:     September 28, 2006
            New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE