UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/06

United States of America,

-v-

Alberto William Vilar
Gary Alan Tanaka

         Defendants.

Case No. 05-CR-621 (KMK)

AMENDED ORDER*
**TIME CHANGE ONLY**

KENNETH M. KARAS, District Judge:

       The above-entitled action having been assigned to the undersigned for all purposes,

       IT IS HEREBY ORDERED that all parties appear with counsel on **Wednesday, November 15, 2006 at 11:15am** for a Franks Hearing. The Hearing shall be held in courtroom 21D in the United States Federal Courthouse- 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    October 30, 2006
           New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE