# Exhibit 4



Lily Cates
[REDACTED]

Bear, Stearns & Co., Inc.
383 Madison Avenue 24th Floor
New York, NY 10179
Attn: Gene Ross

February 28, 2005

Dear Gene:

Please use this letter as your authorization to transfer all assets from my account #105-[REDACTED] and account 102-[REDACTED] to my account #062- [REDACTED]

Thank you in advance for your attention to this matter.

Lily Cates

[REDACTED]

062'.
Not on SCOR
Ruh / R
or Ruh-w/uss
any

SAME NAME

FOIA CONFIDENTIAL
TREATMENT REQUESTED
BSC 0726