# Exhibit 6

Case 1:05-cr-00621-RJS   Document 161-7   Filed 11/21/2006   Page 1 of 8

# BEAR STEARNS

*[handwritten: Account Closed 2/28/05]*

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS WHOLLY OWNED SUBSIDIARY
Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2005 |
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 105 [REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |

LILY CATES
[REDACTED]

## What's In This Statement

Financial Summary .......... 3
Transaction Detail .......... 3
Your Messages .......... 7

## Your Portfolio at a Glance

| | |
|---|---|
| NET EQUITY THIS PERIOD | 0 |
| NET EQUITY LAST STATEMENT | 1,803,952 |
| CHANGE SINCE LAST STATEMENT | -1,803,952 |

There are no "Stop Loss" orders or other pending buy or sell open orders on file for your account.

## Market Value of Your Portfolio

Cash & Equivalent: $0
Equities: $0 / -$1,955,259

$3,996,961 : $-237,750

☐ Last statement's market value
☐ Short market value

SIPC  This summary is for informational purposes only. It is not intended as a tax document.
This statement should be retained for your records. See reverse side for important information.

027   03/01/05;12:04 001   VB72

AUS-056-00410

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

V872

03/01/05;12:04  001

027

STATEMENT BACKER IS PRINTED ON THIS PAGE

2 of 7

AUS-056-00411

# BEAR STEARNS

3 of 7

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY
Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2005 |
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 105 [REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |

## Cash Flow Analysis

| | THIS PERIOD |
|---|---|
| Opening Balance | $-1,955,259.26 |
| Securities Sold | 615,038.20 |
| Miscellaneous | 5,350,691.60 |
| Amount Credited | $5,965,729.80 |
| Securities Bought | -629,482.50 |
| Dividends/Interest Charged | -6,270.55 |
| Miscellaneous | -3,374,717.49 |
| Amount Debited | $-4,010,470.54 |
| Net Cash Activity | 1,955,259.26 |
| Closing Balance | $0.00 |

Same day transfers of cash between account types are not included in this section; such transfers, as well as details for all other transactions this period, appear in Transaction Detail.

## Cash Balance Summary

| | OPENING | CLOSING |
|---|---|---|
| Cash | 326.58 | 0.00 |
| Margin | -2,191,085.84 | 0.00 |
| Short | 235,500.00 | 0.00 |
| Net Cash Balance | $-1,955,259.26 | $0.00 |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Short Int. Rebate | 423.85 | 816.91 |
| Total | $423.85 | $816.91 |
| Margin Int. Paid | -6,270.55 | -12,953.77 |

## Transaction Detail

### INVESTMENT ACTIVITY

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/22/05 | 02/02/05 | BOUGHT | GOOGLE INC CL A ORIGINAL S/D 02/07/05 AS OF 02/02/05 | GOOG | 3,000 | 209.77750 | 629,482.50 | |
| | | | | 027 | | 03/01/05;12:04 001 | | V872 |

AUS-056-00412

# BEAR STEARNS

| | |
|---|---|
| OFFICE SERVICING YOUR ACCOUNT<br>Bear, Stearns & Co. Inc.<br>383 Madison Avenue<br>New York, New York 10179<br>(212) 272-2000 | CLEARED THROUGH ITS<br>WHOLLY OWNED SUBSIDIARY<br>Bear, Stearns Securities Corp.<br>One Metrotech Center North<br>Brooklyn, New York 11201-3859<br>(212) 272-1000<br><br>LILY CATES |

| STATEMENT PERIOD | February 1, 2005 |
|---|---|
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 105- [REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |

4 of 7

## Transaction Detail (continued)

### INVESTMENT ACTIVITY (continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/22/05 | 01/25/05 | SOLD | AMAZON.COM INC<br>WE ARE ACTING AS PRINCIPAL &<br>MARKET MAKER; COMMISSION FIELD<br>IS A COMMISSION EQUIVALENT -<br>DETAILS ON REQUEST<br>SHORT<br>ORIGINAL S/D 01/28/05 | AMZN | -7,500 | 41.15080 | | 308,245.84 |
| 02/22/05 | 01/25/05 | SOLD | AKAMAI TECHNOLOGIES INC<br>WE ARE ACTING AS PRINCIPAL &<br>MARKET MAKER; COMMISSION FIELD<br>IS A COMMISSION EQUIVALENT -<br>DETAILS ON REQUEST<br>SHORT<br>AVG PRICE: DETAILS ON REQUEST | AKAM | -25,000 | 12.32210 | | 306,792.36 |
| 02/28/05 | | JOURNAL | EBAY INC<br>MASS TRANS TO 062- [REDACTED] | EBAY | -28,000 | | | |
| 02/28/05 | | JOURNAL | EYETECH PHARMACEUTICALS INC<br>MASS TRANS TO 062- [REDACTED] | EYET | -11,000 | | | |
| 02/28/05 | | JOURNAL | GOOGLE INC<br>CL A<br>MASS TRANS TO 062- [REDACTED] | GOOG | -3,000 | | | |
| 02/28/05 | | JOURNAL | GENZYME CORPORATION<br>MASS TRANS TO 062- [REDACTED] | GENZ | -5,028 | | | |
| 02/28/05 | | JOURNAL | MEDIMMUNE INC<br>MASS TRANS TO 062- [REDACTED] | MEDI | -15,000 | | | |
| 02/28/05 | | JOURNAL | XM SATELLITE RADIO HLDGS INC<br>CL A<br>MASS TRANS TO 062- [REDACTED] | XMSR | -25,000 | | | |
| 02/28/05 | | JOURNAL | YAHOO INC<br>MASS TRANS TO 062- [REDACTED] | YHOO | -28,550 | | | |
| 02/28/05 | | JOURNAL | AMAZON.COM INC<br>MASS TRANS TO 062- [REDACTED] | AMZN | 7,500 | | | |
| 02/28/05 | | JOURNAL | AKAMAI TECHNOLOGIES INC<br>MASS TRANS FR 062- [REDACTED] | AKAM | 25,000 | | | |

027        03/01/05;12:04 001        V872

AUS-056-00413

# BEAR STEARNS

| | |
|---|---|
| OFFICE SERVICING YOUR ACCOUNT<br>Bear, Stearns & Co. Inc.<br>383 Madison Avenue<br>New York, New York 10179<br>(212) 272-2000 | CLEARED THROUGH ITS<br>WHOLLY OWNED SUBSIDIARY<br>Bear, Stearns Securities Corp.<br>One Metrotech Center North<br>Brooklyn, New York 11201-3859<br>(212) 272-1000<br>LILY CATES |

5 of 7

| STATEMENT PERIOD | February 1, 2005 |
|---|---|
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 105- [REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |
| DEBIT AMOUNT | CREDIT AMOUNT |
| $-629,482.50 | $615,038.20 |

## Transaction Detail (continued)

### INVESTMENT ACTIVITY (continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/28/05 | | JOURNAL | TELIK INC<br>MASS TRANS FR 052- [REDACTED] | TELK | 12,500 | | 6,270.55 | |
| TOTAL | | | | | | | $-6,270.55 | |

### INTEREST

| DATE | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | RATE (%) | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 02/22/05 | INT DB 105 [REDACTED] FEB 05 | | | | | |
| TOTAL | | | | | | |

### DISTRIBUTION

| DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | RATE ($) | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|
| 02/23/05 | STOCK SPLIT | EBAY INC<br>STK SPLIT ON 14000 SHS<br>REC 01/31/05 PAY 02/16/05 | EBAY | 14,000 | | | |
| TOTAL | | | | | | | |

### MISCELLANEOUS

| DATE MO/DAY | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 02/07/05 | JOURNAL | MARK TO MARKET | 1,250.00 | |
| 02/07/05 | JOURNAL | 01/05 CLR CHG 105- [REDACTED] | | 171.00 |
| 02/07/05 | JOURNAL | MARK TO MARKET SHORT POS | | 1,250.00 |
| 02/14/05 | JOURNAL | MARK TO MARKET | | 8,250.00 |

027    03/01/05;12:04  001    V812

AUS-056-00414

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS WHOLLY OWNED SUBSIDIARY
Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2005 |
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 105- [REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |

6 of 7

## Transaction Detail (continued)

### MISCELLANEOUS (continued)

| DATE MO/DAY | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 02/14/05 | JOURNAL | MARK TO MARKET SHORT POS | 8,250.00 | |
| 02/22/05 | JOURNAL | SMV CR 105-  FEB 05 | | 423.85 |
| 02/25/05 | JOURNAL | TO: PUB/105-  * JRL * | 326.58 | |
| 02/25/05 | JOURNAL | TO: PUB/102-  * JRL * | 44,963.20 | |
| 02/25/05 | JOURNAL | FROM: PUB/105-  * JRL * | | 326.58 |
| 02/25/05 | JOURNAL | FROM: PUB/102- [REDACTED]  * JRL * | | |
| 02/28/05 | JOURNAL | MARK TO MARKET | | 966,695.13 |
| 02/28/05 | JOURNAL | FROM: 999/062- [REDACTED]  MASS  * JRL * | | 66,363.20 |
| | | | | 1,830,822.33 |
| 02/28/05 | JOURNAL | EBAY INC  MASS TRANS TO BOOKED P&L | 300,370.50 | |
| 02/28/05 | JOURNAL | EYETECH PHARMACEUTICALS INC  MASS TRANS TO BOOKED P&L | 366,367.10 | |
| 02/28/05 | JOURNAL | GOOGLE INC  CL A  MASS TRANS TO BOOKED P&L | | 629,482.50 |
| 02/28/05 | JOURNAL | GENZYME CORPORATION  MASS TRANS TO BOOKED P&L | 50,284.52 | |
| 02/28/05 | JOURNAL | MEDIMMUNE INC  MASS TRANS TO BOOKED P&L | 411,148.50 | |
| 02/28/05 | JOURNAL | XM SATELLITE RADIO HLDGS INC  CL A  MASS TRANS TO BOOKED P&L | 615,967.00 | |

V872

03/01/05;12:04  001  027

AUS-056-00415

# BEAR STEARNS

| OFFICE SERVICING YOUR ACCOUNT | CLEARED THROUGH ITS WHOLLY OWNED SUBSIDIARY |
|---|---|
| Bear, Stearns & Co. Inc.<br>383 Madison Avenue<br>New York, New York 10179<br>(212) 272-2000 | Bear, Stearns Securities Corp.<br>One Metrotech Center North<br>Brooklyn, New York 11201-3859<br>(212) 272-1000 |

LILY CATES

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2005 |
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 105-[REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |

7 of 7

## Transaction Detail (continued)

### MISCELLANEOUS (continued)

| DATE MO/DAY | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 02/28/05 | JOURNAL | YAHOO INC<br>MASS TRANS TO BOOKED P&L | 193,076.89 | |
| 02/28/05 | JOURNAL | CASH       PL<br>MASS TRANS CASH BOOK | | 1,307,732.01 |
| 02/28/05 | JOURNAL | MARK TO MARKET SHORT POS | 66,363.20 | |
| 02/28/05 | JOURNAL | TO: 999/O62-[REDACTED]<br>* JRL * | 777,175.00 | |
| 02/28/05 | JOURNAL | AMAZON.COM INC<br>MASS TRANS TO BOOKED P&L | 308,245.84 | |
| 02/28/05 | JOURNAL | AKAMAI TECHNOLOGIES INC<br>MASS TRANS TO BOOKED P&L | 306,792.36 | |
| 02/28/05 | JOURNAL | TELIK INC<br>MASS TRANS TO BOOKED P&L | | 288,745.72 |
| 02/28/05 | JOURNAL | CASH      PL<br>MASS TRANS CASH BOOK | | 326,292.48 |
| TOTAL | | | $-3,450,580.69 | $5,426,554.80 |

## Your messages

 Independent, third-party research on certain companies covered by the Firm's research is available to customers of Bear Stearns at no cost. Customers can access this research at www.bearstearns.com or can call (800) 517-2327 to request that a copy of this research be sent to them.

027    03/01/05;12:04 D01    V812

AUS-056-00416