# Exhibit 7

Case 1:05-cr-00621-RJS    Document 161-8    Filed 11/21/2006    Page 1 of 6

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY
Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2005 |
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 102 [REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |
| FOR THE ACCOUNT OF | LILY CATES |

000421

A/C LILY CATES
43 UPPER GROSVENOR STREET
LONDON W1X 9PG ENGLAND

## What's In This Statement

Financial Summary ............ 3
Transaction Detail ............ 3
Your Messages ............... 5

## Your Portfolio at a Glance

| | |
|---|---|
| NET EQUITY THIS PERIOD | 0 |
| NET EQUITY LAST STATEMENT | 882,431 |
| CHANGE SINCE LAST STATEMENT | 882,431 |

There are no "Stop Loss" orders or other pending buy or sell open orders on file for your account.

## Market Value of Your Portfolio



Cash & Equivalent: $0
Equities: $0

$1,534,081

$-651,650

☐ Last statement's market value
☐ Short market value

SIPC  This summary is for informational purposes only. It is not intended as a tax document. This statement should be retained for your records. See reverse side for important information.

AUK-42-00601

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

PLEASE PROMPTLY NOTIFY YOUR ACCOUNT
EXECUTIVE IN WRITING OF ANY MATERIAL
CHANGES IN YOUR FINANCIAL
CIRCUMSTANCES OR INVESTMENT
OBJECTIVES.

Statement Frequency: Statements will be mailed to customers whose account has activity during the statement period affecting money balances and/or security position. Delivery Versus Payment customers whose account has activity will receive statements on a quarterly basis that will reflect all activity during the quarter. All other customers will be sent statements at least four times a calendar year provided their account contains a money balance or security position.

Please promptly notify the office servicing your account in writing of any change of address. The office servicing your account can be found on page 1.

Kindly include your account number(s) on all correspondence.

Bear, Stearns Securities Corp. (BSSC), a member of the Securities Investor Protection Corporation ("SIPC"), provides account protection for its net equity if its customer's funds and securities positions. SIPC provides $500,000 of primary net equity protection, including $100,000 for claims for cash ("SIPC Coverage"). Visit www.sipc.org for more information about SIPC Coverage. BSSC provides the additional protection ("Excess SIPC") through Customer Asset Protection Company ("CAPCO"), a New York licensed insurance company. Account protection applies when a member SIPC becomes financially and it is unable to meet its obligations to its securities customers, but does not apply to losses from the rise or fall in the market value of investments or to SIPC ineligible assets such as futures, options on futures, foreign exchange transactions, or any investment contracts that are not registered as securities.

The USA PATRIOT Act requires that all financial institutions obtain certain identification documents or other information in order to comply with their customer identification procedures. Until you provide the required information or documents, we may not be able to open or maintain an account or effect any transactions for you.

071204

---

2 of 5

## GUIDE TO YOUR STATEMENT
Your statement may contain the following sections.

**Your Portfolio at a Glance:** Reflects the net equity of your account at the close of the statement period, the net equity of your last statement and any change since the last statement.

**Market Value of Your Portfolio:** A graph reflecting the change in the market value of your account portfolio from the market value reflected on your last statement (Cash/Cash Equivalent, Equities, Mutual Funds, Fixed Income, Other).

**Cash Flow Analysis and Cash Balance Summary:** Both show your opening and closing balances. Cash Flow Analysis reflects the categories of cash activity. Cash Balance Summary reflects the cash balances by account type. Opening Balance is the credit or debit carried over from the previous period's closing balance. Closing Balance is the combination of the total debits and credits for the statement period together with the opening cash balance. A debit balance (money you owe us) is indicated by a minus sign in these sections.

**Income Summary:** Reflects the total dividend, interest and other income amounts for the statement period and year to date. Any tax withheld, margin interest and miscellaneous charges are included here if applicable.

**Distribution Summary:** Reflects returns on capital, liquidations, and other income for the statement period and current year.

**Retirement Plan:** Reflects the contributions received and distributions paid during this statement period as well as for the previous year.

**Your Portfolio Allocation:** A pie chart defining your asset allocation (Cash/Cash Equivalent, Equities, Mutual Funds, Fixed Income, Other)

**Portfolio Composition:** Reflects a summary of cash/cash equivalent, equities, mutual funds and fixed income for the statement period

**Bonds with 60 – Day Notice:** Reflects bonds that will mature or are subject to redemption within the next 60 days.

**Your Portfolio Holdings:** Reflects cash and all securities in your account. Estimated annual income is based on the dividend or income expected to be received annually. Accrued interest represents interest earned but not yet paid or collected on fixed income securities since the last coupon date. There is no guarantee that the interest will be paid by the issuer. Current yield is calculated by dividing the estimated annual income by the market value of the securities and represents an estimated current yield only.

**Market Prices/Bond Ratings:**
The market value of your holdings are as of the last business day of the statement period. Prices for determining market values represent estimates. These estimates are obtained from multiple sources, including Bear Stearns, its affiliates and outside services. Pricing estimates may be based on bids, prices within the bid/offer spread, closing prices or matrix methodology that uses data relating to other securities whose prices are more ascertainable to produce a hypothetical price based on the estimated yield spread relationship between the securities. Pricing estimates do not constitute bids for any securities. Actual prices realized at sale may be more or less than those shown on your statement. Bond ratings are received from outside sources. While we believe our sources for market values and bond ratings to be reliable, we cannot guarantee their accuracy.

The total cost basis for each security position and the unrealized gain/loss are provided solely as a general indication of performance and should not be used for tax purposes, or otherwise relied upon without the assistance of your tax advisor. With respect to security positions received into your account, cost basis information if any, has been provided by you. Cost basis information relating to securities positions consisting of more than twenty tax lots (purchases and re-investments) is displayed in the aggregate as one short term and one long term tax lot. Further information is available from your broker.

Cost basis information has been provided by you, or by a third party on your behalf and not by Bear Stearns. Cost basis information relating to your mutual funds holdings, regardless of the number of tax lots, is displayed in the aggregate as one short term tax lot and one long term tax lot. Further information is available from your broker.

§ The original cost basis of this position has been adjusted to reflect amortization or accretion.

**Transaction Detail:** Reflects all transactions settling or processed for your account this statement period.

**Trades Executed But Not Yet Settled:** This section will reflect any trades not yet settled by the statement closing date. The settlement date is indicated in the first column.

### IMPORTANT NOTES

**Dividend Income:** Dividends credited to your account may include capital gains, non-taxable dividends and/or dividends on foreign stock. You may wish to consult your tax advisor with regard to your tax liability on these dividend credits.

**Methods of Computing Interest on Debit Balances:** Interest is charged on a day by day basis for any day that there is a net debit balance in your overall account. The calculation is made on a 360-day basis at the rate or rates shown on the statement. Interest rates may be charged from time to time with fluctuating money market rates or for other reason.

Customer free credit balances may be used in this firm's business subject to the limitation of 17CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You have the right to receive from us in the course of normal business operation upon demand, the delivery of:
a) any free credit balances to which you are entitled
b) any fully-paid securities to which you are entitled
c) any securities purchased on margin upon full payment of any indebtedness to us.

If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of this separate account, as required by Regulation T, is available for your inspection.

**For Option Accounts:** Further information with respect to commissions and other charges related to the execution of listed options transactions has been included on confirmations of such transactions previously furnished to you and such information will be made available to you promptly upon written request.

**Bearer Bonds:** If any securities held by us for your account are bearer obligations which have been issued since December 31, 1982 with original maturities of more than one year, we agree that we will satisfy the conditions set forth in subdivisions (i), (ii) and (iii) of Treasury Regulation Section 1.165-12 (c) (3) and covenant that we will comply with the requirements of Treasury Regulation Section 1.165-12(c) (1) (ii) concerning the delivery of such bearer obligation.

**Financial Statement:** A financial statement of our firm is available for your personal inspection at our office, or a copy will be mailed to you upon written request.

**Custody:** Whether we are your broker or act as a clearing agent for your broker, we carry your account and act as your custodian for funds and securities, once received by us, which have been deposited directly with us though your broker or otherwise or as a result of transactions we process for your account. Inquiries concerning the positions and balances in your account may be directed to our Client Services Department at 347-443-2579. If your account is introduced by another broker, all other inquiries regarding your account and the activity therein should be directed to such broker.

**Reportable to the Internal Revenue Service:** As required by law, at year end, we will report to you and to the Internal Revenue Service and to certain states, certain information on sales (including short sales), dividends, and various types of interest that have been credited to your account.

**BEAR STEARNS**

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS WHOLLY OWNED SUBSIDIARY
Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2005 |
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 102 [REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |

3 of 5

## Cash Flow Analysis

| | THIS PERIOD |
|---|---|
| Opening Balance | $1,534,081.27 |
| Securities Sold | 629,482.50 |
| Dividends/Interest | 1,851.51 |
| Miscellaneous | 45,800.55 |
| **Amount Credited** | **$677,134.56** |
| Securities Bought | -1,244,520.70 |
| Miscellaneous | -966,695.13 |
| **Amount Debited** | **$-2,211,215.83** |
| Net Cash Activity | -1,534,081.27 |
| **Closing Balance** | **$0.00** |

Same day transfers of cash between account types are not included in this section, such transfers, as well as details for all other transactions this period, appear in Transaction Detail

## Cash Balance Summary

| | OPENING | CLOSING |
|---|---|---|
| Margin | 900,431.27 | 0.00 |
| Short | 633,650.00 | 0.00 |
| **Net Cash Balance** | **$1,534,081.27** | **$0.00** |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Short Int. Rebate | 837.35 | 837.35 |
| **Total** | **$837.35** | **$837.35** |
| Margin Int. Paid | 1,851.51 | 3,071.37 |

## Transaction Detail

### INVESTMENT ACTIVITY

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/07/05 | 02/02/05 | BOUGHT | GOOGLE INC CL A AS OF 02/02/05 | GOOG | 3,000 | 209.77750 | 629,482.50 | |

AUK-42-00603

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS WHOLLY OWNED SUBSIDIARY
Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY GATES

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2005 |
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 102 [REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |

4 of 5

## Transaction Detail (continued)

### INVESTMENT ACTIVITY (continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 629,482.50 |
| 02/22/05 | 02/02/05 | CANCEL BUY | GOOGLE INC<br>CL A<br>A/O S/D 02/07/05<br>AS OF 02/02/05<br>TO CXL PREVIOUS BUY | GOOG | -3,000 | 209.77750 | | |
| 02/22/05 | 01/25/05 | CANCEL SELL | AMAZON.COM INC<br>WE ARE ACTING AS PRINCIPAL &<br>MARKET MAKER; COMMISSION FIELD<br>IS A COMMISSION EQUIVALENT -<br>DETAILS ON REQUEST<br>SHORT<br>TO CXL PREVIOUS SELL | AMZN | 7,500 | 41.15080 | 308,245.84 | |
| 02/22/05 | 01/25/05 | CANCEL SELL | AKAMAI TECHNOLOGIES INC<br>WE ARE ACTING AS PRINCIPAL &<br>MARKET MAKER; COMMISSION FIELD<br>IS A COMMISSION EQUIVALENT -<br>DETAILS ON REQUEST<br>SHORT<br>TO CXL PREVIOUS SELL | AKAM | 25,000 | 12.32210 | 306,792.36 | |
| TOTAL | | | | | | | $1,244,520.70 | $629,482.50 |

### INTEREST

| DATE MO/DAY | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | RATE (%) | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 02/22/05 | INT CR 102- [REDACTED] FEB 05 | | | | | 1,851.51 |
| TOTAL | | | | | | $1,851.51 |

### MISCELLANEOUS

| DATE MO/DAY | TRANSACTION | DESCRIPTION | | | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 02/07/05 | JOURNAL | MARK TO MARKET | | | | 63,750.00 |

AUK-42-00604

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2005 |
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 102 [REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |

5 of 5

## Transaction Detail (continued)

**MISCELLANEOUS** (continued)

| DATE MO/DAY | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 02/07/05 | JOURNAL | MARK TO MARKET SHORT POS | 63,750.00 | |
| 02/14/05 | JOURNAL | MARK TO MARKET | | 16,550.00 |
| 02/14/05 | JOURNAL | MARK TO MARKET SHORT POS | 16,550.00 | |
| 02/22/05 | JOURNAL | MARK TO MARKET | 16,725.00 | |
| 02/22/05 | JOURNAL | SMV CR 1O2- [REDACTED] FEB 05 | | 837.35 |
| 02/22/05 | JOURNAL | MARK TO MARKET SHORT POS | | 16,725.00 |
| 02/25/05 | JOURNAL | TO: PUB/105 [REDACTED] * JRL * | 966,695.13 | |
| 02/25/05 | JOURNAL | FROM: PUB/105 [REDACTED] * JRL * | | 44,963.20 |
| 02/28/05 | JOURNAL | MARK TO MARKET | 44,963.20 | |
| 02/28/05 | JOURNAL | MARK TO MARKET SHORT POS | | 44,963.20 |
| TOTAL | | | $1,108,683.33 | $187,788.75 |

## Your messages

 Independent, third-party research on certain companies covered by the Firm's research is available to customers of Bear Stearns at no cost. Customers can access this research at www.bearstearns.com or can call (800) 517-2327 to request that a copy of this research be sent to them.

AUK-42-00605