# Exhibit 9

| | |
|---|---|
| FROM | : Michael Shattner </O=AMERINDO/OU=AIA_NYC/CN=RECIPIENTS/CN=MICHAELS> |
| ORG | : |
| TO | : Maxine Rye </O=AMERINDO/OU=AIA_NYC/CN=RECIPIENTS/CN=MAXINER> |
| CC | : |
| BCC | : |
| DATE | = 03/02/2005 |
| TIME | : 17:09:40 GMT |
| GMT_DATE | = 03/02/2005 |
| GMT_TIME | : 17:09:40 GMT |
| SUBJECT | : FW: Lily Cates |
| FOLDER | : \Personal Folders\Michael Shattner\Sent Items |
| ATTACHMENT | : |
| HEADER | : |
| MESSAGEID | : 754cf73ec149914e981162ad007273112d6b4d@aia.amerindo.com |
| MESSAGEINDEX | = 0000002221 |
| ENTRYID | : 000000005D8D7010A5CE8B4EBCF96B85064175B7C4702800 |
| BODY | : Hi Maxine: |

Please pass on to GT.

Thanks,
Michael

-----Original Message-----
From: Edward Swanson [mailto:etswanson@worldnet.att.net]
Sent: Wednesday, March 02, 2005 12:06 PM
To: Michael Shattner
Cc: Alberto Vilar; Eugene Ross
Subject: Lily Cates

Michael:

Please advise the appropriate persons at Amerindo that Bear Stearns, at the written request of Lily Cates, has transferred all securities and funds in account #s 102 [REDACTED] and 105' [REDACTED] to Lily's personal account at Bear Stearns.

Best regards,

Ed Swanson

| | |
|---|---|
| PSTFILE | = Amerindo Non Priv 18 |
| IDNUM | = ID-0197216 |