```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------

UNITED STATES OF AMERICA

   -v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                Defendants.

-------------------------------------

Case No. 05-CR-621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    Instead of the previously-scheduled hearing at 1:00 p.m., the Court will hold a conference at 4:30 p.m. on Monday, November 27, 2006, to discuss scheduling matters.

SO ORDERED.

Dated:     November 22, 2006
              New York, New York

                                              KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE