UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Alberto William Vilar
Gary Alan Tanaka

              Defendants.

Case No. 05-CR-621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      IT IS HEREBY ORDERED that all parties appear with counsel on May 21, 2007 at 10am for Jury selection and Trial.

      Proposed voir dire and requests to charge to be electronically filed with the Clerk not later than April 20, 2007. Counsel shall submit courtesy copies to Chambers on a disc in Word Perfect 12, as well as two hard copies.

      For the reasons stated on the record on November 27, 2006, the Court will exclude the time from November 27, 2006 until May 21, 2007 in the interest of justice under the Speedy Trial Act. The Court will hold a status conference on April 27, 2007 at 11am.

SO ORDERED.

Dated:     December 5, 2006
              New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE