

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

December 10, 2006

BY FACSIMILE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/06

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

    Re:    United States. v. Alberto William Vilar and Gary Alan Tanaka,
             S3 05 Cr. 621 (KMK)

Dear Judge Karas:

    The Government writes to respectfully request that the time to file post-hearing briefs on the various outstanding defense motions be extended two days, to December 13, 2006. Both Jessica Margolis, Esq., counsel for Mr. Tanaka, and Susan Wolfe, Esq., counsel for Mr. Vilar, consent to this request.

                                 Respectfully submitted,

                                 MICHAEL J. GARCIA
                                 UNITED STATES ATTORNEY

                     By:   _____
                            Marc Litt
                            Assistant United States Attorney
                            (212) 637-2295

cc:    Jessica Margolis, Esq. (By facsimile)
       Susan Wolfe, Esq. (By facsimile)

So Ordered.

_____
12/12/06

TOTAL P.02