**EXHIBIT N**

# AMERINDO INVESTMENT ADVISORS INC.

SUITE 300
60 EAST SIR FRANCIS DRAKE BLVD.
LARKSPUR, CA 94939
TEL: (415) 461 5121

17A CURZON STREET
LONDON W1Y 7FE
TEL: 629 2349
TLX: 291735 AML UK

11 April 1988

Dr. Herbert Mayer
One Candina St. Apt. 3
Condado
Santurce, Puerto Rico   00907

Dear Dr. Mayer:

This letter confirms the official acknowledgment of Amerindo Investment Advisors, Inc. by us, jointly and severally as officers and principal shareholders of the firm, of the terms and conditions of your account with our company.

With value date of 7 April 1988, we accepted $700,000 for a two year period in our Guaranteed Fixed Rate Deposit Account at an interest rate of 15%.

Under separate cover, we have written to you about the way in which we will be making quarterly interest payments to you with cashier's checks drawn on Citibank, N.A., New York, as you have requested.

You are free to change the schedule of quarterly interest payments at any time. You may also add additional funds to your account with us at any time. We would then confirm to you the interest rate we would be willing to pay at that time.

Please feel free to call any one of us at any time to discuss your account with us, or for any other matter you may wish to discuss.

We greatly appreciate the confidence you have placed in our firm as your investment manager and assure you of our utmost desire to justify your trust at all times.

Sincerely yours,

Gary A. Tanaka
Vice President, Principal

Albert W. Vilar
President, Principal

Barry C. Fong
Secretary, Principal

MAY-1000038