

GOVERNMENT
EXHIBIT

11

S2 05 Cr. 621 (KMK) (ID)



