## AUSA MARC LITT'S COMBINED OFFICE AND CELL PHONE RECORDS

| CALL NO. | DATE | TIME | DIRECTION | FROM | | TO | | DURATION |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/26/2005 | 6:25:02 AM | Outgoing | (914) 924-4562 | (ML CELL) | (212) 637-6500 | (USAO VM) | 0:00:14 |
| 2 | 5/26/2005 | 7:29:36 AM | Incoming | (646) 423-9264 | (JW CELL) | (212) 637-5009 | (USAO VM) | 0:00:36 |
| 3 | 5/26/2005 | 7:43:21 AM | Outgoing | (914) 924-4562 | (ML CELL) | (212) 637-6500 | (USAO VM) | 0:00:18 |
| 4 | 5/26/2005 | 7:46:49 AM | Outgoing | (914) 924-4562 | (ML CELL) | (212) 637-6500 | (USAO VM) | 0:00:43 |
| 5 | 5/26/2005 | 7:50:50 AM | Incoming | (914) 423-9162 | (CF CELL) | (212) 637-5007 | (USAO VM) | 0:00:10 |
| 6 | 5/26/2005 | 7:52:13 AM | Outgoing | (914) 924-4562 | (ML CELL) | (212) 637-6500 | (USAO VM) | 0:01:30 |
| 7 | 5/26/2005 | 7:52:40 AM | Incoming | (646) 423-9162 | (CF CELL) | (914) 924-4562 | (ML CELL) | 0:07:15 |
| 8 | 5/26/2005 | 8:11:01 AM | Incoming | (646) 423-9162 | (CF CELL) | (914) 924-4562 | (ML CELL) | 0:00:15 |
| 9 | 5/26/2005 | 8:11:59 AM | Outgoing | (914) 924-4562 | (ML CELL) | (212) 637-6500 | (USAO VM) | 0:00:18 |
| 10 | 5/26/2005 | 8:12:52 AM | Incoming | (646) 423-9162 | (CF CELL) | (914) 924-4562 | (ML CELL) | 0:03:00 |
| 11 | 5/26/2005 | 8:16:24 AM | Outgoing | (914) 924-4562 | (ML CELL) | (917) 762-2675 | (AUSA ESSEKS) | 0:00:18 |
| 12 | 5/26/2005 | 8:17:24 AM | Outgoing | (914) 924-4562 | (ML CELL) | (212) 677-5180 | (AUSA OWENS) | 0:00:45 |
| 13 | 5/26/2005 | 8:18:00 AM | Incoming VM | (646) 423-9162 | (CF CELL) | (914) 924-4562 | (ML CELL) | 0:00:56 |
| 14 | 5/26/2005 | 8:19:12 AM | Outgoing | (914) 924-4562 | (ML CELL) | *86 | (ML CELL VM) | 0:01:01 |
| 15 | 5/26/2005 | 8:19:17 AM | Incoming VM | (914) 924-4562 | (ML CELL) | (914) 924-4562 | (ML CELL) | 0:01:00 |
| 16 | 5/26/2005 | 8:20:50 AM | Outgoing | (914) 924-4562 | (ML CELL) | (646) 423-9162 | (CF CELL) | 0:00:31 |
| 17 | 5/26/2005 | 8:21:58 AM | Outgoing | (914) 924-4562 | (ML CELL) | (646) 326-2594 | (CF CELL-2) | 0:01:50 |
| 18 | 5/26/2005 | 8:27:40 AM | Outgoing | (914) 924-4562 | (ML CELL) | (212) 637-6500 | (USAO VM) | 0:00:28 |
| 19 | 5/26/2005 | 8:43:35 AM | Outgoing | (914) 924-4562 | (ML CELL) | (212) 637-6500 | (USAO VM) | 0:00:17 |
| 20 | 5/26/2005 | 8:48 AM | Outgoing | (212) 637-2295 | (ML OFFICE) | (646) 326-2594 | (CF CELL-2) | 0:00:14 |
| 21 | 5/26/2005 | 8:48 AM | Outgoing | (212) 637-2295 | (ML OFFICE) | (646) 423-9162 | (CF CELL) | 0:00:16 |
| 22 | 5/26/2005 | 8:49 AM | Outgoing | (212) 637-2295 | (ML OFFICE) | (212) 330-5239 | (CF OFFICE) | 0:00:17 |
| 23 | 5/26/2005 | 8:50:49 AM | Incoming | (646) 423-9162 | (CF CELL) | (212) 637-5006 | (USAO VM) | 0:00:53 |
| 24 | 5/26/2005 | 9:23:57 AM | Incoming | (646) 423-9264 | (JW CELL) | (212) 637-2295 | (ML OFFICE) | 0:01:57 |
| 25 | 5/26/2005 | 9:33 AM | Outgoing | (212) 637-2295 | (ML OFFICE) | (646) 423-9162 | (CF CELL) | no data |
| 26 | 5/26/2005 | 9:37:35 AM | Incoming | (212) 330-5239 | (CF OFFICE) | (212) 637-2295 | (ML OFFICE) | 0:03:16 |
| 27 | 5/26/2005 | 9:46 AM | Outgoing | (212) 637-2295 | (ML OFFICE) | (212) 330-5239 | (CF OFFICE) | 0:06:25 |
| 28 | 5/26/2005 | 9:57 AM | Outgoing | (212) 637-2295 | (ML OFFICE) | (212) 805-4051 | (MAG CT) | 0:01:16 |
| 29 | 5/26/2005 | 10:30:44 AM | Incoming | (212) 418-2548 | (AMERINDO) | (212) 637-5014 | (USAO VM) | 0:01:00 |
| 30 | 5/26/2005 | 10:35:02 AM | Incoming | (212) 418-2548 | (AMERINDO) | (212) 637-5013 | (USAO VM) | 0:00:29 |
| 31 | 5/26/2005 | 10:38 AM | Outgoing | (212) 637-2295 | (ML OFFICE) | (212) 418-2548 | (AMERINDO) | 0:06:51 |
| 32 | 5/26/2005 | 10:51 AM | Outgoing | (212) 637-2295 | (ML OFFICE) | (212) 418-2548 | (AMERINDO) | 0:02:28 |



GOVERNMENT EXHIBIT 31
S2 05 Cr. 621 (KMK)

| CALL NO. | DATE | TIME | DIRECTION | FROM | | TO | | DURATION |
|---|---|---|---|---|---|---|---|---|
| 33 | 5/26/2005 | 11:12:36 AM | Outgoing | (914) 924-4562 | (ML CELL) | (212) 637-6500 | (USAO VM) | 0:00:43 |
| 34 | 5/26/2005 | 11:18:38 AM | Incoming | (212) 805-0003 | (COURT) | (212) 637-5005 | (USAO VM) | 0:00:30 |
| 35 | 5/26/2005 | 11:20:00 AM | Incoming | 212 | (?) | (212) 637-2295 | (ML OFFICE) | 0:01:07 |
| 36 | 5/26/2005 | 11:31 AM | Outgoing | (212) 637-2295 | (ML OFFICE) | (212) 805-6727 | (MAG. MAAS) | 0:00:33 |
| 37 | 5/26/2005 | 11:44 AM | Outgoing | (212) 637-2295 | (ML OFFICE) | (212) 330-5239 | (CF OFFICE) | 0:00:17 |
| 38 | 5/26/2005 | 11:45:00 AM | Incoming | 212 | (?) | (212) 637-2295 | (ML OFFICE) | 0:00:42 |
| 39 | 5/26/2005 | 11:53 AM | Outgoing | (212) 637-2295 | (ML OFFICE) | (646) 423-9162 | (CF CELL) | 0:12:50 |
| 40 | 5/26/2005 | 12:37 PM | Outgoing | (212) 637-2295 | (ML OFFICE) | (212) 418-2548 | (AMERINDO) | 0:00:58 |
| 41 | 5/26/2005 | 12:38 PM | Outgoing | (212) 637-2295 | (ML OFFICE) | (646) 423-9162 | (CF CELL) | 0:00:57 |
| 42 | 5/26/2005 | 12:45 PM | Outgoing | (212) 637-2295 | (ML OFFICE) | (212) 536-3900 | (K & L) | 0:00:26 |
| 43 | 5/26/2005 | 12:46 PM | Outgoing | (212) 637-2295 | (ML OFFICE) | (646) 423-9162 | (CF CELL) | 0:00:50 |
| 44 | 5/26/2005 | 12:48 PM | Incoming | no data | | (212) 637-2295 | (ML OFFICE) | 0:01:27 |
| 45 | 5/26/2005 | 12:49:33 PM | Incoming | (917) 880-9402 | (AUSA ESSEKS) | (212) 637-2295 | (ML OFFICE) | 0:02:28 |
| 46 | 5/26/2005 | 12:51:20 PM | Incoming | (646) 423-9162 | (CF CELL) | (212) 637-5002 | (USAO VM) | 0:00:30 |
| 47 | 5/26/2005 | 12:58 PM | Outgoing | (212) 637-2295 | (ML OFFICE) | (646) 423-9162 | (CF CELL) | 0:02:33 |
| 48 | 5/26/2005 | 1:07:16 PM | Incoming | (646) 423-9162 | (CF CELL) | (212) 637-2295 | (ML OFFICE) | 0:01:48 |
| 49 | 5/26/2005 | 1:18:29 PM | Incoming | (212) 536-3900 | (K & L) | (212) 637-5007 | (USAO VM) | 0:00:35 |
| 50 | 5/26/2005 | 1:26 PM | Outgoing | (212) 637-2295 | (ML OFFICE) | (212) 536-3916 | (K & L - LICKER) | 0:00:06 |
| 51 | 5/26/2005 | 1:27 PM | Outgoing | (212) 637-2295 | (ML OFFICE) | (914) 715-3493 | (LICKER CELL) | 0:00:25 |
| 52 | 5/26/2005 | 1:33:37 PM | Incoming | (212) 536-3900 | (K & L) | (212) 637-2295 | (ML OFFICE) | 0:02:58 |
| 53 | 5/26/2005 | 1:41:18 PM | Incoming | (212) 805-0003 | (COURT) | (212) 637-5013 | (USAO VM) | 0:00:43 |
| 54 | 5/26/2005 | 1:46 PM | Outgoing | (212) 637-2295 | (ML OFFICE) | (212) 805-4109 | (COURT) | 0:03:16 |
| 55 | 5/26/2005 | 1:51 PM | Outgoing | (212) 637-2295 | (ML OFFICE) | (212) 847-8795 | (TANAKA ATT'Y) | 0:02:39 |
| 56 | 5/26/2005 | 2:14:34 PM | Incoming | (646) 423-9238 | (PS CELL) | (212) 637-2295 | (ML OFFICE) | 0:00:57 |
| 57 | 5/26/2005 | 3:18 PM | Outgoing | (212) 637-2295 | (ML OFFICE) | (646) 423-9162 | (CF CELL) | 0:00:23 |
| 58 | 5/26/2005 | 3:19 PM | Outgoing | (212) 637-2295 | (ML OFFICE) | (646) 423-9238 | (PS CELL) | 0:00:27 |
| 59 | 5/26/2005 | 3:49 PM | Outgoing | (212) 637-2295 | (ML OFFICE) | (646) 423-9162 | (CF CELL) | 0:03:28 |
| 60 | 5/26/2005 | 3:53:23 PM | Incoming | (646) 423-9162 | (CF CELL) | (212) 637-2295 | (ML OFFICE) | 0:06:46 |
| 61 | 5/26/2005 | 4:03:46 PM | Incoming | (646) 423-9162 | (CF CELL) | (212) 637-2295 | (ML OFFICE) | 0:00:02 |
| 62 | 5/26/2005 | 4:04:15 PM | Incoming | (646) 423-9162 | (CF CELL) | (212) 637-5009 | (USAO VM) | 0:00:21 |
| 63 | 5/26/2005 | 4:10:00 PM | Incoming | (646) 423-9162 | (CF CELL) | (212) 637-5012 | (USAO VM) | 0:00:05 |
| 64 | 5/26/2005 | 4:10:18 PM | Incoming | (646) 423-9162 | (CF CELL) | (914) 924-4562 | (ML CELL) | 0:00:30 |
| 65 | 5/26/2005 | 4:10:19 PM | Incoming VM | (646) 423-9162 | (CF CELL) | (914) 924-4562 | (ML CELL) | 0:01:05 |
| 66 | 5/26/2005 | 4:13 PM | Outgoing | (212) 637-2295 | (ML OFFICE) | (646) 423-9162 | (CF CELL) | 0:01:59 |
| 67 | 5/26/2005 | 4:16:33 PM | Incoming | (212) 805-0003 | (COURT) | (212) 637-5000 | (USAO VM) | 0:00:03 |

|    | **DATE**  | **TIME**    | **DIRECTION** | **FROM**                      | **TO**                        | **DURATION** |
|----|-----------|-------------|---------------|-------------------------------|-------------------------------|--------------|
| 68 | 5/26/2005 | 4:24:19 PM  | Outgoing      | (914) 924-4562  (ML CELL)     | *86             (ML CELL VM)  | 0:00:43      |
| 69 | 5/26/2005 | 4:24:22 PM  | Incoming VM   | (914) 924-4562  (ML CELL)     | (914) 924-4562  (ML CELL)     | 0:00:43      |
| 70 | 5/26/2005 | 4:25:16 PM  | Outgoing      | (914) 924-4562  (ML CELL)     | (212) 805-4051  (MAG CT)      | 0:02:22      |
| 71 | 5/26/2005 | 4:41:43 PM  | Outgoing      | (914) 924-4562  (ML CELL)     | (212) 637-6500  (USAO VM)     | 0:00:15      |
| 72 | 5/26/2005 | 4:51:26 PM  | Incoming      | (646) 326-2594  (CF CELL-2)   | (212) 637-5009  (USAO VM)     | 0:00:45      |
| 73 | 5/26/2005 | 5:15:18 PM  | Incoming      | (646) 423-9238  (PS CELL)     | (212) 637-2295  (ML OFFICE)   | 0:00:26      |
| 74 | 5/26/2005 | 5:17:09 PM  | Incoming      | (212) 805-0003  (COURT)       | (212) 637-2295  (ML OFFICE)   | 0:02:39      |
| 75 | 5/26/2005 | 6:14 PM     | Outgoing      | (212) 637-2295  (ML OFFICE)   | (646) 423-9162  (CF CELL)     | 0:04:54      |
| 76 | 5/26/2005 | 7:35:08 PM  | Outgoing      | (914) 924-4562  (ML CELL)     | (212) 637-6500  (USAO VM)     | 0:00:15      |
| 77 | 5/26/2005 | 7:45:03 PM  | Outgoing      | (914) 924-4562  (ML CELL)     | (212) 637-6500  (USAO VM)     | 0:00:15      |
| 78 | 5/26/2005 | 8:28:40 PM  | Incoming      | (646) 423-9162  (CF CELL)     | (914) 924-4562  (ML CELL)     | 0:00:48      |