| | | | |
|---|---|---|---|
| | | | |
| 12/5/05 | | | |
| 12/6/05 | | | |
| 12/7/05 | | | |
| 12/15/05 | E. Licker | LM | |
| | | | |
| | | | |



GOVERNMENT EXHIBIT
48 - A

| | Eugene Licker | I showed up late am at Amerindo, dealt with representation issues, talked to Feiter, got Litt's number. Called Litt. Mid-afternoon, preservation notification. Spoke to Feiter Litt. Sent out order. Early evening. Conversation re: postal inspectors in midst of warrant, getting late, to facilitate everyone's convenience. Licker agreed to preserve property on location, accept GJ subpoena. Faxed to Licker. Done b/c getting late; couldn't get done that day.<br>Time between discussion and GJ subpoena being sent.<br>On phone with Toner and Vic Rocco (for Tanaka). Cannot imagine that subject did not come up. Don't remember whether spoke to Vilar's counsel that day.<br>Believe told Glenn and Steve in July no definite recollection. Important part of what he knew. Same for Jeff in September (soft recollection) |
| --- | --- | --- |
| 1/3/06 | | |