CADOGAN TATE
CADOGAN HOUSE
239 ACTON LANE NW10
AMERINDO UK LTD

13/10/2005

Copy of complete set

# Premises Search Book

## Book 1 of 3



GOVERNMENT
EXHIBIT

# Information to the Occupier

(Notice of the powers to search premises and of the rights of occupiers—Police and Criminal Evidence Act 1984 and Codes of Practice.)

Address of premises ...CADOGAN TATE...
CADOGAN HOUSE 239 ACTON...
...A.O. NW10...

Type of premises ...STORAGE... Occupier ...N/A...

## POWER UNDER WHICH SEARCH MADE

SC 16 CJICA

☑ Warrant/order (copy attached) Act section ...2003...
date granted ...10/15/05... by ...BM STYL...

or Statutory Power under Police and Criminal Evidence Act 1984
(These powers are summarised on following pages)

☐ Section 17    or    ☐ Section 18(5)    or    ☐ Section 32

or ☐ Section 18(1)    This Power requires written authority of an inspector or above, which will normally be recorded by the inspector at (1) below. This Notice will show at (2) below if the inspector (or above) has recorded the authority elsewhere.

(1) Recording on this Notice

I hereby authorise the search of the above named premises

Signature * ................................ Date/time .............

Name (Capitals)* .......................... Rank ...........

(2) Recorded elsewhere

Where authority recorded ............................

By whom (Name/rank)* ................................

Date/time recorded ...................................

or ☐ With written consent of person entitled to grant entry (only applicable where above powers not exercised)

I hereby consent to Police searching the above named premises

Signature ........................................

Name (Capitals)* .......................... Age .......

Status relative to premises ...........................

### OFFICER IN CHARGE OF SEARCH

Name ...BONAFI... Rank/number ...DC...

Station/Branch ...Intnational Unit...

Address ...67/73 Buckingham...
...GATE SW1 6BE...

| | Time of search |
|---|---|
| Date 13/10/05 | Start 1040  Finish 1645 |

*In terrorism cases Police Officer's names should be replaced by warrant numbers

# Premises searched record

## THIS COPY TO BE RETAINED IN BOOK

1. **AUTHORISATION**—for:
(a) application for Search Warrant
(b) search of premises following arrest OR*
(c) search beyond Division/M.P.D.* given by

Rank/Name .......................................

2. **COMMUNITY LIAISON OFFICER**

Rank/Name .......................................

Informed on ...NOT INFLMD... (date)

by .......................................

3. **OFFICERS PRESENT AT SEARCH**
(Show Name/Rank/Station or Branch and whether or not armed)

DC BONAFI
DC DURRANT
CYNTHIA FRATELLICO
THOMAS FEECH
ANN MARIE WILLIAMSON

4. **ENTRY**—forced Yes/No* If Yes state reasons:
.......................................
.......................................

**DAMAGE**—caused on entry or during search and circumstances:
NIL

**ARRANGEMENTS TO SECURE PREMISES:** .......
BY CADOGAN GATE

5. **EXTENT OF SEARCH:**

11. Signed (Reporting Officer) ...........................

Name, Rank and No. ...BONA...

---

Div. Search Reg. No.** ...........................
Searchers Ref. No.** ...........................
(if different from above) ...........................

6. **PERSONS ON PREMISES** (Record names if known)
MATTHEW WEBB  } C.TATE
MARTIN KINSELL }
.......................................

7. **ARTICLES SEIZED**
(a) Include brief description
(b) if not covered by Warrant indicate reason(s) seized:
SEE WARRANT
.......................................

Recorded at ** ............ Ref.: ...........

8. **AFTER SEARCH**

Div. Stn. where search took place* * .......................

Informed of search at .................... a.m./p.m.* (time)

by .......................................

Received by .......................................

on .......... /.......... /.......... Mess. No. ...........

Copy form sent on .......... /.......... /.......... (date)

9. Warrant endorsed and returned to issuing Court on ............
.......... /.......... /.......... (date)—Executed/Unexecuted*

Copy Warrant handed to/left at* ...........................

10. Police copy of Warrant—Location ...........................

Noted by L.I.O. on (date) .......... /.......... /..........

Signature .......................................

*Delete as appropriate    **Include a Station Code

12. Signed (Supervisory Officer) ...........................

Name, Rank and No. ...........................

1

# Scene Notes

Time notes started..*10:40*.....  Time notes completed.....................  Location notes made...................................

Persons present.................................................................................................  If caution given time...........................

*Nathan Webster (Foreman)* Both Cardgan Tate employees arrange access to the
*Noah Kimbell (Foreman)* containers in the viewing area. 8 containers
containing a variety of items. Client inventory provided to DC DUPRAT.
Search commenced by US Postal Investigation staff search commenced
10:40 — Concludes 16:45 1st + copy arrest handed to Nathan
Webster

**Caution:** ''You do not have to say anything. But it may harm your defence if you do not mention when questioned something which you later rely on in court. Anything you do say may be given in evidence.''

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 1 | 4 TWIN LOCK FILES FROM BOX 91 | (a) CADOGAN TATE (b) DC DURRANT | (a) 10.58 (b) WD/1 | | (a) E6858131 IN SITU (b) DC DURRANT (c) E6858131 | (a) (b) (c) |
| 2 | 2 DOCUMENT WALLETS AND LLOYDS BANK CORRESPONDENCE FROM BOX 92 | (a) CADOGAN TATE (b) DC DURRANT | (a) 11.00 (b) WD/2 | | (a) IN SITU (b) DC DURRANT (c) D648 2763 | (a) (b) (c) |
| 3 | CORRESPONDENCE RELATING TO BEAR STEARNS FROM BOX 116 | (a) CADOGAN TATE (b) DC DURRANT | (a) 11.06 (b) WD/3 | | (a) IN SITU (b) DC DURRANT (c) D648 2761 | (a) (b) (c) |

Signature(s) of officer(s)...........

I have initialled each answer which is correct.

Signature(s) of person(s) questioned...........

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 4 | BOX FILE + CORRESPONDENCE FROM BOX 118 | (a) CADOGAN TATE (b) DC DURRANT | (a) 11·15 (b) ND/4 | | (a) IN SITU (b) DC DURRANT (c) E6858132 | (a) (b) (c) |
| 5 | 7 MINI LOCK FILES + BEAR STEARNS DOCUMENTS FROM BOX 119 | (a) CADOGAN TATE (b) DC DURRANT | (a) 11·41 (b) ND/5 | | (a) IN SITU (b) DC DURRANT (c) E6858133 | (a) (b) (c) |
| 6 | CABINET 109 FROM CONTAINER CL08M (Panama Client Files) | (a) CADOGAN TATE (b) DC DURRANT | (a) 11·46 (b) ND/6 | | (a) IN SITU (b) DC DURRANT (c) 4015487Z | (a) (b) (c) |

Signature(s) of officer(s) ...........

I have initialled each answer which is correct.

Signature(s) of person(s) questioned ...........

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 7 | BLACK FILOFAX INVESTMENT LETTERS + BANK CORRESPONDENCE FROM BOX 120 | (a) CADOGAN TATE (b) DC BONAFONT | (a) 11.53 (b) ANB/1 | | (a) INSITU (b) DC BONAFONT (c) DS127470 | (a) (b) (c) |
| 8 | ASSORTED CORRESPONDENCE FROM BOX 121 | (a) CADOGAN TATE (b) DC DURRANT | (a) 12.15 (b) WD/7 | | (a) INSITU (b) DC DURRANT (c) D648 2193 | (a) (b) (c) |
| 9 | FIVE TWIN LOCK FOLDERS FROM CABINET 103 CONTAINER CCO8M | (a) CADOGAN TATE (b) DC BONAFONT | (a) A 12.23 (b) ANB/2 | | (a) INSITU (b) DC BONAFONT (c) EG858 134 | (a) (b) (c) |

Signature(s) of officer(s)...........................................

I have initialled each answer which is correct.

Signature(s) of person(s) questioned.....................................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 10 | CABINET 107 FROM CONTROL CCOBSM | (a) CADOGAN TATE (b) DC BONATE | (a) 12.28 (b) ANB/3 | | (a) IN SITU (b) DC BONATE (c) 40154902 | (a) (b) (c) |
| 11 | 4 LEVER ARCH FILES AND 5 DOCUMENT WALLETS RE LILYGATES FROM CABINET 108 CONTROL CCOBSM | (a) CADOGAN TATE (b) DC DURRANT | (a) 12:30 (b) WD/8 | | (a) IN SITU (b) DC DURRANT (c) 40154922 | (a) (b) (c) |
| 12 | BANKING RECORDS + Panama Client files FROM CABINET 106 CONTROL CCOBSM | (a) CADOGAN TATE (b) DC DURRANT | (a) 12:35 (b) WD/9 | | (a) IN SITU (b) DC BONATE (c) 16754892 | (a) (b) (c) |

Signature(s) of officer(s)...........

I have initialled each answer which is correct.

Signature(s) of person(s) questioned.............

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 13 | AS PER ENTRY 12 | (a) CADOGAN TATE (b) DC DURRANT | (a) 12.40 (b) WD/9A | | (a) IN SITU (b) DC DURRANT. (c) 1675490 Z | (a) (b) (c) |
| 14 | AS PER ENTRY 12 + 13 | (a) CADOGAN TATE (b) DC DURRANT | (a) 12.40 (b) WD/9B | | (a) IN SITU (b) DC DURRANT (c) 1675491 Z | (a) (b) (c) |
| 15 | ONE TWINLOCK FILE "BEAR STEARNS" CABINET 13 | (a) CADOGAN TATE (b) DC DURRANT | (a) 12.56 (b) WD/10 | | (a) IN SITU (b) DC DURRANT (c) | (a) (b) (c) |

Signature(s) of officer(s)...................

I have initialled each answer which is correct.

Signature(s) of person(s) questioned...................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 16 | TWINLOCK + DOCUMENT WALLET CONTAINING BANK FILES + PERSONNEL RECORDS CABINET 10 | (a) CADOGAN TATE (b) DC DURRANT | (a) 13.05 (b) WD/11 | | (a) IN SITU (b) DC DURRANT (c) D6482764. | (a) (b) (c) |
| 17 | TWINLOCK FILE "RICK COHEN" CABINET 10 | (a) CADOGAN TATE (b) DC DURRANT | (a) 13.08 (b) WD/12 | | (a) IN SITU (b) DC DURRANT (c) D6482760 | (a) (b) (c) |
| 18 | TWINLOCK FILE "PANAMA" CABINET 14 | (a) CADOGAN TATE (b) DC DURRANT | (a) 13.35 (b) WD/13 | | (a) IN SITU (b) DC DURRANT (c) D6482762 | (a) (b) (c) |

Signature(s) of officer(s)...................................

I have initialled each answer which is correct.

Signature(s) of person(s) questioned...................................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 19 | THREE (3) TWINLOCK FILES CABINET 1 | (a) CADOGAN TATE (b) DC DURRANT | (a) 13.46 (b) WD/14 | | (a) IN SITU (b) (b) DC DURRANT (c) AA41264 | (a) (b) (c) |
| 20 | FILES CONTAINING PANAMA OFFSHORE ACCOUNTS FROM BOX 28 | (a) CADOGAN TATE (b) DC DURRANT | (a) 13.52 (b) WD/15 | | (a) IN SITU (b) (b) DC DURRANT (c) 1675493 Z | (a) (b) (c) |
| 21 | CORRESPONDENCE FROM BOX 102 | (a) CADOGAN TATE (b) DC BONAFET | (a) 14.40 (b) AB/4 | | (a) IN SITU (b) (b) DC BONAFET (c) C1291269 | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s)...................................................

Signature(s) of person(s) questioned.................................................

| Entry No. | Exhibits | (a) Where found<br>(b) Who found by | (a) Time seized<br>(b) Exhibit Ref. No. | Questions and answers | (a) Where sealed<br>(b) Who by<br>(c) Seal No. | (a) Place deposited<br>(b) Person depositing<br>(c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 22 | BANDAGE CULLESBASLE FROM BOX 67 | (a) Cadogan Tate<br>(b) DC BONAFONT | (a) 1445<br>(b) ANB/5 | | (a) INSITU<br>(b) DC BONAFONT<br>(c) 16754962 | (a)<br>(b)<br>(c) |
| 23 | CARIBNDEE FROM BOX 98 | (a) Cadogan Tate<br>(b) DC BONAFONT | (a) 1450<br>(b) ANB/6 | | (a) INSITU<br>(b) DC BONAFONT<br>(c) C1291271 | (a)<br>(b)<br>(c) |
| 24 | 10 NOTEBOOKS FROM BOX 94 | (a) Cadogan Tate<br>(b) DC BONAFONT | (a)<br>(b) ANB/7 | | (a) INSITU<br>(b) DC BONAFONT<br>(c) AA4320 | (a)<br>(b)<br>(c) |

Signature(s) of officer(s) 

I have initialled each answer which is correct.

Signature(s) of person(s) questioned..............................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 25 | BOX 77 Misc files | (a) Cadogan Tate (b) DC Bonafont | (a) 1455 (b) ANB/8 | | (a) INSITU (b) DC Bonafont (c) 16754947 | (a) (b) (c) |
| 26 | BOX 348 TRADE SHEETS Archives 96-07 | (a) Cadogan Tate (b) DC Bonafont | (a) 1457 (b) ANB/9 | | (a) IN SITU (b) DC Bonafont (c) 16755162 | (a) (b) (c) |
| 27 | cellos from BOX 349 | (a) Cadogan Tate (b) DC Bonafont | (a) 1500 (b) ANB/10 | | (a) IN SITU (b) DC Bonaf (c) C1291272 | (a) (b) (c) |

Signature(s) of officer(s)......................................

I have initialled each answer which is correct.

Signature(s) of person(s) questioned......................................

4

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 28 | COPIES FROM BOX 85 | (a) Cardoso Tate (b) DC Bonafe | (a) 15.05 (b) ANB/11 | | (a) IN SITU (b) DC Bonafe (c) C2404900 | (a) (b) (c) |
| 29 | COPIES FROM BOX 73 | (a) Cardoga Tate (b) DC Bonafe | (a) 15.12 (b) ANB/12 | | (a) IN SITU (b) DC Bonafe (c) T11449 | (a) (b) (c) |
| 30 | COPIES FROM BOX 302 | (a) Cardoga Tate (b) DC Bonafe | (a) 15.16 (b) ANB/13 | | (a) IN SITU (b) DC Bonafe (c) C2404902 | (a) (b) (c) |

Signature(s) of officer(s) 

I have initialled each answer which is correct.

Signature(s) of person(s) questioned

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 31 | FILES + COLLES FROM BOX 49 | (a) Cadogan Tate (b) DC BONAFEE | (a) 15.19 (b) ANB/14 | | (a) IN SITU (b) DC BONAFEE (c) FOO243 | (a) (b) (c) |
| 32 | FILES + CORES FROM BOX 27 | (a) Cadogan Tate (b) DC BONAFEE | (a) 15 22 (b) ANB/15 | | (a) IN SITU (b) DC BONAFEE (c) AA 44598 | (a) (b) (c) |
| 33 | 2 LEVEL ALLED FILES + CORRESPONDENCE FROM BOX 78 | (a) Cadogan Tate (b) DC BONAFEE | (a) 1526 (b) ANB/16 | | (a) IN SITU (b) DC BONAFEE (c) R46886 | (a) (b) (c) |

Signature(s) of officer(s) .....................

I have initialled each answer which is correct.

Signature(s) of person(s) questioned ...................................

6

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 34 | BOX 332 GRAND HALL FILES | (a) Coldorf Tate (b) DC Bonnet | (a) 15.29 (b) ANB/17 | | (a) INSITU (b) DC Bonnet (c) 1675507Z | (a) (b) (c) |
| 35 | BOX 316 GRAND HALL BACK OFFICE (PAPERS) DISK | (a) Caidopm Tate (b) DC Bonnet | (a) 15.31 (b) ANB/18 | | (a) IN SITU (b) DC Bonnet (c) 1675507Z | (a) (b) (c) |
| 36 | COPIES FROM BOX 306 | (a) Caidopm Tate (b) DC Bonnet | (a) 15.32 (b) ANB/19 | | (a) IN SITU (b) DC Bonnet (c) C129127O | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s)..................

Signature(s) of person(s) questioned...........................................

7

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 37 | BOX 166 | (a) CADOGAN TATE (b) DC BONAFCT | (a) 1540 (b) ANB/20 | | (a) IN SITU (b) DC BONAFCT (c) 16755087 | (a) (b) (c) |
| 38 | CORES FROM BOX 193 | (a) CADOGAN TATE (b) DC BONAFCS | (a) 15:52 (b) ANB/21 | | (a) IN SITU (b) DC BONAFCT (c) C 2404901 | (a) (b) (c) |
| 39 | CORES FROM BOX 331 | (a) CADOGAN TATE (b) DC BONAFCT | (a) 1556 (b) ANB/22 | | (a) IN SITU (b) DC BONAFCT (c) AA4342 | (a) (b) (c) |

Signature(s) of officer(s)

I have initialled each answer which is correct.

Signature(s) of person(s) questioned

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 40 | FILES FROM BOX 182 | (a) Cadogan Tate (b) DC BONAFE S | (a) 1559 (b) ANB/23 | | (a) IN SITU (b) DcBang (c) AA44092 | (a) (b) (c) |
| 41 | FILE FROM BOX 162 | (a) CADOGAN TATE (b) DC BONAFENT | (a) 1604 (b) ANB/24 | | (a) IN SITU (b) DC BonAfont (c) R47580 | (a) (b) (c) |
| 42 | FILES FROM BOX 199 | (a) CADOGAN TATE (b) DC BonAfont | (a) 1605 (b) ANB/25 | | (a) (b) (c) H11991 | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s).....................

Signature(s) of person(s) questioned...................

9

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 43 | 25 Computer Disls fro BOX 330 | (a) CADOGAN TATE (b) DC BEART | (a) 16·10 (b) AVB/26 | | (a) IN SITU (b) DC BEART (c) C 4735973 | (a) (b) (c) |
| 44 | BOX 184 | (a) CADOGAN TATE (b) DC BEART | (a) 1615 (b) AVB/27 | | (a) IN SITU (b) DC BEART (c) 16755037 | (a) (b) (c) |
| 45 | CCLES fro BOX 317 | (a) (b) | (a) 16·16 (b) AVB/28 | | (a) IN SITU (b) DC BEART (c) 247078 | (a) (b) (c) |

Signature(s) of officer(s) ...................................................

I have initialled each answer which is correct.

Signature(s) of person(s) questioned .................................................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (b) Who by (c) Seal No. | (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 46 | FURTHER FILES From BOX 317 | (a) Cadogan Tate (b) DC BEARS | (a) 1621 (b) AJB/29 | | (a) IN SITU (b) DC BONARES (c) 1675505 Z | (a) (b) (c) |
| 47 | BOX 126 | (a) Cadogan Tate (b) DC BEARS | (a) 1628 (b) AJB/30 | | (a) IN SITU (b) DC BEARS (c) 1675506 Z | (a) (b) (c) |
| 48 | FILES From BOX 128 | (a) CADOGAN TATE (b) DC BEARS | (a) 16.30 (b) AJB/31 | | (a) IN SITU (b) DC BEARS (c) T11638 | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s) .....................

Signature(s) of person(s) questioned ...................

| Entry No. | Exhibits | (a) Where found<br>(b) Who found by | (a) Time seized<br>(b) Exhibit Ref. No. | Questions and answers | (b) Who by<br>(c) Seal No. | (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 49 | COLLES FOR BOX 185 | (a) CADOGAN TATE<br><br>(b) DCBUAFER | (a) 1634<br><br>(b) AJB/32 | | (a) IN SITU<br><br>DC BUAFER (b)<br><br>(c) F00134 | (a)<br><br>(b)<br><br>(c) |
| 50 | BOX 163 | (a) CADOGAN TATE<br><br>(b) DCBA OT | (a) 1636<br><br>(b) AJB/33 | | (a) IN SITU<br><br>DC BUAFER (b)<br><br>(c) 1675 FAZ | (a)<br><br>(b)<br><br>(c) |
| | | (a)<br><br>(b) | (a)<br><br>(b) | | (a)<br><br>(b)<br><br>(c) | (a)<br><br>(b)<br><br>(c) |

I have initialled each answer which is correct.

Signature(s) of officer(s) ...........

Signature(s) of person(s) questioned ...........

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (b) Seal No. | |
|---|---|---|---|---|---|---|
| | | (a) | (a) | | (a) | (a) |
| | | | | | | (b) |
| | | (b) | (b) | | (b) | |
| | | | | | (c) | (c) |
| | | (a) | (a) | | (a) | (a) |
| | | | | | | (b) |
| | | (b) | (b) | | (b) | |
| | | | | | (c) | (c) |
| | | (a) | (a) | | (a) | (a) |
| | | | | | | (b) |
| | | (b) | (b) | | (b) | |
| | | | | | (c) | (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s) ...............................................

Signature(s) of person(s) questioned .......................................

CADOGAN TATE

CADOGAN HOUSE

39 ACTON LANE NW10

MERINDO UK LTD

14/10/2005

# Premises Search Book

**Book** 1 **of** 3

Book 101

# Information to the Occupier · Premises searched record

**THIS COPY TO BE RETAINED IN BOOK**

Notice of the powers to search premises and of the rights of occupiers — Police and Criminal Evidence Act 1984 and Codes of Practice.)

Div. Search Reg. No.* ..........................
Searchers Ref. No.** ..........................
(if different from above)

Address of premises CADOGAN TATE, CADOGAN HSE
239 ALTON LANE, NW1D
Type of premises STORAGE  Occupier N/A

**POWER UNDER WHICH SEARCH MADE**

[✓] Warrant/order (copy attached) Act section S.16 CJICA 2003
date granted 14·10·05 by BOW ST. MAGS

or Statutory Power under Police and Criminal Evidence Act 1984
(These powers are summarised on following pages)

[ ] Section 17   or   [ ] Section 18(5)   or   [ ] Section 32

or [ ] Section 18(1) — This Power requires written authority of an inspector or above, which will normally be recorded by the inspector at (1) below. This Notice will show at (2) below if the Inspector (or above) has recorded the authority elsewhere.

**(1) Recording on this Notice**
I hereby authorise the search of the above-named premises.
Signature* .......................... Date/time ..........................
Name (Capitals)* .......................... Rank ..........................

**(2) Recorded elsewhere**
Where authority recorded ..........................
By whom (Name/rank)* ..........................
Date/time recorded ..........................

or [ ] With written consent of person entitled to grant entry (only applicable where above powers not exercised)
I hereby consent to Police searching the above-named premises.
Signature ..........................
Name (Capitals)* .......................... Age ..........................
Status relative to premises ..........................

**OFFICER IN CHARGE OF SEARCH**
Name DURRANT   Rank/number DC
Station/Branch INTERNATIONAL UNIT
Address 67-73 BUCKINGHAM GATE
LONDON SW1E 6BE

| Date 14·10·05 | Time of search Start 1130 Finish 14·55 |

*In certain circumstances Police Officers names should be replaced by warrant numbers (see Codes of Practice. Code B. Paragraph 2.9)

---

**1** AUTHORISATION – for:
(a) application for Search Warrant
(b) search of premises following arrest OR*
(c) search beyond Division/M.P.D.* given by
Rank/Name ..........................

**2** NOTICE OF POWERS AND RIGHTS AND COPY OF SEARCH WARRANT (if applicable)
Supplied to occupier prior to search?  Yes / No*
If No, state reason NOT INFORMED
Where left if occupier not present ..........................

**3** OFFICERS PRESENT AT SEARCH
(Show Name/Rank/Station or Branch and whether or not armed)

| | Armed Yes | Armed No | Uniform Yes | Uniform No |
|---|---|---|---|---|
| DS SHAW | [ ] | [✓] | [ ] | [✓] |
| DC DURRANT | [ ] | [✓] | [ ] | [✓] |
| CYNTHIA FRATERRIED | [ ] | [✓] | [ ] | [✓] |
| THOMAS FEENEY | [ ] | [✓] | [ ] | [✓] |
| ANN MARIE WILLIAMSON | [ ] | [✓] | [ ] | [✓] |

**4** ENTRY – forced  Yes / (No)*  If Yes state reasons ..........................

DAMAGE – caused on entry of during search and circumstances:
NIL

ARRANGEMENTS TO SECURE PREMISES:
BY CADOGAN TATE

**5** EXTENT OF SEARCH:

**11** Signed (Reporting Officer) ..........................
Name, Rank and No. DC WILLIAM DURRANT.

---

**6** PERSONS ON PREMISES (Record names if known)
MATTHEW WEBSTER } CADOGAN TATE
MARTIN KIMBELL

Did occupier request other person to be present during search?
Yes / No

If request refused by police state why ..........................

**7** ARTICLES SEIZED
(a) include brief description
(b) If not covered by Warrant indicate reason(s) seized
SEE WARRANT

Recorded at** .......................... Ref. ..........................

**8** AFTER SEARCH
Div. Stn. where search took place** ..........................
informed of search at .......................... (24-hour clock
by ..........................
Received by ..........................
on .......................... Mess. No. ..........................
Copy form sent on .......................... (date)

**9** Warrant endorsed and returned to issuing Court on ..........................
.......................... (date) – Executed/Unexecuted

**10** Police copy of Warrant – Location ..........................
Noted by B.I.U. on (date) ..........................
Signature ..........................

*Delete as appropriate.    **Include Station Code.

**12** Signed (Supervisory Officer) ..........................
Name, Rank and No. ..........................

## Scene Notes

Time notes started... 11.30 HRS ... Time notes completed........................ Location notes made........................

Persons present........................

As per entry aueno 13.10.05. Continuing search of containers

All stored in container JIO2 — unique number

## Record of Exhibits

| No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Record here any unsolicited comments or relevant questions and answers (see Codes of Practice. Code C. Para 11.13) | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 1 | FOUR TWINLOCK FILES FROM BOX 147 | (a) CADOGAN TATE (b) DS SHAW | (a) 11·47 (b) HD8/1 | | (a) IN SITU (b) DC DURRANT (c) E6512999 | (a) (b) (c) |
| 2 | ONE TWINLOCK FILE "GRAHAM ARAD" BOX 141 | (a) CADOGAN TATE (b) DS SHAW | (a) 11·52 (b) HDS/2 | | (a) IN SITU (b) DC DURRANT (c) E6512998 | (a) (b) (c) |
| 3 | CORRESPONDENCE IN BOX 211 | (a) CADOGAN TATE (b) DS SHAW | (a) 11·56 (b) HDS/3 | | (a) IN SITU (b) DC DURRANT (c) S813405 Z | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s).................................................

Signature(s) of person(s) questioned....................................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 4 | TWO TWINLOCK FILES "LLOYDS BANK" + "AML PARTNERSHIP" BOX 146 | (a) CADOGAN TATE (b) DS SHAW | (a) 11·59 (b) HDS/4 | | (a) IN SITU (b) DC DURRANT (c) E6512997 | (a) (b) (c) |
| 5 | CORRESPONDENCE "TRADE NOTIFICATIONS" BOX 210 | (a) CADOGAN TATE (b) DS SHAW | (a) 12·04 (b) HDS/5 | | (a) IN SITU (b) DC DURRANT (c) S813406 Z | (a) (b) (c) |
| 6 | CORRESPONDENCE "BEAR STEARN STATEMENTS" BOX 217 | (a) CADOGAN TATE (b) DS SHAW | (a) 12·07 (b) HDS/6 | | (a) IN SITU (b) DC DURRANT (c) S813407 Z | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s)...............................................

Signature(s) of person(s) questioned..............................................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 7 | PENTIUM III CPU  Box 258 | (a) CADOGAN TATE  (b) DS SHAW | (a) 12.12  (b) HDS/7 | | (a) IN SITU  (b) DC DURRANT  (c) 5813408Z | (a)  (b)  (c) |
| 8 | PENTIUM III CPU  Box 248 | (a) CADOGAN TATE  (b) DS SHAW | (a) 12.16  (b) HDS/8 | | (a) IN SITU  (b) DC DURRANT  (c) 5813305Z | (a)  (b)  (c) |
| 9 | CORRESPONDENCE "PRIVATE PLACEMENTS"  Box 209 | (a) CADOGAN TATE  (b) DS SHAW | (a) 12.18  (b) HDS/9 | | (a) IN SITU  (b) DC DURRANT  (c) 5813306Z | (a)  (b)  (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s) ............................................

Signature(s) of person(s) questioned ............................................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 10 | MEMO + RECORD OF TRANSACTIONS  BOX 236 | (a) CADOGAN TATE  (b) DS SHAW | (a) 12.21  (b) HDS/10 | | (a) IN SITU  (b) DC DURRANT  (c) C329S4HH | (a)  (b)  (c) |
| 11 | IBM THINKPAD LAPTOP  BOX 259 | (a) CADOGAN TATE  (b) DS SHAW | (a) 12-25  (b) HDS/11 | | (a) IN SITU  (b) DC DURRANT  (c) 1675500 Z | (a)  (b)  (c) |
| 12 | SATELLITE PRO LAPTOP  BOX 259 | (a) CADOGAN TATE  (b) DS SHAW | (a) 12-25  (b) HDS/12 | | (a) IN SITU  (b) DC DURRANT  (c) 813307 Z | (a)  (b)  (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s)...............

Signature(s) of person(s) questioned...............

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 13 | PENTIUM CPU<br><br>Box 234 | (a) CADOGAN TATE<br>(b) DS SHAW | (a) 12-31<br>(b) HDS/13 | | (a) IN SITU<br>(b) DC DURRANT<br>(c) SB13308 Z | (a)<br>(b)<br>(c) |
| 14 | CORRESPONDENCE "PRIVATE PLACEMENTS"<br><br>Box 216 | (a) CADOGAN TATE<br>(b) DS SHAW | (a) 12-55<br>(b) HDS/14 | | (a) IN SITU<br>(b) DC DURRANT<br>(c) SB13309 Z | (a)<br>(b)<br>(c) |
| 15 | DELL POWEREDGE 2400 + TAPE CPU<br><br>Box 279 | (a) CADOGAN TATE<br>(b) DS SHAW | (a) 12-59<br>(b) HDS/15 | | (a) IN SITU<br>(b) DC DURRANT<br>(c) SB13310 Z | (a)<br>(b)<br>(c) |

I have initialled each answer which is correct.

Signature(s) of officer(s)...........

Signature(s) of person(s) questioned...........

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 16 | HEWLETT PACKARD NETSERVER CPU  Box 247 | (a) CADOGAN TATE  (b) DS SHAW | (a) 13·02  (b) HDS/16 | | (a) IN SITU  (b) DC DURRANT (c) 5813311 Z | (a)  (b)  (c) |
| 17 | COMPAQ DESKPRO CPU  Box 281 | (a) CADOGAN TATE  (b) DS SHAW | (a) 13·05  (b) HDS/17 | | (a) IN SITU  (b) DC DURRANT (c) 5813312 Z | (a)  (b)  (c) |
| 18 | BEAR STEARNS BANK STATEMENTS  Box 159 | (a) CADOGAN TATE  (b) DS SHAW | (a) 13·13  (b) HDS/18 | | (a) IN SITU  (b) DC DURRANT (c) AA69100 | (a)  (b)  (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s)

Signature(s) of person(s) questioned.

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 19 | CORRESPONDENCE + 2 BOXES FLOPPY DISCS   BOX 124 | (a) CADOGAN TATE   (b) DS SHAW | (a) 13.17   (b) HDS/19 | | (a) IN SITU   (b) DC DURRANT (c) E6512995. | (a)   (b)   (c) |
| 20 | 2 FILES "LEO MURRAY" "BANK + WIRE INSTRUCTIONS" BOX 127 | (a) CADOGAN TATE   (b) DS SHAW | (a) 13.20   (b) HDS/20 | | (a) IN SITU   (b) DC DURRANT (c) E6512972 | (a)   (b)   (c) |
| 21 | 2 FILES "HSBC" "GLOBAL INV"   BOX 198 | (a) CADOGAN TATE   (b) DS SHAW | (a) 13.22   (b) HDS/21 | | (a) IN SITU   (b) DC DURRANT (c) E6512971 | (a)   (b)   (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s)...........................................

Signature(s) of person(s) questioned.........................................

| No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (b) Who by (c) Seal No. | (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 2 | HEWLETT PACKARD BRIO CPU Box 319 | (a) DS SHAW (b) CADOGAN TATE | (a) 13·24 (b) HDS/22 | | (a) IN SITU (b) DC DURRANT (c) 5813314Z | (a) (b) (c) |
| 3 | ONE FILE "ATGF MICROPAL" Box 257 | (a) CADOGAN TATE (b) DS SHAW | (a) 13·25 (b) HDS/23 | | (a) IN SITU (b) DC DURRANT (c) E6512970 | (a) (b) (c) |
| 4 | CORRES. "FILES GROUND FLOOR" Box 311 | (a) CADOGAN TATE (b) DS SHAW | (a) 13·27 (b) HDS/24 | | (a) IN SITU (b) DC DURRANT (c) 5813315Z | (a) (b) (c) |

I have initialled each answer which is correct.

nature(s) of officer(s) ......................................

Signature(s) of person(s) questioned ..........................

| try No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | |
|---|---|---|---|---|---|
| 25 | CORRES. IN Box 255 | (a) DS SHAW (b) CADOGAN TATE | (a) 13-29 (b) HDS/25 | (a) IN SITU (b) DS SHAW (c) S813316Z | (a) (b) (c) |
| 26 | LEVER ARCH FILE "ALBERTO VILAR" BOX 233 | (a) CADOGAN TATE (b) DS SHAW | (a) 13-30 (b) HDS/26 | (a) IN SITU (b) DS SHAW (c) E6512969. | (a) (b) (c) |
| 27 | CASSETTE TAPE BOX 252 | (a) CADOGAN TATE (b) DS SHAW | (a) 13-31 (b) HDS/27 | (a) IN SITU (b) DS SHAW (c) C3295443 | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s).............................................

Signature(s) of person(s) questioned..............................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (b) Who by (c) Seal No. | (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 28 | FILE "ATGF" Box 249 | (a) CADOGAN TATE (b) DS SHAW | (a) 13-34 (b) HDS/28 | | (a) IN SITU (b) DS SHAW (c) E6512994 | (a) (b) (c) |
| 29 | 3 TWINLOCK FILES Box 214 | (a) CADOGAN TATE (b) DS SHAW | (a) 13·35 (b) HDS/29 | | (a) IN SITU (b) DS SHAW (c) E6512993. | (a) (b) (c) |
| 30 | TWO TWINLOCK FILES Box 250 | (a) CADOGAN TATE (b) DS SHAW | (a) 13·37 (b) HDS/30 | | (a) IN SITU (b) DS SHAW (c) E6512968 | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s)...........

Signature(s) of person(s) questioned...........

| No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (c) Seal No. | Bk. 66 entry |
|---|---|---|---|---|---|---|
| 31 | THREE TWINLOCK FILES BOX 215 | (a) CADOGAN TATE (b) DS SHAW | (a) 13·39 (b) HDS/31 | | (a) IN SITU (b) DS SHAW (c) E6512967 | (a) (b) (c) |
| 32 | CORRES. IN BOX 191 | (a) CADOGAN TATE (b) DS SHAW | (a) 13·41 (b) HDS/32 | | (a) IN SITU (b) DS SHAW (c) S813317Z | (a) (b) (c) |
| 33 | THREE TWINLOCK FILES BOX 291 | (a) CADOGAN TATE (b) DC DURRANT | (a) 13·54 (b) WD/16 | | (a) IN SITU (b) DC DURRANT (c) E6512966 | (a) (b) (c) |

Signature(s) of officer(s)

I have initialled each answer which is correct.

Signature(s) of person(s) questioned

| | Exhibits | (a) Where found<br>(b) Who found by | (a) Time seized<br>(b) Exhibit Ref. No. | Questions and answers | (c) Seal No. | Bk. 86 entry |
|---|---|---|---|---|---|---|
| 34 | BEAR - STEARS STATEMENTS<br><br>BOX 172 | (a) CADOGAN TATE<br><br>(b) DC DURRANT | (a) 13.58<br><br>(b) WD/17 | | (a) IN SITU<br><br>(b) DC DURRANT<br>(c) 5813318Z | (a)<br>(b)<br>(c) |
| 35 | Correspondence In Box 312<br><br>BOX 312 | (a) CADOGAN TATE<br><br>(b) DC DURRANT | (a) 1400<br><br>(b) WD/18 | | (a) IN SITU<br><br>(b) DC DURRANT<br>(c) 5813319Z | (a)<br>(b)<br>(c) |
| 36 | Three Computers<br><br>BOX 237 | (a) CADOGAN TATE<br><br>(b) DC DURRANT | (a) 14.01<br><br>(b) WD/19 | | (a) IN SITU<br><br>(b) DC DURRANT<br>(c) 5813320Z | (a)<br>(b)<br>(c) |

I have initialled each answer which is correct.

Signature(s) of officer(s) ......................................

Signature(s) of person(s) questioned ......................................

| No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (c) Seal No. | Bk.-bb entry |
|---|---|---|---|---|---|---|
| 37 | Copy fax / Box 143 | (a) CADOGAN TATE (b) DC DURRANT | (a) 14.03 (b) WD/20 | | (a) IN SITU (b) DC DURRANT (c) C 2295445 | (a) (b) (c) |
| 38 | One(1) Document file "SATGF" / Box 175 | (a) CADOGAN TATE (b) DC DURRANT | (a) 14.06 (b) WD/21 | | (a) IN SITU (b) DC DURRANT (c) MPSD40089413 | (a) (b) (c) |
| 39 | Correspondence from Box 310 / Box 310 | (a) CADOGAN TATE (b) DC DURRANT | (a) 14.09 (b) WD/22 | | (a) IN SITU (b) DC DURRANT (c) MPSD40089414 | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s) .........................

Signature(s) of person(s) questioned .........................

| No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (c) | |
|---|---|---|---|---|---|---|
| 40 | One GI H.P laptop five signature stamps  Box 260 | (a) CADOGAN TATE  (b) DC DURRANT | (a) 14.13  (b) WD/23 | | (a) IN SITU  (b) DC DURRANT (c) E6512965 | (a)  (b)  (c) |
| 41 | Correspondence from Box 318  Box 318 | (a) CADOGAN TATE  (b) DC DURRANT | (a) 14.15  (b) WD/24 | | (a) IN SITU  (b) DC DURRANT (c) AA69302 | (a)  (b)  (c) |
| 42 | Six twin lock files  Box 290 | (a) CADOGAN TATE  (b) DC DURRANT | (a) 14.18  (b) WD/25 | | (a) IN SITU  (b) DC DURRANT (c) E6512964 | (a)  (b)  (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s) ...............................

Signature(s) of person(s) questioned ...............................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Timestamped (b) Exhibit Ref. No. | Questions and answers | | |
|---|---|---|---|---|---|---|
| 43 | H.P lap top  Box 299 | (a) CADOGAN TATE  (b) DC DURRANT | (a) 14.21  (b) WD/26 | | (a) IN SITU  (b) DC DURRANT (c) 58133222 | (a)  (b)  (c) |
| 44 | Correspondence from Box 319  Box 319 | (a) CADOGAN TATE  (b) DC DURRANT | (a) 14.23  (b) WD/27 | | (a) IN SITU  (b) DC DURRANT (c) MPSD40089415 | (a)  (b)  (c) |
| 45 | Correspondence from Box 313  Box 313 | (a) CADOGAN TATE  (b) DC DURRANT | (a) 14.25  (b) WD/28 | | (a) IN SITU  (b) DC DURRANT (c) MPSD40089416 | (a)  (b)  (c) |

Signature(s) of officer(s)

I have initialled each answer which is correct.

Signature(s) of person(s) questioned

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Filing Exhibit (b) Exhibit Ref. No. | Questions and answers | (c) Seal No. | Bk. bb entry |
|---|---|---|---|---|---|---|
| 46 | Correspondance in Box 322 / Box 322 | (a) CADOGAN TATE (b) DC DURRANT | (a) 14.27 (b) WD/29 | | (a) IN SITU (b) DC DURRANT (c) 55133232 | (a) (b) (c) |
| 47 | Correspondance from Box 295 / Box 295 | (a) CADOGAN TATE (b) DC DURRANT | (a) 14.29 (b) WD/30 | | (a) IN SITU (b) DC DURRANT (c) MPSD 40089417 | (a) (b) (c) |
| 48 | Correspondence from box 286 / Box 286 | (a) CADOGAN TATE (b) DC DURRANT | (a) 14.31 (b) WD/31 | | (a) IN SITU (b) DC DURRANT (c) MPSD 40089418 | (a) (b) (c) |

I have initialled each answer which is correct.

ignature(s) of officer(s)........................................

Signature(s) of person(s) questioned...........................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 49 | Correspondance and three (3) computer backup tapes  Box 321 | (a) CADOGAN TATE  (b) DC DURRANT | (a) 14.34  (b) WD/32 | | (a) IN SITU  (b) DC DURRANT  (c) E6512963 | (a)  (b)  (c) |
| 50 | Transit envelope containing Corrospondance company seals signature stamps  Box 309 | (a) CADOGAN TATE  (b) DC DURRANT | (a) 14.37  (b) WD 133 | | (a) IN SITU  (b) DC DURRANT.  (c) MPSD40089419 | (a)  (b)  (c) |
| 51 | Correspondance 272  Box 272 | (a) CADOGAN TATE  (b) DC DURRANT | (a) 14.79  (b) WD/34 | | (a) IN SITU  (b) DC DURRANT  (c) MPSD40089421 | (a)  (b)  (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s) .......................................

Signature(s) of person(s) questioned .......................................

| | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (b) Who by (c) Seal No. | (a) (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 52 | Correspondence from Box 292 | (a) CADOGAN TATE | (a) 14.42 | | (a) IN SITU | (a) |
| | | | | | | (b) |
| | 292 | (b) DC DURRANT | (b) WD/35 | | (b) DC DURRANT (c) 58133242 | (c) |
| 53 | CASE (Series) 9330 9230 | (a) CADOGAN TATE | (a) 14.45 | | (a) IN SITU . | (a) |
| | | | | | | (b) |
| | BOX 282 | (b) DC DURRANT. | (b) WD/36 | | (b) DC DURRANT. (c) 58133252 | (c) |
| 54 | AST Bravo C PU | (a) CADOGAN TATE | (a) 14.46 | | (a) IN SITU | (a) |
| | | | | | | (b) |
| | BOX 280 | (b) DC DURRANT. | (b) WD/37 | | (b) DC DURRANT. (c) 58133272 | (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s)...........

Signature(s) of person(s) questioned...........

| | Exhibits | (a) Where found (b) Who found by | (b) Exhibit Ref. No. | Questions and answers | (b) Who by (c) Seal No. | (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 55 | H.P VECTRA CPU | (a) CADC (b) DC DURRANT | (a) 14.48 (b) WD/38 | | (a) Jon S, JU (b) DC DURRANT (c) 5813326 Z | (a) (b) (c) |
| 56 | DELL OPI PLEX CPU 308 | (a) CAD. (b) Dc DURRANT. | (a) 14.50 (b) WD/39 | | (a) Jon STU. (b) DC DURRANT (c) 5813328 Z | (a) (b) (c) |
| | | (a) (b) | (a) (b) | | (a) (b) (c) | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s).....................

Signature(s) of person(s) questioned..........................

| No. | Exhibits | (a) Where found (b) Who found by | (b) Exhibit Ref. No. | Questions and answers | (c) Seal No. | |
|---|---|---|---|---|---|---|
| | | (a) | (a) | | (a) | (a) |
| | | | | | | (b) |
| | | (b) | (b) | | (b) | |
| | | | | | (c) | (c) |
| | | (a) | (a) | | (a) | (a) |
| | | | | | | (b) |
| | | (b) | (b) | | (b) | |
| | | | | | (c) | (c) |
| | | (a) | (a) | | (a) | (a) |
| | | | | | | (b) |
| | | (b) | (b) | | (b) | |
| | | | | | (c) | (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s) ...................................

Signature(s) of person(s) questioned ...................................