**EXHIBIT MM**

Hotel →

M. Horsed
10 CSCC

+ Kennew
STA
Selma
Lily
Paul

Sen/flight  Fri/Sat

KR/Calpers  Jury?

? JD

Gt ' CFO-
2
3

# BH

MET meeting

DS Filing

? Simbey

+ JX  Karl SG
Gibson