EXHIBIT KN

1. Art
2. Joly
3. Mike?
4. Marilyn
5. JE / CH   SAO?
6. CH
7. Tony knew

SAT. 1230

SLH (AU)

London Limo
Marriott
Dorchester

SOPHIE    900 Tue
MAXINE    930
Barber 900 Mon

2 SBD Books + Office
              2 Dorchester
CH-Zur         new basketball
    Mike
    Lily
           { JI } desk
    Gary
  Portfolio

Cancel Plane
    600
    745  J
    845  C
    529    620   720

Bernard Chrysler → KT
Ralph              OC

(Paul)                        JI →

* Wape  < 4pm         GeoSmart
  JOEL

---

ESG  11 to 40 to 7   Israeli
                     Sunrise?

Jennifer Chun  | 10 d's ago
               | Tour - Asia
                 5th
               music scene booming
               Concert package

Tuesday
11:00 -
22 -      Tel  212 757 2340
               Jennifer Chun
               Colorado

---

GeoSmart /
Roop  — fuel bracket
       2x liquidator
       Series Vote merge
       409-3286

Uche
750# 150 mio $900

Lily →
Paul = RLP.
Starbuss - doesn't doubt my word
he will remember the
conversation. I am a
logical mentor -
record of [illegible] they
spoke.
   it has not been sold

Plan to sell?

[ATGP]   {100M
          {# Change Value

HALKANT
  (Soros)
  Grateful

Rumble to  ???

56

ATGF

$50

Paul - w/B to take FDs

or

w/B to take X Fm FX88

NY Thos / FAX ~~Clos~~ NH

→ N.H. 603 924-5999

FAX Forms fr Steve Kimbel Tall Monday

Liberal Arts.

Adv Goldsmith College  919 7481
Loring Hall — [44+#1]
Newcross Rd SE14 8MJ

£ = Last Stag.

28 Start
1 Week Orientation

———————————

→ Paul Marcus.

Lincolnshire Management (SCop)
3010 St, 10 Pros

Doyle, Enron.
Consultant also.

I   120m
II  500 1/3
( 100 G ctail for packaging

P.E. Offerings

** ★—★   SBA → We must give acmes

Raise →

USA →

Main Characters,
Top Guys I s/ talk

Gillea (JPM) →

Dave /

Haven't merged yet

Full Time /

[ Chris Taylor ]

Full Time Co

Strong US —
we want full

Non-US

Global X new

Lily ~~88x~~ 348.

— 350,000/yr    { Maint. 6.8% x 980m

— Bear Stearn

~~$165M~~ losses    ≠ 300 gains

40

Yal +3
Juy +3
2B +10
IMC 0
BCom 0½
PSI 2½
Cned 2
LyCo 2
BX 1
ATL 1
Vesisi+ 2½
BCast +7

Q Comp SD-S

Paul Marcus / 
↳ Fixed [15]
   ↘ to Fund
No Discussion @

= Enemi → Chris / AMAS

Marc ? Music → SPL Make
  → Drog     Chris?
  → RX
Chris - say don't do it.

KIH
280   80 / SEee
¾ | 80-120
      Sold
         todays fees

MPATs → Myond
            ≠ Rd?
         don price
              Rd

81 942 1134

Neyda 561-655-3011
→ Mendez
→ Mayers    111 @ 88 ᵗʰ St
                       A94
   Meridien       NY 10128
                  Tel 289-4053

Mike
Lily (James →
Chris Ornton 406 995 745125
   { Planet + D rug
   { Bud    970 468 2316
   { Hutley
JGL — Breakfast  | 8⁰⁰ →
                 | 9³⁰
                 | 10³⁰

68 (memos)/also
Q (1/2/3)

NPO
(w/ Valery         Elizabeth
      Cyndeh
      C.G

2x Mayer
   * Tuttie

Tony

Ops it/

Mayflower
MOP Em +d'u's
_____

→ Valery
→ John Hore
→ Duke —

(DCI file)  71

**76**

Murray

AVA. Good meeting

GB wts to see w. Sunday

Israel

Monday – Lionsgate

Gets his own

Stay on

Pre-IPO

2 things

Shell fund –

SBIC → We or-/ Exclusively

$20–100M

BEN LADEN

1st

now JP Morgan

CH

Issues / (404 = 3286)
① →
②

1. Gudman
2. P+B wt to do something.
3. Don Tick
4. SBIC / $1. 100% arow
                50% carry
           Paul Hastings —
                    optimistic

— Warburg
  CSFB

— Will do something
  Gatekeeper / Cant killed

  (Fleming Rakers)
           Welcome
           — Trust

           owned by
           Caledonia

Bros. in Charge

3.13

? ① Diane consens[?]
? ② JD - comm
z ③ MBT/ AUGR
④ [?] - Paul
     MZ
         Matthew

# 011 971
484-5555
x
Meridian

Ⓐ  .75
    .50
    ___
    1.25

kyl

B.

Body CPR
        merge
    repeat    drapers
                family
        vs
        Drug Store

Monster Bus
High fragments
large Pulse g/P
5.22 Grey College

Paul
SVS          * Mermilks + Sophie
Volpe        * DC — Nate
~~Baer~~     Fri Pets — Ops
Mayer        Sun
Osborn       (Helen)
Lucky →

(Newport Beach)

4yr — 70% HH finds
    98    99    00
R  3.5m ½ec          70-75
        <13.0  <30
         (-7)  Oct 30
        35% Shy    will come down
                   SAAY buyer who
                        will shop
                   ↓ 30%

DB
Jessen  Dave Hathaway
  ⎛ 92 + 17 ⎞       d/o Cord Rd.
  ⎝   PM   ⎠       4rros 10th least
        $2000/ora from rate

079   ~~Figs~~   , nPd   Valpe   Peluguari
                  Mayer              Restaurant
         Tux    n Baalhard
Tues
iv    BH      c ity
Volpe  (Btz)*  Sinha
n Pd            Doc boy
Lopez   nPd    Mathew
Hi Paris  City  Bill Morris
DC              Valery
?Sinha          Florian
   Tues         Doc Apro
Valery

Rich


Broons

{ Rich
  NFO
  Mathew
→ Ralph
  Liz Mahely
  2nd/3rd ff
       guy

Sharon
  o Lisa Mayer →
  o Monique Hayes → Frazier
                        K.I.
  o Lily Calas / Paine Webber
         Joe Basquin ?
         Street.com ?
         Status
                IRC
                  12.31
  Valery
       o Good results
         Big doing
         Chon + Ned good
         Prod Aymed

1 Tpm
* CFO
1 GC
1 Sale
* film
  speak

Kerr
shown
*** morden
not salable
(see?)
truly SF Tolls ked

- 8
- 1
* New
  speak + manner
  city
  filmed weekly per
  Tony C