Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
www.wsgr.com

November 22, 2006

**BY FACSIMILE**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re:  *United States v. Alberto Vilar and Gary Tanaka*, 05 Cr. 621 (KMK)

Dear Judge Karas:

The purpose of this letter is to update the Court on the quantity of boxes currently under the possession and/or control of Amerindo Investment Advisors Inc. ("Amerindo U.S."), and that may contain information responsive to the subpoena served on Amerindo U.S. on May 26, 2005.

According to counsel for Amerindo U.S., there are approximately 515 boxes of documents that had been located at the New York offices of Amerindo U.S. at the time of the search but that had not been seized by the Government due to the contemporaneous service of the subpoena or otherwise. Of these 515 boxes, approximately 122 have already been reviewed for responsiveness to the subpoena. In addition, there are approximately 384 boxes that, at the time of the execution of the Amerindo U.S. warrant, had been located at an off-site storage facility. These documents, which continue to reside in storage, have not yet been reviewed for responsiveness to the subpoena.

**Respectfully submitted,**

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Glenn C. Colton
Jessica L. Margolis

cc:  Steven Kobre, Esq. (by fax)
     Marc Litt, Esq. (by fax)
     Jeffrey Hoffman, Esq. (by fax)
     Eugene Licker, Esq. (by fax)

PALO ALTO   AUSTIN   NEW YORK   RESTON   SALT LAKE CITY   SAN DIEGO   SAN FRANCISCO   SEATTLE