UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ALBERTO WILLIAM VILAR,
   a/k/a "Albert Vilar," and
GARY ALAN TANAKA

              Defendants.

ECF CASE

**NOTICE OF APPEARANCE** and
**REQUEST FOR ELECTRONIC NOTIFICATION**

S3 05 Cr. 621 (KMK)

TO:    Clerk of Court
          United States District Court
          Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case, and to add him as a Filing User for the United States to whom Notices of Electronic Filing will be transmitted in this case.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney for the
      Southern District of New York

by:  /s/
      BENJAMIN A. NAFTALIS
      Assistant United States Attorney
      (212) 637-2456