UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/ /07

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR,

                 Defendant.

Case No. 05-CR-0621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      On February 16, 2007, counsel for Defendant Alberto William Vilar submitted a request to modify his bail conditions. With this request, Defendant seeks the elimination of his home detention restriction. The Government opposes any such modification. Pretrial Services takes a middle ground and recommends a moderate modification of Defendant's bail restrictions based on Defendant's "good track record for almost two years since he was first released." Having considered the positions of each interested party, the Court adopts the recommendation of Pretrial Services. Accordingly, it is hereby

      ORDERED that Defendant's bail conditions are modified to permit him to leave his residence Monday through Friday between the hours of 3:30 p.m. and 9:30 p.m. All other bail conditions shall remain unchanged.

SO ORDERED.

Dated:    February 28, 2007
              New York, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE