UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/07

United States of America,

    -v-

Alberto William Vilar
Gary Alan Tanaka
        Defendants.

Case No. 05-CR-621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    The above-entitled action having been assigned to the undersigned for all purposes,

    IT IS HEREBY ORDERED that all parties appear with counsel for a conference on **April 10, 2007 at 4:30pm** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    April 3, 2007
           New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE