USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                   Defendants.

Case No. 05-CR-621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    The Clerk of the Court is directed to terminate the following motions in the above-captioned case: Docket Nos. 31, 47, 160.

SO ORDERED.

Dated:    April 7, 2007
             New York, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE