UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

    -v-

Alberto William Vilar
Gary Alan Tanaka

               Defendants.

Case No. 05-CR-621 (KMK)

AMENDED ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/07

KENNETH M. KARAS, District Judge:

       The above-entitled action having been assigned to the undersigned for all purposes,

       IT IS HEREBY ORDERED that all parties appear with counsel for a conference on **April 13, 2007 at 2:15pm** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    April 10, 2007
             New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE