UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :          Docket No. S 3 05 Cr. 621 (KMK)
:
  -against-                              :
:
ALBERTO VILAR,                          :          NOTICE OF APPEARANCE
:
               Defendant.     :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


TO:   CLERK OF THE COURT


SIR:

      PLEASE TAKE NOTICE, that Ivan S. Fisher, Esq., an attorney admitted to practice in the United States District Court of the Southern District of New York with offices located at 251 East 61st Street, New York, New York 10021, telephone (212) 517-5000, hereby enters his appearance as counsel for defendant Alberto Vilar in the above-captioned case.

Dated: New York, New York
      April 17, 2007


                                      _____
                                      IVAN S. FISHER, ESQ.
                                      251 East 61st Street
                                      New York, New York 10021
                                      Telephone: (212) 517-5000
                                          Fax: (212) 486-7701