UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

UNITED STATES OF AMERICA

   -v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                Defendants.

Case No. 05-CR-621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      The Clerk of the Court is hereby directed to terminate motions filed as documents # 76 and document # 128 which were previously decided by this Court.

SO ORDERED.

Dated:     May 8, 2007
              New York, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE