AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ALBERTO WILLIAM VILAR

APPEARANCE

Case Number: S3 05 Cr. 621 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant Alberto William Vilar.

I certify that I am admitted to practice in this court.

April 17, 2007
Date

Signature

William J. Davis  WD0362
Print Name    Bar Number

Scheichet & Davis, P.C., 767 Third Avenue - 24 Fl
Address

New York,    NY    10017-2023
City    State    Zip Code

(212) 688-3200    (212) 371-7634
Phone Number    Fax Number