**IVAN STEPHAN FISHER**
ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

IVAN STEPHAN FISHER
LUCAS E. ANDINO
LINDA FRASER

KENNETH M. TUCCILLO
Of Counsel

Tel.: (212) 517-5000
Fax: (212) 486-7701


ELECTRONICALLY FILED
DOC #
DATE FILED 6/13/07

June 12, 2007

**MEMO ENDORSED**

Via Facsimile (212) 805-7968
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
Room 920
New York, N.Y. 1007-1312

    Re:    United States v. Alberto Vilar
             Docket No. S3 05 Cr. 621 (KMK)

Dear Judge Karas:

    I write to request until Friday to briefly respond to the Government's submission of June 11, 2007, responding to my application for Mr. Vilar's present bail conditions. The Government, by Assistant United States Attorney, Mark Litt, consents to this application.

    On Thursday, June 7, 2007, I underwent extensive spinal surgery at the Hospital For Special Surgery in New York City. Since then, most of my time has been spent with pain and sedation. I was not able to read with any degree of comprehension the Government's letter until today. From what I have read, I believe that a very brief response is required and appropriate, and write to request until Friday to file it.

Very truly yours,

Ivan S. Fisher

ISF/bc

cc:    AUSA Mark Litt (via facsimile (212) 637-0083)
        Leo Barrios (via facsimile (212) 805-4174)

*Mr. Fisher has until Friday, June 15, 2007 to respond to the Government's position on bail.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
6/12/07