UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

-v-

Alberto William Vilar
Gary Alan Tanaka

               Defendants.

Case No. 05-CR-621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      The above-entitled action having been assigned to the undersigned for all purposes,

      IT IS HEREBY ORDERED that all parties appear with counsel for a Parties shall appear for a conference to address outstanding issues relating to the non-waiver agreement and any other pending matters on **July 17, 2007 at 2:15pm** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    July 6 , 2007
            New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE