UNITED STATES DISTRICT COURT SDNY
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07

- - - - - - - - - - - - - - - - - - - - - - - - - - - :

UNITED STATES

v.                                                              05-CR-0621 (KMK)

ALBERTO W. VILAR                            :            ORDER

- - - - - - - - - - - - - - - - - - - - - - - - - - - :

       **IT IS ORDERED** that the bail conditions of the Defendant, Alberto W. Vilar, are hereby modified as follows:

1) electronic monitoring is suspended;
2) house arrest is suspended except as otherwise provided herein;
3) Defendant must appear personally once a week at Pretrial Services and meet with his Pretrial Services Officer, *on a schedule to be set by Pre-Trial Services*
4) The Defendant must call Pretrial Services once a day;
5) Defendant's residence is subject to random and unannounced searches by representatives of Pretrial Services between the hours of 8:00 a.m. and 10:00 p.m.;
6) The Defendant shall remain in his residence until 7:00 a.m. and after 11:00 p.m. every day;
7) All other existing bail conditions shall remain unchanged and in effect except to the extent that they are inconsistent with the modifications ordered herein.

*KMK*

       The above-recited modifications shall not take effect unless and until a bond reflecting these modifications is executed by the Defendant and each of the suretors who currently guarantee the Defendant's existing bail.

Dated: New York, New York
       July 18, 2007

                                             SO ORDERED.

                                             KENNETH M. KARAS
                                             UNITED STATES DISTRICT JUDGE