*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 14, 2007



BY FACSIMILE (212) 805-7968

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

          Re:    United States. v. Alberto William Vilar and Gary Alan Tanaka,
                 S3 05 Cr. 621 (KMK)

Dear Judge Karas:

        The Government respectfully submits this letter in response to the August 13, 2007 letter of Ivan S. Fisher, Esq., counsel to Alberto Vilar, seeking a pretrial conference.

        The Government heard from Mr. Fisher today that the Court proposes to hold a conference on August 16, 2007 at 2:15 p.m. The Government is available at that time, however, AUSA Marc Litt respectfully requests permission to participate by telephone. The Government further respectfully requests that Mr. Fisher articulate, in writing, his proposed modification to Mr. Vilar's bond conditions sufficiently in advance of the conference that the Government can take an informed position on the issue.

*Application granted.*
*Mr. Litt may participate by telephone.*
*Mr. Fisher shall provide his proposed modification to the government by close of business today.*
*ORDERED*
*KENNETH M. KARAS U.S.D.J.*
*8/15/07*

Respectfully submitted,

MICHAEL J. GARCIA
UNITED STATES ATTORNEY

By: _____
Marc Litt
Assistant United States Attorney
(212) 637-2295

cc: All Counsel (by facsimile)

TOTAL P.02