IVAN STEPHAN FISHER
ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07

IVAN STEPHAN FISHER
LUCAS E. ANDINO

**MEMO ENDORSED**

KENNETH M. TUCCILLO
Of Counsel

Tel.: (212) 517-5000
Fax: (212) 486-7701

August 13, 2007

SENT VIA FACSIMILE

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   Alberto W. Vilar
              05-Cr.-0621 (KMK)

Dear Judge Karas:

      I write to request an appearance before Your Honor in order to press two unusual applications:

      The first, unique in my own experience, is to request that Your Honor not abandon us;

      The second is to request an order modifying the present bail conditions so as to free up funds for counsel fees.

Very truly yours,

Ivan S. Fisher

cc: Assistant U.S. Attorney Marc Litt
William Davis, Esq.
Glenn Colton, Esq.
Jessica Margolies, Esq.

*The Court will hold a conference on August 16, 2007, at 2½*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/14/07