USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------

UNITED STATES

v.

ALBERTO W. VILAR

05-CR-0621 (KMK)

**ORDER**

----------------------------------

**UPON APPLICATION** of the defendant Alberto W. Vilar and the government by Assistant United States Attorney Marc Litt, the Order of this Court modifying the Defendant's bail restrictions shall become effective forthwith provided that Valery Gergiev and Manaf Al Hamad directly or through the holder of a Power of Attorney subscribe in writing to the terms and conditions of the defendant Vilar's bail as modified by the Order of this Court on or before August 18, 2007.

Dated: New York, New York
August 10, 2007

SO ORDERED.

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Aug. 10. 2007 2:08PM  IVAN STEPHAN FISHER  Case 1:05-cr-00621-RJS  Document 211  Filed 08/17/2007  Page 1 of 1  No. 9955  P. 2/2