**IVAN STEPHAN FISHER**
ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

IVAN STEPHAN FISHER

KENNETH M. TUCCILLO
  Of Counsel

TEL.: (212) 517-5000
FAX: (212) 486-7701

August 20, 2007

**By ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

Re:   United States v. Vilar
      O5 Cr. 621 (KMK)

Dear Judge Karas:

We are writing to request the Court's permission to submit a memorandum of law that exceeds the page limit set in Your Honor's Individual Practices.  The memorandum in support of our application to suppress materials tainted by an unlawful search, which we intend to file later today, will, with the Court's permission, be approximately 28 pages long.

Thank you for your consideration of this request.

Respectfully,

/s/
Ivan S. Fisher
*Attorney for Defendant*
*Alberto William Vilar*