IVAN STEPHAN FISHER

ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

IVAN STEPHAN FISHER
LUCAS E. ANDINO

KENNETH M. TUCCILLO
Of Counsel

Tel.: (212) 517-5000
Fax: (212) 486-7701

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07
```

October 24, 2007

**VIA HAND DELIVERY**

The Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

                Re:    United States v. Alberto W. Vilar and Gary A. Tanaka
                        05-Cr.-0621 (RJS)

Dear Judge Sullivan:

       I write to respectfully request a modification of the briefing schedule applicable to Defendant's pending "taint" motions. Currently, defendant's reply papers are due October 26. I am requesting an additional week to respond, November 2. The Government and counsel for Mr. Tanaka have no objections. Counsel for Mr. Tanaka reserve all Speedy Trial Act rights and objections as previously asserted.

Very truly yours,

Ivan S. Fisher

cc:    Assistant U.S. Attorney Marc Litt
        Jessica Margolis, Esq.

SO ORDERED
Dated: 10/25/07
RICHARD J. SULLIVAN
U.S.D.J.