```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                      Defendants.

No. 05 Crim. 621 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that all parties shall appear for oral argument regarding the defendants' outstanding motions on Monday, December 17, 2007 at 2:15 pM in the United States District Court, 500 Pearl Street, New York, New York, Courtroom 21C.

SO ORDERED.

Dated:    New York, New York
           November 20, 2007

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE