```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1\7\08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                    Defendants.

No. 05 Crim. 621 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

At oral argument before the Court on December 17, 2007, defendants requested a limited modification of their bail conditions regarding foreign travel. However, in order for the Court to rule on their application, defendants must first submit their request to Pre-Trial Services. Accordingly,

IT IS HEREBY ORDERED that each defendant shall submit a letter to Pre-Trial Services forthwith, stating the nature and scope of the proposed modifications of their bail conditions, including the dates and means of travel, and the reporting requirements for defendants during the pendency of their proposed travel. Defendants shall also provide copies of their respective letters to this Court.

SO ORDERED.

Dated:      New York, New York
               January 7, 2008

                                            _____
                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE