UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ALBERTO WILLIAM VILAR and<br>GARY ALAN TANAKA,<br><br>                    Defendants. | No. 05 Crim. 621 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that all parties shall appear for a conference on Friday, February 22, 2008, at 4:30 p.m. in order to discuss the trial date in this action.

SO ORDERED.

Dated:   New York, New York
         February 14, 2008

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08