PS 8
(4/01)

# UNITED STATES DISTRICT COURT

for

Southern District Of New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

| | | | |
|---|---|---|---|
| U.S.A. vs. | Vilar, Alberto William | Docket No. | 0208 1:05CR00621-001 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Leo Barrios, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Alberto William Vilar who was placed under pretrial supervision by the Honorable Kenneth M. Karas, sitting in the court at 500 Pearl St., NY, NY, on the 27th day of May, 2005 under the following conditions:

$10 million personal recognizance bond, secured by $4 million in cash/property, cosigned by 4 financially responsible people, strict Pretrial supervision including home detention enforced by electronic monitoring. Surrender of his passports and travel limited to the SD/EDNY. The conditions have been modified on a number of occasions including the release of 1.1 million dollars which were secured by the posting of other properties and by the current properties previously posted with an increase of value and equities.

The condition of home detention enforced by electronic monitoring has been deleted and Mr Vilar is now require to report weekly in person and daily by telephone.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Since Mr. Vilar's release in May 2005, he has complied with all of the conditions of bail. Mr. Vilar is asking the Court to permit him to travel to Puerto Rico from March 20th to March 24, 2008 to visit his immediate family during the Easter holiday; his sister and his step-mother who are ill and unable to travel. Our office has no objection to this trip as long as Mr. Vilar submits a complete itinerary of his travel plans, and continues to report to the office daily by telephone.

Mr. Vilar reports that he will be staying at Costamar Alta, Barrio Mediana Alta, Apt. 401 LO, Loisa, Puerto Rico with Mr. Hector Alvarado Tizol. Pretrial Services contacted Alvarado Tizol and he verified the information as submitted by Mr. Vilar.

AUSA Marc Litt indicated that he has no objection to the proposed trip.

PRAYING THAT THE COURT WILL ORDER
that the defendant be permitted to travel to Puerto Rico from March 20th to March 24th, 2008, that he continue to call Pretrial Services daily and that he submit a complete travel itinerary.

ORDER OF COURT

Considered and ordered this 12th day of March, 2008 and ordered filed and made a part of the records in the above case.

_____
Honorable Richard Sullivan
District Judge

Respectfully,

_____
Leo Barrios
U.S. Pretrial Services Officer

Place _____

Date March 12, 2008