UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

UNITED STATES

v.

ALBERTO W. VILAR

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

05-CR-0621 (RJS)

**ORDER**

UPON APPLICATION of the defendant, Alberto Vilar, by his attorney Ivan S. Fisher, and with the consent of the government by Assistant United States Attorney Mark Litt, it is hereby

**ORDERED** that the bond on which the defendant Alberto Vilar is currently released is modified as follows: the property belonging to Alfred Heitkoenig, located at 55 Mount Tobias Road, Woodstock, New York 12498, with a value of $600,000.00, presently securing in part the Vilar bail is released and in its place property also belonging to Alfred Heitkoenig located in Ulster County, New York with a value of at least $600,000.00 which property has been reviewed by the government and as to which a confession of judgment in the amount of $600,000.00 in favor of the United States has been filed against such property in the Ulster County court.

Dated: New York, New York
April 7, 2008

SO ORDERED.

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08