IVAN STEPHAN FISHER
ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

IVAN STEPHAN FISHER

   SCOTT DRUKER

KENNETH M. TUCCILLO
Of Counsel

Tel.: (212) 517-5000
Fax: (212) 486-7701

April 11, 2008

**VIA ECF**
The Honorable Richard J. Sullivan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007

      Re:   *United States v. Alberto Vilar* 05 Cr. 621

Dear Judge Sullivan,

    I write to inform the Court that all of defendant's pre-trial motions in *United States v. Noorzai* 05 Cr. 19 were denied on Wednesday, April 9, 2008. Trial is scheduled to proceed in *United States v. Noorzai* 05 Cr. 19 on May 19, 2008. The best estimate is that the trial will take one month.
    For these reasons, we request the Court reschedule trial in *United States v. Vilar* 05 Cr. 621 to September.

Very truly yours,

Ivan Fisher, Esq.

Cc:    AUSA Marc Litt, Esq.
          Jessica Margolis, Esq.