UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                    Defendants.

No. 05 Crim. 621 (RJS)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

RICHARD J. SULLIVAN, District Judge:

    At a conference held before the Court on May 2, 2008, the Court adopted the following directives:

    Trial in this action will commence on September 8, 2008, and will last approximately seven weeks thereafter. Parties and counsel are advised to avoid scheduling other trials prior to commencement of the trial in this matter.

    The parties shall abide by the following pre-trial deadlines:

        Production of Government exhibits by July 9, 2008

        Production of Government's witness list by July 9, 2008

        404(b) notice (including identification of the specific 404(b) grounds for each piece of evidence) by July 9, 2008

        Defendants' briefs regarding potential Taint and 404(b) issues by July 31, 2008

        Government's response briefs by August 11, 2008

        Joint proposed *voir dire* and requests to charge by August 19, 2008

SO ORDERED.

Dated:    New York, New York
           May 5, 2008

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE