USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

No. 05 Crim. 621 (RJS)

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

ORDER

Defendants.

RICHARD J. SULLIVAN, District Judge:

By Order dated March 12, 2008, the Court, upon the recommendation of Pretrial Services and without opposition from the Government, granted defendant Alberto William Vilar's request to permit him to travel to Puerto Rico from March 20, 2008 to March 24, 2008. (*See* March 12, 2008 Order ("March 12 Order").)   By letter dated May 19, 2008 and addressed to Pretrial Services, Vilar's counsel indicates that, due to family circumstances, Vilar was unable to make the trip to Puerto Rico during the dates specified in the March 12 Order.  In the May 19 letter, Vilar also seeks permission to travel to Puerto Rico from May 29, 2008 to June 3, 2008.  Once again, Pretrial Services recommends granting, and the Government does not oppose, Vilar's request.

Accordingly,

IT IS HEREBY ORDERED that Vilar's request to travel to Puerto Rico from May 29, 2008 to June 3, 2008 is GRANTED, provided that Vilar adheres to the details of the proposed trip as set forth in Vilar's May 19, 2008 letter to Pretrial Services, as well as the reporting requirement previously established in the March 12 Order — namely, to contact Pretrial Services by telephone on each day of the proposed trip.

SO ORDERED.

Dated:       New York, New York
             May 20, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE