UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)
v. ) NOTICE OF APPEARANCE AND REQUEST
) FOR ELECTRONIC NOTIFICATION
)
ALBERTO WILLIAM VILAR, )
 a/k/a "Albert Vilar," and )
GARY ALAN TANAKA, ) S3 05 Cr. 621 (RJS)
)
Defendants. )

TO:    Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case, and to add his as the Filing User for the United States to whom Notices of Electronic Filing will be transmitted in this case.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney for the
                            Southern District of New York


                      by:   /s/ Joshua Klein
                            Joshua Klein
                            Assistant United States Attorney
                            (212) 637-2397 (tel)
                            (212) 637-2452 (fax)
                            josh.klein@usdoj.gov