AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

v.

ALBERTO WILLIAM VILAR

APPEARANCE

Case Number: 1:05 Cr. 621 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALBERTO WILLIAM VILAR

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/28/2008 | *[signature]* |
| Date | Signature |
| | HERALD PRICE FAHRINGER, ESQ / HF-3827 |
| | Print Name / Bar Number |
| | 120 EAST 56TH STREET, SUITE 1150 |
| | Address |
| | NEW YORK / NY / 10022 |
| | City / State / Zip Code |
| | (212) 319-5351 / (212) 319-6657 |
| | Phone Number / Fax Number |