# FAHRINGER & DUBNO
### HERALD PRICE FAHRINGER PLLC

ATTORNEYS AT LAW

120 EAST 56TH STREET
SUITE 1150
NEW YORK, NEW YORK 10022

212-319-5351
FAX 212-319-6657
(NOT FOR SERVICE OF PROCESS)

HERALD PRICE FAHRINGER
ERICA T. DUBNO
NICOLE NECKLES

**MEMO ENDORSED**

July 1, 2008



**BY HAND**

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

      Re:  United States v. Alberto William Vilar,
            No. 05 Cr. 621 (RJS)

Dear Judge Sullivan:

    We most respectfully seek permission for Alberto Vilar to travel to Gettysburg, Pennsylvania, on Saturday, July 5, 2008, to observe the 145th Gettysburg Anniversary National Civil War Reenactment. <u>Pretrial Officer Leo Barrios has no objection to the trip</u>.

    As previously recognized by Pretrial Officer Barrios, in seeking permission for Alberto Vilar to travel to Puerto Rico to visit his family, "[s]ince Mr. Vilar's release in May 2005, <u>he has complied with all of the conditions of his bail</u>." <u>See</u> Order Granting Petition for Action on Conditions of Pretrial Release, dated March 12, 2008 (Docket No. 242) (emphasis supplied). Significantly, Alberto Vilar's performance on bail since that time continues to be impeccable.

Mr. Vilar would be driving from New York City on Saturday, July 5, 2008 -- leaving at 2 pm -- with Walter Pfaeffle, a prominent journalist who posted his homes as part of Alberto Vilar's bail package. The drive to Gettysburg will take approximately four hours. Mr. Vilar will be meeting his companion, Maria Alvarado Munoz, in Gettyburg. She is taking her parents and two nieces, who are visiting from Puerto Rico, on a tour of American historical landmarks.

Because all of the hotels in Gettysburg are sold out, Alberto Vilar will be staying at Comfort Suites - Carlisle Hotel in Carlisle, Pennsylvania. The telephone number at the hotel is (717) 960-1000 and the address is 10 South Hanover Street, Carlisle, Pennsylvania 17013. Mr. Vilar has purchased tickets for the Civil War reenactment on July 6th. He will return, by car, to New York City by 11 pm on Sunday, July 6, 2008. He will call into Pretrial Services on both July 5th and July 6th.

AUSA Marc Litt indicated that he wanted to speak with Pretrial Officer Barrios regarding the Gettysburg trip. As indicated, we just learned from Mr. Barrios that he has no problem with Alberto Vilar attending this very historic reenactment. Today, in light of Mr. Barrios' position, we tried to reach AUSA Litt but were unable to do so. The Court's consideration in this regard is deeply appreciated.

Respectfully submitted,

Herald Price Fahringer, Esq.

Cc: Marc O. Litt, Esq.
    Assistant United States Attorney

    Mr. Leo Barrios
    U.S. Pretrial Services Officer

SO ORDERED:

_____
Richard J. Sullivan, U.S.D.J.
Dated: 7/1/08

2