**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) S3 05 Cr. 621 (RJS) |
| against | ) ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA, | ) <u>**NOTICE OF MOTION**</u> |
| Defendants. | ) |

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, Defendant

Gary Alan Tanaka, by his attorneys, will move this Court before the Hon. Richard J. Sullivan,

United States District Judge for the Southern District of New York, located at 500 Pearl Street,

New York, New York, at a date and time to be fixed by the Court, for an Order Precluding

Introduction of Evidence of Extrinsic Acts, and for such other and further relief this Court deems

just and proper.

Dated:   July 31, 2008
         New York, New York

By:   /s/  Glenn C. Colton

Glenn C. Colton (GC-2493)
Jessica L. Margolis (JM-7786)
WILSON SONSINI GOODRICH &
ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas – 40th Floor
New York, New York  10019
Tel: 212.999.5800

*Attorneys for Defendant*
*Gary Alan Tanaka*