[FILED ELECTRONICALLY]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA,                S3 05 CR. 621 (RJS)

   - against -                          NOTICE OF MOTION
                                      TO PRECLUDE EVIDENCE
ALBERTO WILLIAM VILAR                    TAINTED BY THE
and GARY ALAN TANAKA,                    ILLEGAL SEARCH OF
                                        AMERINDO'S OFFICES
         Defendants.                   IN THE UNITED STATES

-------------------------------X

    PLEASE TAKE NOTICE that, pursuant to the Court's scheduling order of May 5, 2008, upon the accompanying memorandum of law, and exhibits thereto, and all prior papers and proceedings, Defendant ALBERTO WILLIAM VILAR will move this Court at a date and time to be fixed by the Court, at the United States District Courthouse located at 500 Pearl Street, New York, New York, for an order precluding the government from introducing into evidence or otherwise exploiting at trial any tainted evidence; and granting such other and further relief as the Court may deem just and proper, including a hearing.

Oral argument on the motion is requested.

Dated:   New York, New York
         July 31, 2008

                                    /s/_____
                                    HERALD PRICE FAHRINGER (HP 3827)
                                    Fahringer & Dubno
                                    120 East 56th Street, Suite 1150
                                    New York, New York 10022
                                    (212) 319-5351

                                    Attorney for Defendant
                                    Alberto William Vilar