# EXHIBIT A

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: A1, 5-6

Subject Name: ALBERTO VILAR
Date: 5/26/05
Subject Address: 399 PARK AVE NY, NY
Floor/Room No. 22
Inspector(s): WRIGHT GODIN
Case No. 0499-1526589FC(1)

Safe: ___ Cabinet: A-1 Credenza: ___ Desk: ___ Drawer: ___
Shelf: ___ Table: ___ Wall: ___ Other: ___

DESCRIPTION OF ITEMS  A01144241 / A01144123

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | File labeled "Amerindo Master Venture Fund LLC" |
| 3 | Files re: Amerindo employees, including Vilar and Tanaka |
| 1 | File: "Bank of New York" |
| 2 | Files: "Bear Stearns" |
| 1 | File: "Blenheim" |
| 1 | File: "Bloomberg" |
| 1 | File: "BNFY Bills" |
| 3 | Files: "Bridge" |
| 1 | File: "B Trade" |
| 1 | File: "Buchalter Nemer Fields & Younger" |
| 1 | File: "De Guardiola Advisors, Inc." |
| 1 | File: "Deloitte & Touche" |
| 1 | File: "Diageo" |
| 1 | File: "Financial Services Authority" |
| 1 | File: "Lily Cates" |
| 1 | File: "Cohen & Schaeffer" |
| 1 | File: "Tara Colburn" |
| 1 | File: "JP Morgan Securities, Inc." |
| 1 | File: "Kirkpatrick & Lockhart LLP" |

DISTRIBUTION OF COPIES: White—U.S. Magistrate (Return with Warrant)
Yellow—Inspector (Attach to PS Form 714)
Pink—Subject Searched
Green—Evidence Control Officer (Attach to PS Form 714)

PS Form 8164, October 1993

Page 2 of 4 pages