# EXHIBIT B

Case 1:05-cr-00621-RJS   Document 261-3   Filed 07/31/2008   Page 1 of 3


Case 1:05-cr-00621-RJS    Document 261-3    Filed 07/31/2008    Page 2 of 3

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: 1

Subject Name: ALBERTO VILLAR
Date: 5/26/05
Subject Address: 399 PARK AVE, NYC
Floor/Room No.: 22nd Flr. / ROOM L
Inspector(s): Heather Turci
Case No.: 499-1526589-FCI(1)

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ✓
Shelf: ___  Table: ___  Wall: ___  Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | PACKETS (B) RE: INVESTMENT & BUSINESS STRATEGIES - INCLUDED IS MANY PKTS TITLED "THE INTEGRATION OF NEXT GENERATION INTERNET..." BY VILLAR |
| 1 | PURPLE FOLDER W/ INFO ON BIOTECH INVESTMENT, "ACUEITY" DOC'S & OTHER INVESTMENT INFO. |
| 1 | PURPLE HANG FOLDER W/ INVESTMENT PLAN PRESENTATION DOC.'S - VILLAR |
| 1 | CLEAR FOLDER W/ LEGAL DOC'S RE: VILLAR 3-D LAB VS. VILLAR |
| 1 | CLEAR FOLDER W/ LEGAL DOC'S RE: BUMBO SPORTS & ENTERTAINMENT LLC. VS. VILLAR |
| 1 | GREEN/CLEAR FOLDER W/ DOC'S RE: BUMBO SPORTS ENT. VS. VILLAR |
| 1 | PURPLE HANG FOLDER W/ S.E.C. LETTER TO VILLAR |
| 1 | CLEAR FOLDER W/ Playbill settlement doc's including letters & correspondence from Heller Ehrman |
| 1 | POCKET TITLED "RHR PERSONAL DEVELOPMENT GUIDE ALBERTO W. VILAR CHAIRMAN & CEO" |
| 1 | clear folder w/ "AV Notes" 4/13/03 & 4/12/03 w/ handwritten notes |
| 1 | clear folder w/ doc's titled "The State of Our Business Today" |
| 1 | PURPLE HANG FOLDER W/ DOC'S & EMAILS RE: $550,000 JUDGMENT |
| 1 | PURPLE HANG FOLDER W/ Summary of AMERINDO BUSINESS STATUS DOC.'S & AMERINDO SWISS CO. OPTION AGREEMENT & MEMOS |
| 1 | clear folder w/ LEGAL DOC'S NORTHERN DISTRICT of CALIF. RELATING TO CO. called "IN TOUCH" |
| 1 | Clear folder w/ information re: Amerindo titled Draft #9 |
| 1 | PURP HANG FOLDER W/ SEC FILE DOC.'S on Amerindo - "Summary of IDO" docs |
| 1 | PURPLE HANG FOLDER W/ AMERINDO TECH. FUND COMPANY DESCRIPTION DOC.'S, "ARBINET" DOC'S, CITIBANK E-MERGING TECHNOLOGY PORTFOLIO DOC. |
| 1 | PURPLE HANG FOLDER W/ SOME CLIENT DOC'S; and Employee Pension Fund doc's; & Pension Reserves/Investment Doc's; Handwritten notes; solicitation agreement |
| 1 | Yellow clear folder titled "Rick Marshall" |

DISTRIBUTION OF COPIES:  White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page 4 of 6 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____1_____

Subject Name: ALBERTO VILLAR
Subject Address: 399 Park Ave, NYC
Inspector(s): Heather Tucci

Date: 5/26/05
Floor/Room No.: 22nd Flr / Room L
Case No.: 499-1526589-FC(1)

Safe: ___ Cabinet: ___ Credenza: ___ Desk: ___ Drawer: ✓
Shelf: ___ Table: ___ Wall: ___ Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 (2nd drawer) | PURPLE HANG FOLDER w/ MISC. CORRESPONDENCE B/W VILLAR / TANAKA and DAVID MAINZER; CLIENT INFO; GROWTH FUND DOCS; AMT CAPITAL MGMT. |
| 1 | CORRESPONDENCE W/ LEADERS MAGAZINE / VILLAR; FOLDER TITLED "QATAR, BAHRAIN, REST". (ALL CONTAINED IN PURPLE HANG FOLDER) |
| 1 | WHITE FOLDER CONTAINING DOC'S TO VILLAR FROM INSTITUTE OF INTERNATIONAL EDUCATION |
| 1 | Clear folder w/ Biotech presentation doc's / handwritten notes |
| 1 (red drawer) | Clear folder w/ correspondence relating to 3-D laboratory |
| 1 | Clear folder w/ correspondence / legal doc's relating to Bombo Sports & Entertainment |
| 1 (red drawer) | BLUE BINDER TITLED "AMERINDO INTERNET FUND DIRECTORS PACK - MARCH 2004" |
| 1 | BLUE BINDER TITLED "PROJECT AMARETTO" "DIRECTORS' PACK" |
| 1 | BOUND PACKET TITLED "AMERINDO INTERNET FUND PLC BOARD PAPERS and AGENDA for the BOARD MEETING" Dated 11/4/02 |
| 1 | BOUND PACKET TITLED "RESEARCH REPORTS FOR AIF PLC, PRIVATE PORTFOLIO, includes MEMO FR. VILLAR TO H. LEWIS 3/9/04 |
| 1 (3rd drawer) | Bound PACKET TITLED "RESEARCH REPORTS FOR AIF PLC, PRIVATE & PUBLIC PORTFOLIO |

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 5 of 6 pages

PS Form 8164, October 1993