# EXHIBIT C

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: ____/____

Subject Name: Alberto Villar
Date: 5/26/05
Subject Address: 399 Park Ave FL 22 NYC
Floor/Room No.: Room O
Inspector(s): CI Otten
Case No.: 499-1526589 FC(1)
Safe: ____  Cabinet: (O-2)  Credenza: ____  Desk: ____  Drawer: 2nd Drawer 2/4
Shelf: ____  Table: ____  Wall: ____  Other: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 folder | Various bank Account wire reference documents |
| 1 | Safe Deposit Box Rental Signature Cards form |
| 1 | Safe Deposit Box rental agreement |
| 1 | Alberto Vilar Wilmington trust check card |
| 1 | Safe Deposit Box Authorization Disclosures |
| 3 pages | Wilmington trust Bank account info |

A00243353

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page 2 of 2 pages

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Alberto Vilar
Date: 5/26/05
Subject Address: 399 Park Ave FL 22 NYC
Floor/Room No.: O-3
Inspector(s): J. Goodman
Case No.: 499-1526589 FC (1)

Safe: ____   Cabinet: ____   Credenza: ____   Desk: ✓   Drawer: ____
Shelf: ____   Table: ____   Wall: ____   Other: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | Invoice - Fisher, Sweetbaum - Vilar c/o AIA |
| 1 | Invoice - Bufete Bennazar - AIA |
| 1 | Letter re: tuition bills Emily + Dan |
| 1 | Memo to Vilar re Bank of Scotland acct |
| 1 | Vilar letter + payment to John Walsh - returned |
| 1 | Note to Vilar about legal coverage for Lilly/Swanson |
| 1 | Bank of Scotland statement - Alberto W. Vilar |
| 1 | Invoice - Vilar c/o AIA from White & Case accountants |
| 1 | AIA phone list London |
| 1 | Wilmington Trust wire transfer slip 10/6/04 $100,000 - Vilar - AIA - Loan |
| 1 | Date/record book maroon & black |
| 1 | Cohen + Schaeffer invoice for Vilar c/o AIA |
| 1 | memo re: Easter Savings Bank |
| 1 | Blue file labeled AV Faxes |
| 2 | Wilmington Trust check registers |
| 1 | Memo re Vilar 3 months income (loan) |
| 1 | letter from 1 First Bank San Juan, PR - Vilar |
| 1 | Invoice Beck & Arad LLP - for AIA |

DISTRIBUTION OF COPIES:  White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

PS Form 8164, October 1993

Page 2 of 5 pages