# EXHIBIT D

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: 1

Subject Name: Alberto Villar
Date: 5/26/05
Subject Address: 399 Park Ave FL 22 NYC
Floor/Room No. O-1
Inspector(s): CI Otten
Case No. 499-1526589 FC (1)

Safe: ___  Cabinet: ___  Credenza: ___  Desk: O-1 top  Drawer: ___
Shelf: ___  Table: ___  Wall: ___  Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 Folder | Documents relating to IRS Audit - containing Banking info, investment & info relating to other assets. |
| 1 Package | Alberto Vilar - Chase bank statements |
| 1 Package | Alberto Vilar - Wilmington trust bank info |
| 1 folder | Alberto Vilar - Alpine Bank info |
| 1 | Letter from Vilar to IRS describing net worth |
| 1 folder | Containing Alberto Vilar's Statement of Financial Condition |
| 1 | 2000 Amended tax return - Alberto Vilar |
| 1 | 2001 Amended tax return - Alberto Vilar |
| 1 package | Alberto Vilar - Citigroup Privat Bank info |
| 2 pages | Alberto Vilar Bank Boston Signature Card |

A0024335I

DISTRIBUTION OF COPIES:
White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page 1 of 1 pages

PS Form 8164, October 1993