# EXHIBIT E

Case 1:05-cr-00621-RJS   Document 261-6   Filed 07/31/2008   Page 1 of 3

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: ____/____

Subject Name: Amerindo
Date: 5/26/05

Subject Address: 399 Park Ave, NY, NY 22nd Flr
Floor/Room No.: E-29

Inspector(s): Jimmy Vinu
Case No.: 0499-1526589 FC(1)

Safe: ____   Cabinet: ✓   Credenza: ____   Desk: ____   Drawer: ____
Shelf: ____   Table: ____   Wall: ____   Other: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| | Amerindo Investment Advisors' Confidential Employee Records |
| BOX 1 | Label # A011444242 |
| BOX 2 | Label # A00243386 |
| BOX 3 | Label # A00243385 |
| BOX 4 | Label # A00243384 |
| BOX 5 | Label # A00243383 |
| BOX 6 | Label # A00243382 |
| BOX 7 | Label # A00243381 |
| BOX 8 | Label # A00243380 |
| BOX 9 | Label # A00243376 |
| BOX 10 | Label # A00243375 |

[signature] 5/26/05

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page ___ of ___ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box: C2 /

Subject Name: ALBERTO VILLAR
Date: 5/26/05
Subject Address: 399 PARK AVE - 22 Fl. NY, NY
Floor/Room No.: _____
Inspector(s): _____
Case No.: 499-1526589-FC(1)

Safe: ___ Cabinet: ___ (Credenza): X Desk: ___ Drawer: ___
Shelf: ___ Table: ___ Wall: ___ Other: In Office of Susan Kim

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | AV Travel Itinerary |
| Misc | Bank acct statements BoNY, JPMorgan Chase |
| 1 | Binder 'GL Analysis' |
|  | Personnel files of A Vilar, G Tanaka |
|  | Terminated Employees file |
|  | Employee Handbook |

A01144286

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page ___ of ___ pages

PS Form 8164, October 1993