UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

Defendants.

No. 05 Crim. 621 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

RICHARD J. SULLIVAN, District Judge:

By letter dated July 14, 2008, defendant Alberto William Vilar asked the Court to release $500,000 in cash from the amount pledged as security for his appearance at trial in the above-entitled action. By letter dated July 15, 2008, the government indicated that it did not oppose such a modification, "so long as the total value of pledged collateral . . . is greater than or equal to $4 million . . . ." (Govt.'s July 15 Ltr. at 6.) Subsequently, by letter dated August 4, 2008, Vilar indicated that "the value of the properties securing Alberto Vilar's presence meets the $4 million threshold required by the bail conditions, [and that] the government has no opposition to the release of the $500,00 in cash posted by Valery Gergiev, plus interest . . . ." (Vilar's Aug. 4 Ltr. at 1.)

Having reviewed the materials submitted by Vilar and having been informed by the government that it does not oppose Vilar's request, IT IS HEREBY ORDERED that Vilar's application is GRANTED. The Clerk of the Court shall release $500,000 in cash, plus interest, posted on Vilar's behalf by Valery Gergiev to the law firm of Vilar's counsel, Fahringer & Dubno / Herald Price Fahringer PLLC, 120 East 56th Street, Suite 1150, New York, New York 10022.

SO ORDERED.

Dated:   New York, New York
         August 6, 2008

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE