UNITED STATES DISTRICT COURT                    [FILED ELECTRONICALLY]
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA                         **AFFIDAVIT**

   - against -

ALBERTO WILLIAM VILAR,                           05 Cr. 621 (RJS)

                  Defendant.
-------------------------------------------------------X

     PETER BERG, being duly sworn deposes and says:

     1. I submit this Affidavit in response to the Court's Order, dated August 7, 2008, authorizing Alberto William Vilar to travel to the United Kingdom to attend depositions ordered by the Court pursuant to Rule 15 of the Federal Rules of Criminal Procedure.

     2. I am aware of the bail modifications set forth in the Court's Order, which I have reviewed.

     3. I have no objection to these changes.

     4. I am willing to continue to remain a co-signer of the bond as to the Defendant in light of the modifications set forth in the Court's Order.

Dated:      08/11 ,2008
           August _11_ , 2008

                                      PETER BERG

Sworn to before me
this 11th of August, 2008

_____
NOTARY PUBLIC
      My commission exp: 4/10/2011