UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

- against -

ALBERTO WILLIAM VILAR,

Defendant.
--------------------------------------------------------X

[FILED ELECTRONICALLY]

AFFIDAVIT

05 Cr. 621 (RJS)

JACQUELINE GAZTAMBIDE, being duly sworn deposes and says:

1. I submit this Affidavit in response to the Court's Order, dated August 7, 2008, authorizing Alberto William Vilar to travel to the United Kingdom to attend depositions ordered by the Court pursuant to Rule 15 of the Federal Rules of Criminal Procedure.

2. I am aware of the bail modifications set forth in the Court's Order, which I have reviewed.

3. I have no objection to these changes.

4. I am willing to continue to remain a co-signer of the bond as to the Defendant in light of the modifications set forth in the Court's Order.

Dated: _W. Htfd_, Connecticut
August 13, 2008

_____
JACQUELINE GAZTAMBIDE

Sworn to before me
this 13 of August, 2008

_____
NOTARY PUBLIC

LOUISE A. PSARAS
NOTARY PUBLIC
MY COMMISSION EXPIRES 9/30/2013