UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

- against -

ALBERTO WILLIAM VILAR,

Defendant.
-----------------------------------------------------------X

[FILED ELECTRONICALLY]

**AFFIDAVIT**

05 Cr. 621 (RJS)

ELIZABETH EWING STANFORD, being duly sworn deposes and says:

1. I submit this Affidavit in response to the Court's Order, dated August 7, 2008, authorizing Alberto Vilar to travel to the United Kingdom to attend depositions ordered by the Court pursuant to Rule 15 of the Federal Rules of Criminal Procedure.

2. I am aware of the bail modifications set forth in the Court's Order, which I have reviewed.

3. I have no objection to these changes.

4. I am willing to continue to remain a co-signer of the bond as to the Defendant in light of the modifications set forth in the Court's Order.

Dated:    Arlington, Virginia
          August 17, 2008

                                                    ELIZABETH EWING STANFORD

Sworn to before me
this 19 of August, 2008

NOTARY PUBLIC

NWAKA C. MOGEKWU
Notary Public
Commonwealth of Virginia
337142
My Commission Expires Mar 31, 2011