UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------X

UNITED STATES OF AMERICA

- against -

ALBERTO WILLIAM VILAR,

          Defendant.  
------------------------------------------------------X

[FILED ELECTRONICALLY]

**AFFIDAVIT**

05 Cr. 621 (RJS)

    WALTER PFAEFFLE, being duly sworn deposes and says:

1. I submit this Affidavit in response to the Court's Order, dated August 7, 2008, authorizing Alberto William Vilar to travel to the United Kingdom to attend depositions ordered by the Court pursuant to Rule 15 of the Federal Rules of Criminal Procedure.

2. I am aware of the bail modifications set forth in the Court's Order, which I have reviewed.

3. I have no objection to these changes.

4. I am willing to continue to provide security to the Defendant in light of the modifications set forth in the Court's Order.

Dated:    NEW YORK, New York  
         August 8, 2008

                                                  _____  
                                                  WALTER PFAEFFLE

Sworn to before me  
this 8th of August, 2008

_____  
NOTARY PUBLIC

ERICA T. DUBNO  
NOTARY PUBLIC, State of New York  
No. 01DU4963903  
Qualified in New York County  
Commission Expires March 19, 2010