UNITED STATES DISTRICT COURT  [FILED ELECTRONICALLY]
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA  AFFIDAVIT

- against -

ALBERTO WILLIAM VILAR,  05 Cr. 621 (RJS)

        Defendant.
----------------------------------------X

ALFRED HEITKOENIG, being duly sworn deposes and says:

1. I submit this Affidavit in response to the Court's Order, dated August 7, 2008, authorizing Alberto William Vilar to travel to the United Kingdom to attend depositions ordered by the Court pursuant to Rule 15 of the Federal Rules of Criminal Procedure.

2. I am aware of the bail modifications set forth in the Court's Order, which I have reviewed.

3. I have no objection to these changes.

4. I am willing to continue to provide security to the Defendant in light of the modifications set forth in the Court's Order.

Dated:   San Juan, Puerto Rico
       August 20, 2008

Affidavit No. 5240

ALFRED HEITKOENIG

Sworn to before me
this 20th of August, 2008

NOTARY PUBLIC

