UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                Defendants.

No. 05 Crim. 621 (RJS)
ORDER



RICHARD J. SULLIVAN, District Judge:

    Following a conference held before the Court on August 22, 2008, the Court adopts the following directives:

    In accord with this Court's order dated January 14, 2008, as well as the reasons stated on the record at the August 22 conference, the government shall provide to defendants by 5:00 p.m. on August 25, 2008 the following: (1) a revised list of the witnesses the government anticipates calling at trial; and (2) a revised list of the exhibits the government intends to use at trial.

    The parties shall submit forthwith a joint letter that lists, for the period from September 22, 2008 through November 21, 2008, the dates on which counsel for any party anticipates being unavailable to attend trial.

    By September 2, 2008, the parties shall jointly submit a proposed juror questionnaire.

SO ORDERED.

Dated:    New York, New York
             August 22, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE