**U.S. Department of Justice**

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 26, 2008

**BY FACSIMILE**

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

**MEMO ENDORSED**

    Re:  United States v. Alberto Vilar and Gary Tanaka
        S3 05 Cr. 621 (RJS)

Dear Judge Sullivan:

    The Government respectfully submits this letter to request a one day extension of the due date for the Government's Reply Memorandum of Law in Support of It's Motion For An *In Camera* Review of Certain Attorney-Client Privileged Communications. Counsel for defendant Gary Tanaka consents to the extension of time, counsel for Mr. Vilar does not oppose it.

                              Very truly yours,

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

                  By: _____
                        Rhonda Jung
                        Special Assistant United
                          States Attorney
                        Jonathan Kolodner
                        Assistant United States Attorney
                        Telephone: (212) 637-2217/2561

SO ORDERED
Date: 8/26/08
[signed] Richard J. Sullivan, U.S.D.J.

cc:  Glenn Colton, Esq.  (212) 319-6657
     Herald Price Fahringer, Esq.  (212) 999-5899