UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | S3 05 Cr. 621 (RJS) |
| - against - | ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA | [PROPOSED] ORDER ALLOWING COMMUNICATION DEVICES IN COURTHOUSE |
| Defendants. | |

Having considered Defendant Gary Tanaka's request, the Court hereby orders that the following counsel and members of the defense teams for Defendants in the above-captioned action be permitted to bring their Blackberry devices and cellular phones into the United States Courthouse at 500 Pearl Street during the period between September 8, 2008 and November 31, 2008: Glenn Colton, Jessica Margolis and Michelle Drucker of Wilson Sonsini Goodrich & Rosati, and Herald Price Fahringer and Erica Dubno of Fahringer & Dubno.

SO ORDERED.

Judge Richard J. Sullivan
United States District Judge