UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

               Defendants.

No. 05 Crim. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the Memorandum and Order issued September 11, 2008, as well as the accompanying docket entry at 297, are under seal. *direct Clerk to remove the docket entry & the accompanying PDF.*

SO ORDERED.

Dated:    New York, New York
             September 12, 2008

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE