# United States District Court
# For the Southern District of New York

UNITED STATES OF AMERICA,

- against -

ALBERTO WILLIAM VILAR
and GARY ALAN TANAKA,

*Defendants.*

**JOINT PROPOSED JURY QUESTIONNAIRE**

Docket No. S3 05 Cr. 621 (RJS)
[Filed Electronically]

September 12, 2008

# JURY QUESTIONNAIRE

  The Court and the attorneys will use the information that you give in response to this questionnaire to select a qualified and impartial jury. <u>It is imperative that you answer each of these questions honestly</u>. Do not discuss the questions or your answers with friends, family members, or fellow jurors. After a jury has been selected, all copies of your response to this questionnaire will be returned to the Clerk of the Court and maintained in confidence. The attorneys are directed to maintain the secrecy of any information they learn in the course of reviewing these questionnaires.

  Please answer each question below as completely and accurately as you can. This process will save a great deal of time. You should answer every question. If the question does not apply to you, write "N/A," which will mean "not applicable."

  Since you are expected to sign your questionnaire, your answers will be given the same effect as if made in open Court. The Defendants and Government are entitled to have this case heard by a fair and impartial jury that will decide it solely according to the evidence and the Court's instructions on the law.

1. Name: _____

2. Maiden Name: _____ Gender: _____

3. What is your age: _____

4. Are you:  ___ Single   ___ Married   ___ Separated
      ___ Divorced  ___ Widowed  ___ Other

5. Where were you born?  City _____ State _____

6. In what neighborhood do you live? _____

7. What is your educational background:

   \_\_\_\_ Grade school    \_\_\_\_ High school graduate

   \_\_\_\_ Technical or business school   Name of school _____

   Some college at _____

   Graduated from college at _____

   Obtained a degree in _____

   Attended Graduate school at _____

   Obtained a degree in _____

8. Describe your current job and what you do:

   _____

   _____

   _____

9. Do you supervise others in your current job or in a previous job?

   Yes \_\_\_ No \_\_\_   If so, how many? _____

10. What is your spouse or domestic partner's name:

    _____

11. What is your spouse or domestic partner's current occupation:

    _____

12. If there are any additional adults living in your household, please identify them and tell us what type of work they do, if any:

    _____

    _____

    _____

    _____

13. Do you or any member of your immediate family[1], or anyone close to you, know, or have ever come in contact with, any of the individuals or entities listed on Attachment A [to be supplied (and to include individuals listed on the Government's witness list, Amerindo entities, Amerindo former employees, Bear, Stearns, USAO, USPIS, SEC, WSGR, Fahringer & Dubno, etc.)].  If yes, please describe:

    _____
    _____
    _____

14. Do you have any knowledge about the facts in this case or about Alberto Vilar, Gary Tanaka, or Amerindo Investment Advisors Inc. and its businesses that has not come from what you have learned today? Yes ___ No ___  If so, what knowledge do you have?

    _____
    _____
    _____

15. Have you (and/or your business), and/or your immediate family, or anyone close to you, ever had contact with the U.S. Postal Inspection Service, Securities and Exchange Commission ("SEC") or investigators or auditors of the Internal Revenue Service?   Yes __  No __   If yes, explain:

    _____
    _____
    _____

---

[1] For the purposes of this Questionnaire, the term "immediate family" shall be defined as a spouse, domestic partner, father, mother, sister, brother, daughter or son. The above definition shall apply to any subsequent use of the term "immediate family" in this questionnaire.

3

16. Do you have any bias, prejudice or other feelings for or against the U.S. Attorney's Office for the Southern District of New York, the United States Department of Justice, the United States Securities and Exchange Commission, the United States Postal Inspection Service, or any other law enforcement agency, or any agency that regulates investment advisers or the purchase or sale of securities?

    _____
    _____
    _____

17. Have you, or any family member, either as an individual or in the course of business, ever been a party to any legal action or dispute with the United States, any officer, department, agency or employee of the United States, the United States Postal Inspection Service, or had any interest in any such legal action or dispute or its verdict?

    _____
    _____
    _____

18. Have any of you, or any member of your family, ever had a dispute concerning the payment of money owed to you by the Government?

    _____
    _____
    _____

19. Do any of you know, or have any association -- professional, business, or social, direct or indirect -- with any member of the staff of the United States Attorney's Office for the Southern District of New York, the United States Department of Justice, the United States Securities and Exchange Commission or the United States Postal Inspection Service?

    _____
    _____
    _____

20. Is any member of your family employed by any federal department or agency, any law enforcement agency, or any agency that regulates investment advisers or the purchase or sale of securities, whether federal, state or local?

_____
_____
_____

21. Have you or any relative or close friend ever appeared as a witness in, been questioned in, or otherwise been involved in any investigation by: (a) a United States Attorney's Office; (b) the Department of Justice; (c) the United States Securities and Exchange Commission; (d) the National Association of Securities Dealers ("NASD"); (e) a federal or state grand jury; (f) a Congressional or state legislative committee, licensing authority, or governmental agency, or (g) any other federal, state, or local law enforcement agency?

_____
_____
_____

22. Have you or any relative or close friend ever been a witness or a complainant in any state or federal prosecution?

_____
_____
_____

23. Are you, or any family member, to your knowledge, now under subpoena or about to be subpoenaed in a criminal case?

   _____
   _____

24. Have you, any member of your family, business associate or close friend, ever been charged with a crime?

   _____
   _____
   _____

25. Have you or any relative, associate, or close friend ever been the subject of any investigation or accusation by any grand jury, federal or state, by any Congressional committee, or by the SEC or the NASD?

   _____
   _____
   _____

26. Have you and/or any member of your immediate family, or anyone close to you, ever filed a claim of any kind against an individual or entity associated with the securities or financial services industry? Yes ___ No ___ If yes, please name the company and describe nature of your experience with the company.

   _____
   _____
   _____

27. Have you, or any friend or relative ever been a victim of a crime?

   _____
   _____

28. Have you, or any friend or relative ever been a victim of a fraudulent scheme? Yes ___ No ___ If yes, please explain

_____

_____

_____

29. Do you have a problem with your hearing or vision that would prevent you from giving full attention to all of the evidence at this trial?

_____

_____

30. Are you taking any medication that would prevent you from giving full attention to all of the evidence at this trial?

_____

_____

31. Do you have any difficulty in reading or understanding English?

_____

_____

32. Do you read on a regular basis any of the following publications?

    a. <u>The Wall Street Journal</u>   Yes ____   No ____
    b. <u>Barron's</u>                  Yes ____   No ____
    c. <u>Business Week</u>             Yes ____   No ____
    d. <u>Financial Times</u>           Yes ____   No ____
    e. <u>Forbes</u>                    Yes ____   No ____
    f. <u>Fortune</u>                   Yes ____   No ____
    g. <u>Smart Money</u>               Yes ____   No ____

33. List the newspapers and magazines that you regularly read:

   _____

   _____

34. What television and cable shows do you regularly watch?

   _____

   _____

   _____

   _____

35. Do you and/or any member of your immediate family have any experience with an investment or other financial adviser? Yes ___ No ___  If yes, please identify the circumstances.

   _____

   _____

   _____

36. Have you ever invested in any stocks, bonds, mutual fund shares, limited partnership interests, U.S. Treasury bills, Government National Mortgage Association ("GNMA"), Government bonds, corporate bonds, options, repurchase agreements, foreign currencies, private placements, initial public offerings? Yes ___ No ___  If yes, please describe the type, duration, size and current status of the investment. In addition, please state the name of the financial institution, the time period in which you invested, and whether you are still investing in the financial institution.

   _____

   _____

   _____

   _____

   _____

   The government objects to asking the name of the financial institution, the time period in which the juror invested and whether the jurors are currently investing in the financial institution. However, Defendant Vilar believes this information is relevant. Defendant Tanaka takes no position on this matter.

37. Have you and/or any member of your immediate family, or anyone close to you, ever worked in the securities industry, financial services industry, or for an accounting firm in any capacity, such as for a hedge fund, stockbroker, commodities trader, bank or other financial institution, or on Wall Street? Yes ___ No ___   If yes, please indicate the name of the institution and describe the nature of the employment.

   _____
   _____
   _____

   The government objects to specifying hedge fund, stockbroker, commodities trader, bank or other financial institution, or on Wall Street. However, Defendant Vilar believes this information is relevant and helpful to the jurors in answering the question. Defendant Tanaka takes no position on this matter.

38. Have you and/or any member of your immediate family, or anyone close to you, ever had any personal experience, of any kind, including a bad experience, with any hedge fund, bank, financial institution, stockbroker, or commodities trader? Yes ___  No ___

   _____
   _____
   _____

   The government objects to this question. However, Defendant Vilar believes it is relevant. Defendant Tanaka takes no position on this matter.

39. Do you and/or any member of your immediate family, or anyone close to you, have a 401k plan or other retirement investment plan? Yes ___  No ___ If yes, provide details, including the name of the plan.

   _____
   _____
   _____

   The government objects to this question. However, Defendant Vilar believes it is relevant. Defendant Tanaka takes no position on this matter.

40. Have you had any judgments, including bankruptcy judgments, taken against you or any immediate member of your family? Yes ____ No ____ If yes, please identify the creditor and the circumstances.

    _____
    _____
    _____

    The government objects to this question. However, Defendant Vilar believes it is relevant. Defendant Tanaka takes no position on this matter.

41. Would the fact that a defendant was engaged in the business of managing funds for others affect your ability to fairly judge the facts in this case? Yes __ No __

    _____
    _____
    _____

42. Have you and/or any member of your immediate family, or anyone close to you, had any legal training or taken any course in the study of law, including any paralegal program or on-the-job training? Yes __ No __ If yes, please describe.

    _____
    _____
    _____
    _____

43. Have you served in the military? Yes \_\_\_  No \_\_\_

    a. If yes, which branch: _____

    b. Where did you serve? _____

    c. What was your rank at discharge?_____

    d. Were you honorably discharged? _____

    e. Have you ever served in Iraq or in any other combat zone, such as Vietnam, Korea, Japan or Germany?  Yes \_\_  No \_\_
If yes, please describe.

_____
_____
_____
_____

44. Do you and/or your immediate family, or anyone close to you, have a background or training in any of the following? (please check all that apply):

       \_\_\_\_ Public or private law enforcement (including security work)
       \_\_\_\_ Federal Bureau of Investigation ("FBI")
       \_\_\_\_ Securities and Exchange Commission ("SEC")
       \_\_\_\_ Internal Revenue Service ("IRS")
       \_\_\_\_ United States Attorney's office
       \_\_\_\_ Local, state, or federal government
       \_\_\_\_ Court system
       \_\_\_\_ Corrections (or prison system)

The government objects to this question. However, Defendant Vilar believes it is relevant. Defendant Tanaka takes no position on this matter.

11

45. Have you and/or any member of your immediate family, or anyone close to you, ever worked for any local, state or federal government agency, including any law enforcement agency court system, corrections or prison system? Yes ___  No ___

    _____
    _____
    _____
    _____

46. Have you or any member or your immediate family ever brought a civil action to enforce a contract or been sued to have a contract enforced?

    Yes ___  No ___  If yes, please provide the specifics.

    _____
    _____
    _____
    _____

47. Have you and/or any immediate member of your family ever been involved in a lawsuit? Yes ___ No ___  If yes, please indicate if you were satisfied with the results.  _____

48. Have you ever served on a jury?  Yes ___   No ___    If yes, how many times?  ___    If yes, was the jury on which you served able to reach a verdict? Yes ___  No ___

49. Have you served as a grand juror? Yes ___  No ___   If yes, do you think that experience would affect your ability to follow the Court's instruction in this case that in order to convict a defendant, the Government must prove the elements of any charged offense beyond a reasonable doubt? Yes __  No __

50. Have you ever testified under oath?  Yes ___   No ___   If yes, please describe.

   _____
   _____

51. Have you ever been involved in a court proceeding in any other way? Yes ___ No ___ If yes, please check all that applies:

   a. A party              _____
   b. A witness            _____
   c. Giving a deposition  _____
   d. A guardian           _____
   e. Other                _____

52. What are your principal leisure time interests, hobbies or activities?

   _____
   _____

53. Please list any civic, volunteer, or professional organizations to which you or your immediate family, or anyone close to you, devote or have devoted a significant amount of time or resources:

   _____
   _____
   _____
   _____

54. Would you believe or disbelieve the testimony of a law enforcement officer -- or be inclined to give it more or less weight -- merely because of his/her position?  Yes __  No __  If yes, why?

   _____
   _____
   _____

13

55. Would you have any difficulty following the instruction that the judge will give that the defendants are presumed innocent and need not produce any proof, and that in order to convict a defendant, the government must prove its case against that defendant beyond a reasonable doubt? Yes ___ No ___ If yes, explain:

_____
_____
_____

56. At the close of the case, the judge will instruct you on the law you must apply to the facts as you, as the sole judges of the facts, find them in this case. Would you be able to follow the judge's instructions on the law even if you personally disagreed with the law or the judge's instructions? Yes ___ No ___  If no, explain:

_____
_____
_____
_____

57. Would you, for any reason, hesitate to follow any of the judge's instructions? Yes ___ No ___  If so, why?

_____
_____
_____
_____

58. This trial is expected to last approximately seven weeks. It is expected that the Court will sit from 9:15 to 5:30 Monday through Friday with the following exceptions. The Court will not sit on September 30, October 1, October 3, October 9, October 10, October 13, October 24, October 31, November 4, November 11, and November 21. Are you able to serve on a jury during this period? Yes ___ No ___ Is there anything about the length of the trial that would make it a hardship for you to serve as a juror? Please explain:

_____
_____
_____
_____

59. Is there any matter not covered by this Questionnaire that you think the attorneys or Court might want to know about when considering you as a juror in this case?  Yes __  No __   If yes, please explain:

_____
_____
_____
_____

### JUROR'S OATH

I declare under penalty of perjury that the information, which I have provided in this Jury Questionnaire, is true and correct.

_____   _____
DATE              JUROR SIGNATURE

Name: _____