UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

Defendants.

No. 05 Crim. 621 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/09

RICHARD J. SULLIVAN, District Judge:

The parties appeared before the Court for oral argument on December 14, 2009. As stated on the record, IT IS HEREBY ORDERED that the sentencing of Defendant Vilar shall proceed February 5, 2010, at 2:00 p.m., and that the sentencing of Defendant Tanaka shall proceed February 5, 2010, at 3:30 p.m.

Dated:   December 14, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE