UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

　　　　　　　　　　Defendants.

No. 05 Crim. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

　　The Clerk of the Court is respectfully directed to docket the attached letter.

Dated:　　January 12, 2010
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/10
```



January 8, 2010

Hon. Richard J. Sullivan
U.S. District Court
Southern District of N.Y.
500 Pearl St.
New York, N.Y.   10007

RE:   05CR00621
(Vilar, Albert W.)

Dear Judge Sullivan:

My name is Dr. Y. Rivero and I'm an ESL program coordinator at P.S. 102 in Manhattan. In the unlikely event, you're sentencing Mr. Vilar (Feb.5) to serve time doing community service, and not hard time at a prison camp upstate, may I suggest Queensborough Community College, as a candidate for such service.

I'm a former assistant professor of Basic Skills in the English Dept. at QCC. The President of QCC is Cuban like Mr. Vilar. There's an urgent need for ESL (English-as-a-second language) tutors, especially those who would work for free as drafted volunteers. QCC has a large Asian student population who are very hard- working and bright, but whose English skills (especially writing) are very poor. The college budget has been slashed mercilessly and the college needs all the help it can get.

Some of these students (I taught at QCC for several years until 2002, when I became a middle-school assistant principal in District 4 in Manhattan) are math whizzes and the only thing holding them back (cannot graduate) is their poor English. I'm a personal friend of Mr. Vilar and he is a patient, unassuming, and highly educated man. He also grew up outside continental U.S.A and can identify with the immigrant experience.

I can speak to President Eduardo J. Marti on your behalf, and only if so directed to arrange a community service assignment.

I appreciate your time and consideration of this matter.

Sincerely yours,

Dr. Yolanda Rivero
Yolanda Rivero, Ph.D.