UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

Defendants.

No. 05 Crim. 621 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

The Clerk of the Court is respectfully directed to docket the attached letters.

Dated: January 19, 2010
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/10
```

PAUL M. MONTRONE
LIBERTY LANE
HAMPTON, NEW HAMPSHIRE 03842

January 14, 2010



Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Sullivan,

I have known Alberto Vilar for over 15 years, principally in connection with his involvement and my own at The Metropolitan Opera in New York City. As a Managing Director of the Met for over 30 years, I have served in many capacities there, including as President and CEO of the institution from 1999 to 2003.

Because of Alberto's passion for opera, I had regular contact with him and got to know him quite well. He was very involved at The Met, both as a frequent attendee of our performances, a board member, and major contributor. In fact, his generosity to The Met placed him among a small handful of the largest contributors in the history of the institution.

Beyond this largesse, his involvement on the Board revealed his intelligence and diligence, presenting interesting and constructive ideas to our Board based on his vast and in-depth knowledge of the art form. He traveled the world attending operas and brought back the best ideas to us.

He was also an astute and competent investor in his area of expertise – the high risk field of new ventures – and brought these skills to our investment committee. He was always honest, forthright, and perfectly reliable in his dealings with me and others at The Met.

When his financial fortunes turned against him with the precipitous downturn of his targeted investment area, he did everything possible to live up to his obligations and work with us at The Met in adjusting his financial commitments. It was sad to see this turn of events buffet such a successful and astute individual.

But beyond that, I was personally shocked and chagrined to hear of his legal problems. Alberto has always proven to be an intelligent and upright person, and it is inconceivable to me that a man of his integrity would be convicted of a "crime", and awaits a jail sentence. I can only assume that there is some misunderstanding, and if there is a financial obligation he incurred, he certainly has the intelligence and wherewithal to earn and repay it.

In brief, to me Alberto is a virtuous individual who bestowed the large bulk of his wealth on charities and who developed financial difficulties from events beyond his control. I would hope these factors would play a large part in considering his legal penalties.

Many thanks for your consideration.

Sincerely,

January 15, 2010

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Dear Judge Sullivan:

When we had a conference call in April 2008 about substituting Mr. Fahringer for Ivan Fisher as my defense counsel, you told me that I should feel free to contact you about my case if I felt a need for it. It is with your generous offer in mind that I am writing this letter.

Since my incarceration more than a year ago following three and a half years under house arrest, I have spent endless hours trying to understand how, after building a successful business and an enviable reputation for business acumen, integrity and philanthropy, I could have fallen so far. Much of what happened resulted from lack of supervision on my part of the relations between the London and New York operations. Our clumsy 50-50 partnership fostered its share of mistakes.

For a long time, I was in denial, convinced that I had done nothing wrong. Only recently have I come to understand that, based on the evidence presented in court, the jury had no choice but to find me guilty. I wish I had seen that before embarking on a disastrous trial. To come to this conclusion took a lot of soul-searching on my part. For a long time, I felt that I was the victim, not the wrongdoer. Today, I know that I am to blame for my fall.

While it seemed otherwise at trial, I consider myself a person of deep moral conviction. I realize now that I became careless in running Amerindo and that I let the rules be bent at times. While most of our clients prospered, including some of those who testified against us at trial, my actions caused grief to a few clients and friends alike.

I apologize to those whose lives have been adversely affected by my actions. Nevertheless, I cannot accept the conclusion that I intended to steal money from anyone. Not from the Mayers, not from Lily Cates. I have always tried to live according to the tenets of my Christian faith. To hear the prosecutors trash me as a thief and a liar and belittle my motives for giving to arts institutions and hospitals was devastating.

In the end, I have lost everything -- my freedom, my home, my career, most of my friends and my personal fortune.

At age 69, I have little to look forward to. I am not in good health. I ask Your Honor to grant me time outside of prison during the few years left to me.

Respectfully yours,

*Alberto W. Vilar/WF*

Alberto W, Vilar