JONATHAN MARKS, P.C.
ATTORNEY AT LAW
220 FIFTH AVENUE
3RD FLOOR
NEW YORK, N.Y. 10001

E-MAIL: jon@jonmarks.com
URL: jonmarks.com

TEL: (212) 545-8008
FAX: (212) 889-3595

January 21, 2010

**By ECF and Email**
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    United States v. Alberto Vilar, et al.
             1:05-cr-00621 (RJS)

Dear Judge Sullivan:

      I am writing to Your Honor with new information bearing on sentencing which was unavailable to me at our last conference. The government is holding approximately $37.8 million in cash and securities, which it seized from Amerindo. The government asserts that $21.9 is due in restitution to Lily Cates and the GFRDA victims (excluding Dextra, which is not seeking restitution). I am told that the other Amerindo investors are owed somewhere between five and ten million dollars, although I have no way of confirming this since I do not have access to the supporting documents. The government has the documents from which it can determine the actual amount. Even taking into account funds due the other Amerindo investors, it appears that there is ample money to make all of the Amerindo investors completely whole.

      In May 2005, when the government seized Amerindo's assets, there was $26.6 million in the GFRDA accounts at Bear Stearns. Those funds are now being held at JP Morgan Chase. At the conference, I said that the government had also seized privately held securities which Amerindo had bought for its investors. Mr. Litt estimated the value of those securities at $3 million. Since then, he has given us the attached schedule showing the estimated value at $8.1 million. The true amount is probably more. I say this because I have received an expression of interest by the president of one of the privately held companies to repurchase Amerindo's shares in his company. The government estimates the shares to be "probably of no value." Quite obviously, it is of some value. In addition, Mr.

Case 1:05-cr-00621-RJS   Document 404   Filed 01/21/10   Page 2 of 10

JONATHAN MARKS, P.C.

Hon. Richard J. Sullivan
January 21, 2010
Page 2

Colton has established that SG Americas Securities, LLC is holding $3.1 million, almost all in cash, for Amerindo Technologies Growth Fund. (A recent account statement is also attached.)

Amerindo's GFRDA subscription documents pledged all of Amerindo's assets to guarantee the GFRDA investments. It is now clear that the guarantee was backed up by actual assets, enough to honor all of the victim's redemption requests. They will, in all likelihood, be made whole when the government distributes the funds. The fact that Amerindo was holding $37 million in assets in domestic financial institutions supports Mr. Vilar's claim that he did not intend ultimately to deprive any of Amerindo's investors of their money notwithstanding his refusal to immediately honor their demands when tech stocks were at their all-time low.

Several of the Amerindo investors who have written to the Court rage against the defendants because they believe that their money is gone. It is not. The government has it. It appears that the government has not informed the investors of that fact.

At the last conference, the Court likened Amerindo's investment in technology stocks to putting money on a horse. The conceit does not reflect the true state of affairs. Mr. Vilar was renowned for his extraordinarily successful investment acumen. He made over a billion dollars for his investors by investing in technology and biotechnology stocks. Even if the Court agrees with the government's argument that the "loss" under the guidelines is more than $40 million, that figure is of questionable significance if, as it appears, no investor will have lost a dime once the government distributes the assets under its control.

Respectfully submitted,

*Jonathan Marks*

cc: Marc Litt, Esq.
   Benjamin A. Naftalis, Esq.
   Glenn C. Colton, Esq.
   (All by email)

2

FOR SETTLEMENT DISCUSSIONS ONLY

| INVESTMENT | # of Shares | VALUE | NOTES |
|---|---|---|---|
| Newmarket Latin America Inc. | 21,488 | | |
| Opi Pharmaceuticals | 18,807 total | $676,487.79 | $35.97 a share on 9/22/09 |
| Sirius XM Radio Inc. | 299,000 | $197,340.00 | .66 a share on 9/22/09 |
| Znetrader.com Inc | 1,653,629 | Probable no value | |
| AK Interfact II Inc. | 289,855 | | acquired by doveBid 3/12/02. DoveBid acquired by UK's GoIndustry 2/25/08 |
| AK Interfact II Inc. Ser B | 429,292 | | acquired by Packard Bell NEC 4/94 |
| AK Interfact II Inc. | 1,603,132 | | |
| Cellomics Inc | 2,323,124 | | acquired by Pittsburg, PA business unit of Thermo Fisher Scientific |
| Cellomics Inc (NNN Pfd) | 2,323,124 | | "see above" |
| Troika Networks Inc. | 7,974 | | Qlogic acquired 10/05 for 36.5 Million. |
| Troika Networks Inc. Ser. C | 797,412 | | "see above" |
| Illumina Inc. | 7,148 | $294,712.04 | $41.23 a share on 9/22/09 (ILMN) |
| Dovebid Inc. | 66,969 | $401.81 | Dovebid acquired by UK's GoIndustry 2/25/08 |
| Counterpane Internet Security | 62,828 | | acquired by Brittish BY Global on 10/25/06 BT Coutnerpane is a subsidiary of BT Global |
| Adero, Inc. | 270,608 | | sold Internet infrastructure to Colt Telecom Group Plc of London - 7/9/01. Fantastic Corp.a Swiss software maker spent $2Million to buy Internet Software Starbursh from Adero Inc - 6/8/01. |
| Snarks.com Inc. | 1,277,465 | | partnered w/American Grettings.com 6/12/2000. |
| Snarks.com Inc. Ser C | | | |
| Mycfo inc. | 1,606,623 | | |
| Multitude Inc. | 646,579 | | |

| Company | Value | Status |
|---|---|---|
| Abgenix Inc. | 5,262 | (ABGX) bought out by Amgen 4/20/06 @ $22.50 a share - 7/15/09 |
| Bowstreet Inc. | 89,056 | acquired by IBM |
| Cira Corp | 115,359 | $118,395.00 still in business, has had 4 divestitures since 1996.Money is being held in account. |
| Cira Corp Ser D | 19,700 | |
| Metricstream Inc. | 286,598 | $500,000.00 + Still in business. |
| Theravance Inc. | 204,472 | $3,486,247.60 17.05 a share on 9/22/09 (THRX) |
| ACTA Networks Inc. | 316,680 | Still in Business |
| Airvana Inc. Ser E | 537,350 | Still in Business |
| Airvana Inc. Ser F | 121,212 | "see above" |
| Aaycomm Inc. Ser E | 487,518 | |
| Aaycomm Inc. Ser F | | |
| Noxsi CP | 783,840 | No value "see above" |
| Maple Optical Systems | 241,875 | Out of Business 3/2004 |
| maple Optical Systems Ser C | | "see above" |
| Corum Tech. | 72,808 | |
| Corum Tech. Ser D | 749,088 | Out of Business 3/2003 and became Polytronix, Inc. |
| Mayan Network Corp. | 845,313 | Out of Business |
| Intouch Group Inc. Ser B | 128,334 | Probably no value Pre bankruptcy |
| Intouch Group Inc. Ser A | 607,600 | Probably no value "see above" |
| Intouch Group Inc. Ser C | 113,636 | " "see above" |
| Intouch Group Inc. Ser C | 158,334 | |
| Centerpoint Broadband Tech Inc. | 192,692 | No value Out of Business 12/22/2005 |
| Fcce10 Networks Inc. Ser B-2 | 424,359 | Still in Business |
| Financial Engines Inc Ser E | 19,234 | Still in Business |
| Financial Engines Inc Ser D | 202,340 | "see above" |
| Iopan Wireless Inc Ser C | 487,089 | acquired by Intel |
| Colo.com Ser C | 354,644 | |
| Alegis Corp Ser E | 122,149 | |
| Ethnicgrocer.com Ser C | 198,020 | |
| Fitlinxx Inc Ser B | 660,917 | |
| Essential.com Inc Ser C | 256,441 | |
| Zombeel Inc Ser B-2 | 603,611 | no value Out of Business 4/25/2003 |
| Adexa Inc. Ser C | 78,740 | |
| 3Pardata Inc Ser A-3 | 141,518 | $896,000.00 money is being held in account; changed name to 3PAR |

| Company | Value | Notes |
|---|---|---|
| 3Pardata Inc Ser A-2 | 34,852 | |
| Structural Genomix Inc Ser A | 74,600 | $249,981.00 |
| Structural Genomix Inc. Ser B | 8,727 | "see above" |
| Pipertyfirst.com Inc. Ser B Conv | 424,251 | money is being held in account |
| Client Networks Inc. Ser A-1 | 20,956 | Merged with Loopnet (3/29/01) |
| Locus Discovery Inc. Ser C | 1,475,055 | Changed name to Locus Pharmaceuticals |
| Oeexpress Inc | 323,729 | Acquired by Wiltel Communications (12/01); acquired by Level 3 Communications (11/05) |
| 800.com Inc. Ser C | 487,430 | "see above" |
| 800.com Inc. Ser D | 133,333 | Out of business? |
| Adauction.com Inc. Ser D | 555,000 | Name changed to OneMediaPlace (4/00); Merged with Media Passage Inc. to form Mediapassage (3/01); assets bought by Valassis (11/01) |
| Adauction.com Inc. Ser E | 130,779 | |
| Frniture.com | 130,000 | Probably no value |
| Frniture.com Ser. C | 726,982 | |
| Correnex, Inc. | 606,183 | |
| Knowledgeplanet.com Ser B | 580,118 | money is being held in account |
| Mercata Inc. Ser C | 252,500 | changed name to Mzinga |
| Mercata Inc. Ser B | 270,000 | Out of business (1/01) |
| Agility Communications Inc Ser C | 402,846 | see above |
| | | Acquired by JDSU (11/05) |
| Jstream Comm. Inc. Ser H | 15,669 | ceased operations (2002); assets purchased by Paradyne Networks; Paradyne acquired by Zhone Technologies |
| Jstream Comm. Inc. | 136,956 | |
| Hyperchip Inc CL C | 1,136,367 | Bankruptcy (9/2004) |
| Applied Science Fiction Inc Ser D | 205,174 | |
| Applied Science Fiction Inc | 500,000 | |
| Packet Networks Inc Ser C | 877,309 | Assets acquired by Cisco (6/04) |
| Acestry.com | 104,707 | money is being held in account |
| Alidian Networks Inc Rstd Ser B | 1,138,130 | $818,857.22 |
| Seecommerce Ser E | 28,654 | Acquired by Teradata Corp. (2/06) |
| Homestead.com Inc Ser C | 152,362 | Sent email |

| Company | Value | Notes |
|---|---|---|
| Axsun Technologies inc. Ser C | 205,270 | Acquired by Volcano Corp.; Series C converted to common shares |
| Realnames Corp Ser C | 512,500 | Out of Business 2002 |
| Realnames Corp Ser E | 249,200 | see above |
| Central Corp Ser B | 110,500 | |
| Cidleon Corp Ser D | 100,587 | |
| Cmergent tech inc. | 364,844 | Merged with Quantum Photonics to form Covega Corp |
| Cybermedica inc. | 1,767,174 | Acquired by Sterling Commerce |
| Digital Chef inc. | 46,296 | Chp 7 bankruptcy |
| Doubletwist inc. | 651,162 | |
| Ebags inc. ser B | 528,814 | |
| Impresse Corp Ser. C | 161,000 | |
| Cielo Communications inc. Ser B | 385,000 | |
| Miadora inc Ser B | 141,121 | |
| Keen.com inc. Ser C | 352,728 | |
| Kozmo.com inc. Ser F | 248,173 | |
| KnM tech inc. Ser B | 393,785 | |
| Locus Pharmaceuticals inc. | 250,000 | |
| Telne Network inc. Ser D | 218,965 | |
| Appian Communications Ser D | 139,464 | |
| Zoho Corp. Ser C | 268,127 | |
| Essim Corp Ser C | 219,808 | |
| Aera inc Ser C | 56,048 | |
| Onfiber comm. Inc. | 490,100 | Changed name to Tavolo; Out of business |
| Mobilian Ser. C | 140,500 | Out of business 2002 |
| Wheelhouse corp Ser B | 255,271 | difficult to value |
| Ultraband Fiber optics inc | 945,627 | |
| Broadband office inc Ser C | 326,526 | |
| | $766,780.30 | |
| Alexa, Inc. | | Probably no value |



**SG**

CORPORATE &
INVESTMENT BANKING

SG Americas Securities, LLC
1221 Avenue of the Americas
New York, NY 10020-1001
212-278-6000

# Statement

## November 2009

AMERINDO TECHOLOGIES GROWTH FD
A/C OPTIONS
JAMES ST ABLEFORD GARY TANAKA
43 UPPER GROSVENOR STREET
LONDON W1X 9PG
ENGLAND

**Statement Period:**
November 1, 2009 - November 30, 2009

**CUXR**

SG CONTACT
CLOSED ACCOUNTS
1 FINANCIAL SQUARE
NEW YORK NY 10005

**Account Number:**
64524357

**Customer Service:**
(800) 861-9789

## Portfolio Value

| | November 30, 2009 | October 31, 2009 |
|---|---|---|
| Cash, CD's, & Money Market Funds | $3,147,559.82 | $3,147,298.45 |
| Equities and Options | 20,286.00 | 18,869.20 |
| **TOTAL PORTFOLIO VALUE** | **$3,167,845.82** | **$3,166,167.65** |

## Current Portfolio Allocations

The pie chart below graphically shows your investment allocations by asset type.



| | % of Assets |
|---|---|
| Cash, CD's, & Money Market Funds | 99% |
| Equities and Options | 1% |

This pie chart reflects only positive portfolio allocations.

## Income Summary

| | November 30, 2009 | Year to Date |
|---|---|---|
| Money Market Fund Dividends | $307.49 | $10,499.07 |
| **TOTAL INCOME** | **$307.49** | **$10,499.07** |

## Cash Flow Summary

| | November 30, 2009 |
|---|---|
| **OPENING BALANCE** | **$0.00** |
| Securities Bought/Withdrawals | (261.37) |
| Dividends/Interest | 307.49 |
| Other Credits/Debits | (46.12) |
| **CLOSING BALANCE** | **$0.00** |



# General Information

## Retain this Statement
This statement contains information you may need for tax purposes and to verify any interest charges appearing on subsequent statements. Statements are mailed each month to customers who have activity during the month affecting cash balances or security positions. Inactive accounts will be sent a quarterly statement.

## In Case of Inquiries or Complaints
Please examine this statement carefully. If you think that your statement is incorrect for any reason, or if you fail to receive any checks or securities being delivered to you, or you wish to lodge a complaint, you should contact the Manager of the office servicing your account or Manager, Customer Service Department, SG Americas Securities, LLC, 480 Washington Blvd., Jersey City, NJ 07310 (telephone no. (800) 861-9789). Please re-confirm any verbal discrepancies or complaints in writing to the aforementioned Manager. This statement will be deemed correct if not objected to by you within ten (10) days after mailing by us.

## Material Changes
You are requested to promptly advise us, in writing, of any material change in your investment objectives or financial situation.

## Financial Statement
A financial statement of this firm may be inspected at any of SG Americas Securities, LLC offices or is available upon your request.

## Purchase & Sale Transactions
Purchase and sale transactions appear on your statement according to the transaction date.

# How to Read This Statement
Some or all of the following sections may appear on your statement depending on the nature of your account:

## Portfolio Value
The net value of your account at the close of the current and previous month, with a summary listing, by category, of your assets and deductions.

## Income Summary
A summary listing, by category, of the income earned on various items in your account: for the current month and year-to-date.

## Cash Flow Summary
A summary listing, by category, of transactions during the current month that affect your cash and money fund balances.

## Current Portfolio Allocations
A graphic representation of the approximate allocations of your assets among the various categories of investments.

## IRA Contribution & Distribution Summary
If this is a statement for an IRA account for which SG Americas Securities, LLC is the custodian, this section shows information about your contributions to, and/or distributions from, your IRA.

## Portfolio Holdings
A listing of all securities held in your account grouped by category, showing their market price and aggregate value, and estimated annual income and yield when available.

- Prices and estimated income information shown are obtained from independent quotation services and other sources which we believe are reliable but whose accuracy cannot be guaranteed. Market prices do not necessarily represent prices at which the securities could have been bought or sold on the statement date.
- N/A in the price column indicates that current prices could not be obtained.
- Estimated annual income is an annualized amount based upon the most recent dividend or interest payment. Yield is calculated by dividing the estimated annual income by the market value of the securities and represents an estimated current yield only.
- For fixed income securities, prices are approximations (not actual market bids) and are provided only as a general guide.
- If prices are shown for "Direct Investments – Independently Valued," which are not publicly traded, they are obtained from an independent pricing service which appraises illiquid investments. Your investment may be marketable at more or less than the estimated valuation reflected on your statement. The net value of your account does not include these investments.

## Transaction Details
A detailed listing of all activity in your account, including purchases and sales, income, money market and mutual fund distributions and other activities. Dates shown for purchases and sales are trade dates, and all other dates are actual dates of the activity.

All open ("good-till-canceled") orders in effect as of the closing date of the statement will remain in force until specifically canceled, and such orders will not be automatically canceled by any identical or different order or transaction in the same security. You will be responsible for any open order until canceled by you through your Investment Executive.

## When and If Issued Trades
This shows transactions in securities trading on a "when issued" basis. When the security is issued, the transaction will be shown with the regular activity in your account.

## Cash Flow Analysis
- Chronological Transaction Summary: A chronological listing of transactions itemized under "Transaction Details" above, showing your cash balance after each transaction.

# Information About Your Account

## Free Credit Balances
You are entitled to receive any free credit balances in your account on demand. Such balances, although "properly accounted for on our books and records, are not segregated and may be used in our business.

## Interest Charges
Interest charges on debit balances shown on this statement are calculated as of the second to last business day of the current month. Information about the method of calculation of interest charges was previously forwarded to you and an additional copy will be provided upon your request.

## Special Memorandum Account
If this is a margin account, this is a combined statement of your margin account and the special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special memorandum account, as required by Regulation T, is available for inspection at your request.

## Options
Information regarding commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations of such transactions previously furnished to you and will be made available to you promptly upon request.

## SIPC Insurance
SG Americas Securities, LLC is a member of the Securities Investor Protection Corporation (SIPC). Client accounts are protected for up to $500,000 through SIPC, including a maximum of $100,000.00 for cash balances. Details of SIPC coverage are available upon written request. To obtain information about SIPC, including the SIPC brochure contact www.sipc.org or call (202) 371-8300.

## Public Disclosure Program
For a copy of a brochure that includes information describing the NASD Public Disclosure Program, call the NASDR Public Disclosure Hotline (1-800-289-9999) or visit the NASDR Web site at www.nasd.com.

## Tax Reporting
The Internal Revenue Service requires SG Americas Securities, LLC to report on Form 1099 all cash dividends and bond interest credited to your account on securities held for you in our name. In addition, we report on Form 1099-B the proceeds of all securities sales (including short sales), except option proceeds.

## Correspondent Accounts
If your account is carried by SG Americas Securities, LLC through arrangement with another broker-dealer, the respective responsibilities of SG Americas Securities, LLC and your broker are described in a notice entitled "Important Information for Correspondent Customers" which was sent to you when your account was opened. An additional copy of that notice will be sent to you upon request.

- Your broker is not the agent of, and (unless otherwise specified) is not affiliated with, SG Americas Securities, LLC and SG Americas Securities, LLC is not responsible for the acts of your broker or its employees.
- Any materials distributed with this statement which do not relate to SG Americas Securities, LLC are the responsibility of your broker and are distributed at your broker's request. SG Americas Securities, LLC has not reviewed or approved such materials and has no responsibility for their contents.
- SG Americas Securities, LLC acts as your custodian for funds and securities deposited directly with us, through your broker, or as a result of transactions we process for your account. Inquiries concerning the positions and balances in your account may be directed to SG Americas Securities, LLC Customer Service Department at (800) 861-9789. All other inquiries regarding your account or the activity therein should be directed to your broker.

## Commission Information
- Further information with respect to commissions and other charges related to the execution of listed option transactions has been included in confirmations of such transactions previously furnished to the customer, and that such information will be made available to the customer promptly upon request.

# Account Types
1. Cash/COD
2. Margin
3. TEFRA
4. When Issued
6. Short
9. Special Products

# Ratings
The Portfolio Holdings section of your statement may include fixed income instruments that carry a rating by Moody's and Standard & Poor's. The ratings are graded as follows:

| Moody's | S&P | Grade |
|---|---|---|
| Aaa | AAA | Best quality |
| Aa | AA | High quality |
| A | A | Upper medium |
| Baa | BBB | Medium |
| Ba | BB | Speculative |
| B | B | Low |
| Caa | CCC | Poor to default |
| Ca | CC | Highly speculative |
| C | C | Lowest |



**SG Americas Securities, LLC**
1221 Avenue of the Americas
New York, NY 10020-1001
212-278-6000

**CORPORATE &**
**INVESTMENT BANKING**

Statement Period: November 1, 2009 - November 30, 2009
Account Owner: AMERINDO TECHOLOGIES GROWTH FD
A/C OPTIONS
JAMES ST ABLEFORD GARY TANAKA
43 UPPER GROSVENOR STREET
LONDON W1X 9PG
ENGLAND

Account Number: 64524357
SG CONTACT: CLOSED ACCOUNTS

# Portfolio Holdings

### CASH, CD's & MONEY MARKET FUNDS

| Acct Type | Number of Shares | Description | Symbol | Share Price | Market Value | Percent of Portfolio | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| 1 | 3,147,559.82 | TCW/GALILEO MMKT FD | | $1.0000 | $3,147,559.82 | 99% | 0.126% | $3,965.93 |
| | | TOTAL | | | $3,147,559.82 | | | $3,965.93 |

### EQUITIES AND OPTIONS

| Acct Type | Quantity | Description | Symbol | Current Share Price | Current Value | Percent of Portfolio | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| 1 | 32,200 | SIRIUS XM RADIO INC | SIRI | $0.6300 | $20,286.00 | 1% | | $0.00 |
| | | TOTAL | | | $20,286.00 | | | $0.00 |

**TOTAL PORTFOLIO VALUE**

| | Total Market Value | Total Estimated Annual Income |
|---|---|---|
| TOTAL PORTFOLIO VALUE | $3,167,845.82 | $3,965.93 |

# Transaction Details

### PURCHASE AND SALES

| Transaction Date | Acct Type | Description | Activity | Investment Share Price | Amount | Amount of Shares | Accrued Interest |
|---|---|---|---|---|---|---|---|
| 11/30/2009 | 1 | TCW/GALILEO MMKT FD AS OF 11/30/2009 | REINVEST DIV | 0.0000 | ($261.37) | | |
| | | TOTAL | | | ($261.37) | | |



**SG Americas Securities, LLC**
1221 Avenue of the Americas
New York, NY 10020-1001
212-278-6000

CORPORATE &
INVESTMENT BANKING

Statement Period: November 1, 2009 - November 30, 2009
Account Owner: AMERINDO TECHNOLOGIES GROWTH FD
A/C OPTIONS
JAMES ST ABLEFORD GARY TANAKA
43 UPPER GROSVENOR STREET
LONDON W1X 9PG
ENGLAND

Account Number: 64524357
SG CONTACT: CLOSED ACCOUNTS

## Transaction Details

### INCOME
**OTHER**

| Date | Acct Type | Description | Amount | Number of Shares | Detail |
|---|---|---|---|---|---|
| 11/30/2009 | 1 | TCW/GALILEO MMKT FD 113009  3,147.298.45000 | $307.49 | | DIVIDEND |
| | | **TOTAL** | **$307.49** | | |

## Cash Flow Analysis

### CHRONOLOGICAL TRANSACTION SUMMARY

| Date | Acct Type | Activity | Description | Shares | Debits | Credits | Balance |
|---|---|---|---|---|---|---|---|
| | | | **BEGINNING BALANCE** | | | | $0.00 |
| 11/30/2009 | 1 | DIVIDEND | TCW/GALILEO MMKT FD | | | 307.49 | 307.49 |
| 11/30/2009 | 1 | REINVEST DIV | TCW/GALILEO MMKT FD | | 261.37 | | 46.12 |
| 11/30/2009 | 1 | NRA TAX | TCW/GALILEO MMKT FD | | 46.12 | | 0.00 |
| | | | **ENDING BALANCE** | | **$307.49** | **$307.49** | **$0.00** |

## Special Information for You

SG Americas Securities, LLC ("SGAS") is not a bank. Securities and other non-deposit investment products recommended or sold to customers by SGAS or your introducing broker are not insured by the Federal Deposit Insurance Corporation; are not deposits or other obligations of any depository institution and are not guaranteed by any depository institution; and are subject to investment risks, including possible loss of the principal amount invested. Please see information on applicable SIPC insurance on the back of page one of this statement.

If your account is holding a warrant, a note, an over-the-counter derivative, or hedge fund shares, the Portfolio Value for such product is an estimated value due to the illiquid nature of such security. Moreover, the Portfolio Value does not necessarily represent a price at which you can sell such product or a representation by SGAS that there is a market for such product or that SGAS will make a market for such product.