USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

Defendants.

No. 05 Crim. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Clerk of the Court is respectfully directed to docket the attached letter.

Dated: January 22, 2010
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

**Subject:** Vilar Sentencing
**From:** "John Burke" <JBurke@avatar-associates.com>
**Date:** Fri, 22 Jan 2010 12:01:49 -0500
**To:** <sullivannysdchambers@nysd.uscourts.gov>

Judge Sullivan,

I would like to take the time to put some thoughts out regarding the upcoming sentencing of Albert Vilar. My name is John Burke and my mother, Patricia Burke, happens to be Mr. Vilar's sister. I am therefore his nephew. This is not easy for me since Mr. Vilar was an instrumental part of my early life, he afforded me many opportunities, namely that of an education. However, as Mr. Vilar's career and life grew larger than life distance has prevailed for several years.

In 1980 my mother gave Mr. Vilar the proceeds from the sale of her family house to invest for her retirement the sum of $150,000. He always claimed that her money was invested with his and was doing just fine, however when I asked in the summer of 2000 to see the statements and accounting for my mother's monies I was rebuffed and told how could I question his integrity. Needless to say my mother had no documentation that she had ever given her brother any monies and has been basically told she has nothing or any claim. My mother is not the only family relative that this situation has happened to, he has also done a similar scam on his cousins, his mother's nieces and nephews.

The monies due my mother as of the 2000, based on Amerindo published returns, on an original investment of $150,000 in 1980 would have come to approximately $8 million. My point in all of this is that for all the contrition Mr. Vilar may be showing at this time it is nonetheless false. He has totally screwed his family and to date has never attempted to make amends for such a gross violation of trust. Unfortunately, my mother still believes in him and even though he has refused any contact with her she steadfastly has stood behind him. I, on the other hand, having questioned him and found myself the ire of his disdain do not believe him to be contrite or feel that he should be dealt with any form of leniency until he proposes some remedy to those he has cheated.

I would like to thank you for taking the time to read my email and hope you see this man as self absorbed asshole he is.

Thank you,
John A. Burke

---

John A. Burke
Avatar Associates, LLC
575 Lexington Avenue 8th Floor
New York, NY 10022
212-624-1892(voice)
212-624-1934(fax)

Notice of disclosure and disclaimer: Although the information contained in this e-mail communication has been obtained from sources we believe to be reliable, we do not guarantee its accuracy, and such information may be incomplete or condensed. All data, estimates and opinions included in this e-mail constitute judgment as of the date of the respective material, and are subject to change without notice. Accompanying material is for informational purposes only and should not be considered a solicitation. We may not advise you as to any changes in our views. This material is not intended for public consumption, distribution or reproduction. Notice of confidentiality: The information contained herein is intended only for the confidential use of the recipient. If the reader of this message is not the intended recipient, or person responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this in error, please notify the sender immediately by telephone at 212-624-1900, and destroy this e-mail message.