**HOSPITAL
FOR
SPECIAL
SURGERY**



**Specialists
in Mobility**

January 20, 2010

Hon. Richard J. Sullivan
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Sullivan,

    I was asked to provide information related to the philanthropy of Alberto Vilar and the Hospital for Surgery. In the late 1990's, Mr. Vilar had been a patient at hospital and had requested information regarding donating to our efforts in clinical research. As there were few electronic systems to collect clinical research information, I felt that a donation towards this effort would be meaningful and lasting. This effort also aligned with his interest in technology.

    In those years he donated over $2 million dollars which was used directly to design, construct and implement a software system for the collection of clinical research data in a safe and reliable system.

    This system is still in very active use at our hospital and has facilitated major research efforts in arthritis, joint replacement and trauma. It is the core technology for several Federal grants and international studies.

    If seek more details, please feel free to contact me.

Sincerely,

Robert N. Hotchkiss, MD

RNH/jt


Cc: Jonathan Marks, P.C.
    220 Fifth Avenue, Suite 300
    New York, NY 10001

**Robert N. Hotchkiss, MD**
Director of Clinical Research

Office location:
535 East 70th Street
New York, NY 10021
tel 212.774.2086
fax 212.774.2301
e-mail hotchkissr@hss.edu