# The Metropolitan Opera

Sarah Billinghurst

Honorable Richard J. Sullivan
United States District Court
For the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

January 27, 2010

RE: Alberto Vilar

Dear Judge Sullivan,

I am writing this letter not as a representative of The Metropolitan Opera, but only in my personal capacity to express my own opinion. I have known Alberto Vilar for over fifteen years. In my many encounters with Mr. Vilar I always found him to be a very honorable human being who cared passionately for the opera art form. He was extremely generous with both his time and his money to this organization and many other non-profit arts organizations. I personally believe that his generosity had a great and positive influence on the arts organizations he supported.

Regards,

*Sarah Billinghurst*