UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ALBERTO WILLIAM VILAR and<br>GARY ALAN TANAKA,<br><br>Defendants. | No. 05 Cr. 621 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

The Clerk of the Court is respectfully directed to docket the attached letter.

Dated:     February 4, 2010
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/5/10



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 4, 2010

**By E-Mail**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

              Re:  **United States** v. **Vilar and Tanaka**,
                    S3 05 Cr. 621 (RJS)

Dear Judge Sullivan:

       The Government respectfully submits this letter in connection with the February 5, 2010 sentencing of Alberto Vilar, in response to the February 4, 2010 letter of Jonathan Marks, Esq. (the "Letter"), counsel for Mr. Vilar.

       The undersigned spoke to Mr. David Petercsak of JP Morgan Chase this evening upon receiving the Letter.  Mr. Petercsak informed the undersigned that he told Mr. Marks that: (a) typically assets are frozen as a result of a request by the Government or by a restraining order; and (b) he does not know for sure why the Amerindo assets were frozen in this case.  I read Mr. Petercsak the sentence in the Letter which states, "Today Mr. David Petercsak of JP Morgan Chase informed me that the funds have been frozen since 2005 at the request of the U.S. Attorneys's Office or the SEC or both."  Mr. Petercsak stated he had not said that and that he thought that he had made it clear

Hon. Richard J. Sullivan
February 4, 2010
Page 2

to Mr. Marks that he did not know why the assets had been "frozen."

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney

              By: _____
                      Marc Litt
                      Benjamin Naftalis
                      Assistant United States Attorneys
                      (212) 637-2295/2456

cc:  Glenn Colton, Esq. (by email)
     Jonathan Marks, Esq. (by email)
     David Petercsak (by email)