UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2012
```

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR, *et al.*,

Defendants.

No. 05 Cr. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On July 13, 2012, Defendants filed a motion to "preclude government from forfeiture discussions that exclude Defendants," and "to suggest that Defendants manage UK pension trust funds." (Doc. No. 529.) Pursuant to the Order of Forfeiture of Substitute Assets, the government currently has custody of various accounts and funds including the UK pension trust fund. (Doc. No. 463.) It is not clear what the source of the Court's authority would be to dictate what conversations the government can have, or to appoint a manager of forfeited assets in a criminal case, and Defendants have cited to none. Indeed, to the extent that Defendants have an interest in the assets that the government has seized and contend that they are being handled in a manner inconsistent with UK law, it appears that that issue may be more appropriately taken up in a different forum.[1] Accordingly, Defendants' motion is HEREBY DENIED. The Clerk of the Court is respectfully directed to terminate the motion located at Doc. No. 529.

SO ORDERED.

Dated:   July 17, 2012
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that on July 17, 2012, it issued an Order in the related case *Securities and Exchange Commission v. Amerindo Investment Advisors, LLC*, No. 05 Civ. 5231 (RJS), regarding the appointment of a receiver to manage assets in that case.