UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 05-CR-621 (RJS) |
| v. | : | MOTION FOR |
| ALBERTO VILAR and GARY TANAKA | : | BAIL PENDING APPEAL |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that upon the annexed declaration of Vivian Shevitz, as well as those in the Second Circuit Court of Appeals (No. 10-521), the declarations of Gary Tanaka and of Walter Pfaeffle, the Order granting bail in the Mandell case, and in light of the fact that bail has been discussed and considered by the parties previously,

Defendants Alberto Vilar and Gary Tanaka move for an Order granting bail pending appeal.

September 4, 2012

____/s/_____

Vivian Shevitz