# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

N.Y.S.D. Case #
05-cr-0621(RJS)

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of October, two thousand twelve,

Present:
    Jon O. Newman,
    Josè A. Cabranes,
    Chester J. Straub,
         *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/03/2012

United States of America,

    Appellee,

    v.

Alberto Vilar and Gary Alan Tanaka

    Defendants-Appellants.

10-521(L),
10-580(CON),
10-4639-cr(CON)

The motion for bail pending appeal is GRANTED and the case is REMANDED to the District Court for consideration and entry of a bail order setting appropriate conditions. For this limited purpose, the mandate shall issue forthwith.

        For the Court:
        Catherine O'Hagan Wolfe
        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/02/2012