UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2012
```

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                    Defendants.

No. 05 Cr. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendants, dated October 2, 2012, requesting that Defendants be immediately released from custody on their own recognizance, and with the only additional condition that they waive objection to the application of the fugitive disentitlement doctrine, in light of the Second Circuit's summary order today granting Defendants' bail pending appeal. Accordingly, IT IS HEREBY ORDERED THAT the government shall reply to Defendants' request by noon tomorrow, October 3, 2012. The government's reply should state whether the government concurs with the terms proposed by Defendants or whether it believes additional terms should be imposed.

SO ORDERED.

Dated:      October 2, 2012
            New York, New York

                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE