S.D.N.Y.
05-cr. 621
Sullivan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of October, two thousand twelve,

Present:
    Jon O. Newman,
    José A. Cabranes,
    Chester J. Straub,
        *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 12, 2012
```

United States of America,

        *Appellee*,

v.

        10-521-cr (L)
        10-580-cr (Con)
        10-4639-cr (Con)

Alberto Vilar and Gary Alan Tanaka

        *Defendants-Appellants*.

    Upon consideration of the Appellants' motion to modify the conditions of release on bail pending appeal, it is hereby ORDERED that the motion is DENIED, provided that the Government accept as financially responsible persons, without further submission of documents or interrogation, the three co-signers who signed bond papers for the Appellants in 2005, and provided further that inquiry by pretrial service, in person, by telephone, or otherwise, to ascertain the presence of the Appellants at their respective residences shall not occur during the hours of 11 p.m. to 7 a.m. more than one night a week, which night may vary in the discretion of pretrial services.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/11/2012