UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2012
```

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

Defendants.

No. 05 Cr. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On October 5, 2012, the Court issued an Order setting forth bail conditions for Defendants. On October 12, 2012, the Court received a request from Pretrial Services to modify Defendant Tanaka's bail conditions to accommodate his medical needs. Accordingly, IT IS HEREBY ORDERED THAT Defendant Tanaka shall be subject to a curfew as set by Pretrial Services. IT IS FURTHER ORDERED THAT Pretrial Services shall enforce the curfew by any means of electronic monitoring, including GPS monitoring, that Pretrial Services deems appropriate. Nothing in this Order should be interpreted to countermand the Court's previous order that Defendant Tanaka must obtain permission from Pretrial Services prior to traveling outside his district of residence for medical treatment

SO ORDERED.

Dated:     October 15, 2012
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE