

MEMO ENDORSED

Vivian Shevitz
Attorney at Law
401 Cumberland Ave. – Apt. 609
Portland, Maine 04101
(207) 899-2502
(914) 763-2122 (cell)
Vivian@shevitzlaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-13

May 15, 2013

Hon. Richard J. Sullivan (by email)
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Alberto Vilar  05 cr 621 (RJS)

Dear Judge Sullivan:

   I write to request a modification of travel restrictions for Alberto Vilar, to include the Eastern District of New York.

   I asked Dennis Khilkevich, Pretrial Services Officer, for permission for Mr. vilar to leave his domicile an hour early Sunday to help a friend in Jamaica Estates move.  He agreed to a half hour, but now has notified me that Mr. Vilar cannot travel to Queens without the Court's permission.   I ask the Court to extend Mr. Vilar's travel to the Eastern District of New York.

                                              Very truly yours,

                                              /s/
                                              _____
                                              Vivian Shevitz

Cc:  Benjamin Naftalis, AUSA
     Dennis_Khilkevich@nyspt.uscourts.gov
     Rebecca_Smith@nyspt.uscourts.gov

SO ORDERED_____
Dated:
        5/16/13                    RICHARD J. SULLIVAN
                                   U.S.D.J.