

john a burke
<jaburke18@yahoo.com>
09/24/2013 10:43 AM

Please respond to
john a burke
<jaburke18@yahoo.com>

To  sullivannysdchambers@nysd.uscourts.gov
cc
bcc
Subject  Vilar Re Sentence

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-24-13
```

Judge Sullivan,

My name is John Burke, I happen to be Albert Vilar's nephew. My mother, Patricia, his sister was one of Amerindo's first investors in 1980. When my parents sold their family home and divorced she took the proceeds in the amount of $110,000 and invested it with Mr. Vilar and Amerindo. Over the course of 20 years she believed her monies to be invested with Mr. Vilar and Amerindo, Mr. Vilar insisted her funds were invested with him and Amerindo and experienced the same relative growth that Amerindo funds had over the years from 1980 to 2000, by using Amerindo's published returns her monies grew to an excess of $5 million dollars. What is hard to believe is that over that time period neither Mr. Vilar or Amerindo ever produced a single monthly statement. When I questioned this fact directly with Mr. Vilar on the eve of his grand 60th birthday I was informed that her monies were invested with his and that he was appalled that anyone could think he had done anything nefarious with her funds. We now know that was the case. To date Mr. Vilar has refused to talk to, respond to, or even admit that his sister was ever an investor with him and Amerindo. It is this lack of character that has put him in the position that he now finds himself in. I know that the resolution of this matter is not within your purview, however I believe it is pertinent in his upcoming resentencing to consider the lack of moral character that Mr. Vilar has exhibited to date. His sister, my mother, now suffers from Alzheimer's and is living with my sister. The monies he had were for her retirement and care, that is gone. He has no remorse for her current situation. It is my belief that there should be no reduction in his current sentencing and if I could add to it. The man is a sociopath, habitual liar with no remorse. He is only concern is for himself and how he will benefit and be recognized for it. If he didn't steal any funds why doesn't he address his sister's account and its whereabouts? Ask him that!

I would like to know the date at which the resentencing will be done so

that I may be in attendance. I am trying to have my mothers claim attached to the current suit looking for reparations, however I am not hopeful in that because of my mothers trust in her brother she has no formal documentation regarding her investment with him and Amerindo. The only chance she has is if Mr. Vilar were to admit he took her monies and invested them accordingly. There is a canceled check some where but I have not been able to locate to date. Any suggestions you might offer would be greatly appreciated.

Thank you for your time.

John Burke
203-722-2312