UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-30-13
```

UNITED STATES OF AMERICA

-v-

ALBERTO VILAR and GARY TANAKA,

Defendants.

No. 05 Cr. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the government shall file any submissions regarding bail by October 4, 2013. Defendants shall file any submissions in response by October 18, 2013. IT IS FURTHER ORDERED THAT the parties shall appear for a bail hearing on October 25, 2013 at 2:30 p.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse.

SO ORDERED.

Dated:   September 27, 2013
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE