Vivian Shevitz
Attorney at Law
46 Truesdale Lake Drive
South Salem, New York 10590
(914) 763-2122 (cell)
Vivian@shevitzlaw.com

Hon. Richard J. Sullivan (by email)
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:  US v. Alberto Vilar  05-cr-621 (RJS)
       Request For Late Curfew on Saturday October 12, 2013

Dear Judge Sullivan:

  Alberto Vilar has been offered free tickets to a sold-out opera this Saturday night, October 12, by the conductor, his original bail signer Valery Gergiev.  The opera does not let out until after his curfew.  Mr. Vilar would like the opportunity to socialize after the opera for a short time, and asks that his curfew be extended to 1:30 a.m. so that he does not have to miss the end of the opera and has an opportunity to talk with Mr. Gergiev briefly after the opera.

            Very truly yours,
            /s/
            Vivian Shevitz

Cc:  Dennis Khilkevich
  Izlia_Sanchez@nyspt.uscourts.gov
  Benjamin Naftalis, AUSA
  Alberto Vilar