Vivian Shevitz
Attorney at Law
46 Truesdale Lake Drive
South Salem, NY 10590
(914) 763-2122
Vivian@shevitzlaw.com

October 10, 2013

Hon. Richard J. Sullivan (email)
40 Centre Street – SDNY
New York, New York 10007

Re: US v. Vilar – 05 cr 621 – Request for reconsideration of
Denial of Late Curfew on October 12

Dear Judge Sullivan:

I ask for reconsideration of the Order (DOC 606) denying Mr. Vilar's request for a late curfew on October 12, 2013.

After I wrote the letter-request, Pretrial Services Officer Dennis Khilkevich wrote to me that he did not object.

While he just wrote me that he would defer to the fact that there is a curfew in place, as Your Honor wrote, I think it relevant that Mr. Khilkevich did not himself have an objection, and I ask the Court to reconsider.

Mr. Gergiev has invited Mr. Vilar (and others) to attend, and as Mr. Gergiev is conducting, Mr. Vilar would appreciate the opportunity to *not* disturb the conductor by having to leave the opera before it is over that night.   (The opera does not itself end until 11:35

I respectfully ask that the Court reconsider the denial of an extended curfew and that the Court extend Mr. Vilar's curfew on October 12, 2013 to 1:00 am, if not 1:30, so he can see the entire opera and get home.

                                    Very truly yours,

                                    /s/
                                    Vivian Shevitz

Cc:  Dennis Khilkevich
      Izlia Sanchez
      Benjamin Naftalis