UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-13
```

UNITED STATES OF AMERICA

-v-

ALBERTO VILAR, *et al.*,

                Defendants.

No. 05 Cr. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The clerk of the court is respectfully directed to terminate the motions pending at docket numbers 603, 605, and 607. These letter motions were previously addressed by memo endorsements.

SO ORDERED.

Dated:    October 10, 2013
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE