Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

Southern _____ District of New York _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 4, 2013

Caption:

United States of America

v.

Alberto Vilar and Gary Tanaka

Docket No.: 05cr621

Sullivan, J.

(District Court Judge)

Notice is hereby given that Alberto Vilar and Gary Tanaka (both CJA) appeals to the United States Court of
Appeals for the Second Circuit from the judgment _____; other | ✔ Collateral Order denying CJA funding to defend against taking of assets

(specify)

entered in this action on October 25, 2013.

(date)

This appeal concerns: Conviction only | _____ | Sentence only | _____ | Conviction & Sentence | _____ | Other | ✔

Defendant found guilty by plea | _____ | trial | ✔ | N/A | _____ .

Offense occurred after November 1, 1987? Yes | ✔ | No | _____ | N/A | _____

Date of sentence: 2/5/10 (vacated 10-521) N/A | _____

Bail/Jail Disposition: Committed | ✔ | Not committed | _____ | N/A |

Appellant is represented by counsel? Yes ✔ | No | _____ | If yes, provide the following information:

Defendant's Counsel: Vivian Shevitz

Counsel's Address: 46 Truesdale Lake Drive

South Salem, NY 10590

Counsel's Phone: 914 763 2122

Assistant U.S. Attorney: Benjamin Naftalis/ Justin Anderson

AUSA's Address: 1 St. Andrews Plaza NY NY 10007

AUSA's Phone:

Signature