UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 05 cr 621 (RJS) |
| | | NOTICE OF |
| v. | : | APPLICATON FOR |
| | | RECUSAL |
| ALBERTO VILAR  andGARY TANAKA | : | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE, that, upon the annexed memorandum/declaration of Vivian Shevitz, counsel to Alberto Vilar and for some purposes, including this motion, for Gary Tanaka, defendants move before this Court as soon as counsel can be heard for an Order recusing Judge Richard J. Sullivan for his appearance of impropriety and partiality in violating SDNY Local Rule 13 in that he has twice accepted and presided over civil cases as "related" to the criminal case despite the clear provision of that "related case" rule:  "(b) Criminal cases are not treated as related to civil cases or vice versa"

Dated:  November 7, 2013         _____/s/_____
                                 Vivian Shevitz
                                 Attorney for Defendants
                                 46 Truesdale Lake Drive
                                 South Salem, NY 10590
                                 914-763-2122
                                 Vivian@shevitzlaw.com