UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 05 cr 621 (RJS) |
| | | NOTICE OF |
| v. | : | APPLICATON FOR |
| | | RECUSAL |
| ALBERTO VILAR  and GARY TANAKA | : | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE, that, upon the annexed memorandum/declaration of Vivian Shevitz, counsel to Alberto Vilar and for some purposes, including this motion, for Gary Tanaka, defendants move before this Court as soon as counsel can be heard for an Order recusing Judge Richard J. Sullivan for his appearance of impropriety and partiality in violating SDNY Local Rule 13 in that he has twice accepted and presided over civil cases as "related" to the criminal case despite the clear provision of that "related case" rule:  "(b) Criminal cases are not treated as related to civil cases or vice versa"

Dated:  November 7, 2013              _____/s/_____
                                      Vivian Shevitz
                                      Attorney for Defendants
                                      46 Truesdale Lake Drive
                                      South Salem, NY 10590
                                      914-763-2122
                                      Vivian@shevitzlaw.com