USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-13

Vivian Shevitz
Attorney at Law
46 Truesdale Lake Drive
South Salem, NY 10590
914 763 2122
Vivian@shevitzlaw.com

**MEMO ENDORSED**

November 19, 2013

Hon. Richard J. Sullivan (email and ecf)
US District Court
Southern District of New York
40 Centre Street
NY, NY 10007

RE:  US v Vilar and Tanaka, 05 cr 621

Dear Judge Sullivan:

I write to ask for an adjournment of the date by which defendants are to surrender pursuant to the Court's revocation of bail. The Court of Appeals has now ordered the government to file a response by Thursday at 3 pm. (DOC 571, Second Circuit 10-521, 11/19/13).

I ask that the defendants be allowed to remain free pending consideration of the stay I have sought. I have called the Marshals to ask about medications and prostheses and the like, and the Marshalls say they do not even know what to do with these men, because they are sentenced and the status if unclear.

I ask that the Court delay this surrender until next Monday, November 25, 2013. The time allotted by this Court has not allowed for the appellate stay process.

Sincerely,
/s/
Vivian Shevitz

Cc: counsel

For the reasons set forth in the Court's November 19, 2013 Bail Order (Doc. No. 633), IT IS HEREBY ORDERED THAT the request is denied.

SO ORDERED
Dated:
/s/ RICHARD J. SULLIVAN
U.S.D.J.
11/19/13