**MEMO ENDORSED**

Vivian Shevitz
Attorney at Law
46 Truesdale Lake Drive
South Salem, New York 10590
(914) 763-2122 (cell)
Vivian@shevitzlaw.com

November 18, 2013

Hon. Richard J. Sullivan (by email)
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOC
ELE
DOC
DATE: 11-26-13

Re: US v. Alberto Vilar  05-cr-621 (RJS)
Request For Travel over Thanksgiving
November 27-December 2, 2013

Dear Judge Sullivan:

I write to request permission of the Court for Alberto Vilar to travel to Miami, Florida over Thanksgiving weekend. He will be driving with his significant other and the trip will include visiting his godson (bail signer) Karl Gaztambide.

Mr. Vilar plans to start the drive on Wednesday November 27, 2013, with overnights along the way until they reach Miami Thursday. They will return home on the morning of Monday December 2, 2013 after returning late and remaining in Queens Sunday night.

AUSA Naftalis and Pretrial Services Officer Khilkevich have been consulted and both do not object. Mr. Khilkevich suggests the same conditions as when Mr. Vilar traveled to Florida September 4-8, 2013 if the court deems those conditions necessary. I ask that Mr. Vilar be allowed to phone pretrial services as he did when traveling to Puerto Rico in 2008.

We will supply details of where Mr. Vilar will stay during the travel and contact information to Mr. Khilkevich with the Court's permission. Thank you for your early attention to this matter.

Very truly yours,
/s/
Vivian Shevitz

Cc: Dennis Khilkevich (email)
Izlia_Sanchez@nyspt.uscourts.gov
Benjamin Naftalis, AUSA (email)

For the reasons set forth in the Court's bail revocation Order (Doc. No. 633), IT IS HEREBY ORDERED THAT the request is denied.

SO ORDERED
Dated: 11/25/13
RICHARD J. SULLIVAN
U.S.D.J.