Vivian Shevitz<br>
Attorney at Law<br>
46 Truesdale Lake Drive<br>
South Salem, New York 10590<br>
(914) 763-2122 (cell)<br>
Vivian@shevitzlaw.com

March 10, 2014

Hon. Richard J. Sullivan (by email)
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

        Re:  *United States v. Vilar*, 05 cr 621 (RJS)
             Request for bail and appointment of CJA associate
.

Dear Judge Sullivan:

    I write (with the help of a colleague, while I am (today) in wrist surgery) to join in the bail application made by Mr. Tanaka's counsel, Fred Cohn, for bail pending resentencing.  I vitally need access to my clients during this period of preparation for resentencing and for the SEC matters.    (If it would facilitate bail, I would be willing to have Mr. Vilar stay at my residence during this period.)

    I also ask the Court to appoint a second counsel to assist me in the resentencing process.   (I note that Mr. Cohn has an associate working with him.  I have no associate and no "staff.")

                                Very truly yours,
                                /s/
                                Vivian Shevitz

Cc:  Benjamin Naftalis
     Justin Anderson
     Fred Cohn