UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA                    **NOTICE OF APPEARANCE**
                                            05 Cr. 621 (RJS)

    -against-


ALBERTO VILAR,

        Defendant.
-------------------------------------------------------x

    Undersigned counsel hereby notes her appearance on behalf of defendant ALBERTO VILAR in the above captioned matter and requests that she receives Notices of Electronic Filing in this case.


Dated: New York, New York
      March 18, 2014

                                              Respectfully submitted,

                                              __/S/Ying Stafford_____
                                              Ying Stafford, Esq.
                                              276 Fifth Avenue, Suite 501
                                              New York, New York 10001
                                              (212) 689-3858 voice
                                              (212) 689-0669 facsimile
                                              ying@staffordesq.com