UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

Defendants.

No. 05 Cr. 621 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-20-14

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendant Vilar, dated March 19. 2014, joined by Defendant Tanaka, requesting an adjournment of the deadline for Defendants' sentencing submissions, requesting to make their submission after the government, and arguing that they will be entitled to a jury trial on any sentence of criminal forfeiture. (Doc. No. 660.) The government opposes Defendants' request for the government to makes its submission first. (Doc. No. 659.) Accordingly, IT IS HEREBY ORDERED THAT the government shall make its sentencing submission on March 31, 2014. Defendants shall make their sentencing submissions on April 14, 2014. Once the Court has reviewed the parties' submissions, it will determine whether any additional hearings or trials are necessary. IT IS FURTHER ORDERED THAT Defendant Tanaka's sentencing is adjourned to April 24, 2014 at 9:30 a.m. and Defendant Vilar's sentencing is adjourned to April 24, 2014 at 11:00 a.m.

SO ORDERED.

Dated: March 20, 2014
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE