Vivian Shevitz  
Attorney at Law  
46 Truesdale Lake Drive  
South Salem, New York 10590  
914-763-2122  
Fax 888-859-0158  
vivian@shevitzlaw.com

April 23, 2014

Honorable Richard J. Sullivan, U.S.D.J.  
Southern District of New York  
40 Foley Square, Room 2104  
New York, New York 10007

Re: <i>United States v. Vilar</i> 05 Cr. 621 (RJS)

Dear Judge Sullivan:

     I write in response to the Court's order of today's date, requesting that the parties inform the Court "by the close of business today" whether they have reason to believe the Mayer statement is "not authentic or accurate."   Unfortunately, this is impossible.

     I am unable to meet with my clients at MDC by the close of business today, and have no way to forward a statement to them at MDC.   I am not prepared, as counsel, to make any statement without my clients' input.  I can show it to them tomorrow morning, but cannot get to MDC Brooklyn between now and the end of the day.

Respectfully,  
/s/  
Vivian Shevitz

cc:  Frederick Cohn  
     Benjamin Naftalis  
     Justin Anderson  
     Ying Stafford