

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 23, 2014

**BY EMAIL**

The Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York  10007

    Re:    <u>United States</u> v. <u>Vilar and Tanaka</u>,
           S3 05 Cr. 621 (RJS)

Dear Judge Sullivan:

      The Government writes in response to the Court's April 23, 2014 Order, requesting that the parties inform the Court whether they have any reason to believe that June 30, 2004 statement from Amerindo Investment Advisors, Inc. to the Mayer family (and attached to the April 22, 2014 letter from Paul Begos, Esq.) is inauthentic or inaccurate.

      The Government has no reason to doubt the authenticity or accuracy of the June 30, 2004 statement.  In particular, based on a review of Tanaka Exhibit FZ (admitted at trial and attached hereto), it appears that Renata Tanaka sent Joe Tesoriere, a representative for the Mayers, a June 2004 statement by fax on August 11, 2004.  (Trial Tr. 1285-86).

                                           Respectfully submitted,

                                           PREET BHARARA
                                           United States Attorney

By: _____
       BENJAMIN NAFTALIS / JUSTIN ANDERSON
       Assistant United States Attorneys
       (212) 637-2456 / -1035

Encl.
cc: Defense Counsel (by email)

# AMERINDO INVESTMENT ADVISORS, INC.

Avenida Samuel Lewis
Edificio Plaza Obarrio
Apartado 5215
Panama 5, Panama
Tel: (507) 264-9673
Fax: (507) 264-9667

August 11, 2004

Mr Joseph L.A. Tesoriere
327 Riverside Avenue
Westport CT 06880

**BY FACSIMILE   203 222 4833**

Dear Joe:

As promised, please find enclosed two Statements of Account for the period ending June 30, 2004, reflecting investments the Mayer's family have with Amerindo Investments Advisors, Inc.

Please note that we paid interest at the rate of 5% per annum from January 1, 2004 till May 30, 2004. The interest rate applied may alter once we have finalised our discussions.

On a personal note I thank you for understanding of my family situation, which prevented me from spending adequate amount of time to bring all the outstanding issues to the end.

With kind regards,

*[signature]*

Renata Tanaka

DEFENDANT'S EXHIBIT
Tanaka
FZ

AUK-32-02150