**Criminal Notice of Appeal - Form A**

**NOTICE OF APPEAL**

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 24 2014

Caption:
USA v.

ALBERTO VILAR

Docket No.: 05cr621
Sullivan J
(District Court Judge)

Notice is hereby given that Alberto Vilar appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)
entered in this action on April 24 2014
(date)

This appeal concerns: Conviction only |___| Sentence only |✓| Conviction & Sentence |___| Other |✓| and denial of Rule 33 motion

Defendant found guilty by plea |  | trial |✓| N/A |  |.

Offense occurred after November 1, 1987? Yes |✓| No |__| N/A |__|

Date of sentence: 4-24-14   N/A |__|

Bail/Jail Disposition: Committed |___| Not committed |  | N/A |  |

Appellant is represented by counsel? Yes ✓ | No |   | If yes, provide the following information:

Defendant's Counsel: Vivian Shevitz
Counsel's Address: 46 Truesdale Lake Drive
South Salem, NY 10590
Counsel's Phone: 914 763 2122   vivian@shevitzlaw.com

Assistant U.S. Attorney: Benjamin Naftalis/ Justin Anderson
AUSA's Address: 1 St. Andrews Plaza
NY NY 10007
AUSA's Phone:

Signature