USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-14-14

Vivian Shevitz
Attorney at Law
46 Truesdale Lake Drive
South Salem, New York 10590
914-763-2122
Fax 888-859-0158
vivian@shevitzlaw.com

October 11, 2014

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

# MEMO ENDORSED

Re:  United States v. Alberto Vilar
     CJA Matter - 05 Cr. 621 (RJS)

Dear Judge Sullivan:

By Order filed March 17, 2014 (attached), Your Honor appointed Ying Stafford as associate counsel to assist in the sentencing of Alberto Vilar. Your Honor approved Ms. Stafford's work at $90 per hour, *nunc pro tunc* to March 15, 2014, up to 75 hours' work. Due to the press of obligations in other cases and a number of medical/health issues I have suffered[1], Ms. Stafford and I have just completed the CJA voucher for work on resentencing. We are submitting the voucher to the CJA clerk.

Ms. Stafford's work exceeded 75 hours' time. This happened during the time of preparing Mr. Vilar's resentencing documents. The time constraint of the filing deadlines (along with my recovery from a brokern wrist) prevented us from requesting an Order approving additional hours at the time. Thereafter, we were delayed in preparing the CJA voucher.

The voucher will show Ms. Stafford's hours totaled 143.7. Her work consisted of researching facts and mitigating factors, analysis of mitigating factors, conferring with and reviewing mitigation sources, editing, fact-checking, and cite-checking submissions. I request that the Court approve Ms. Stafford for a total of 143.7 hours, at $90/hour, for her work *nunc pro tunc* to March 15, 2014 and attach a proposed order and the March 17 Order authorizing 143.7 hours.

Respectfully submitted,
/s/
Vivian Shevitz

---

[1] Most recently the Court of Appeals granted an extension in 14-2425 because of an episode resulting in emergency personnel coming to my home, for which I am still undergoing a battery of testing. I am endeavoring to stay current in all my cases but have been delayed.

IT IS HEREBY ORDERED THAT Defendant's request for additional hours is GRANTED *nunc pro tunc*. However, Counsel shall submit the proper CJA voucher forms with attachments.

SO ORDERED.
Date: 10/14/14
RICHARD J. SULLIVAN
U.S.D.J.