Law Office of

# Michael K. Bachrach

276 Fifth Avenue, Suite 501
New York, N.Y. 10001
--------------
Tel. (212) 929-0592 • Fax. (866) 328-1630

Michael K. Bachrach *       http://www.mbachlaw.com
\* admitted in N.Y., MN and D.C.      michael@mbachlaw.com

August 14, 2018

<u>By ECF</u>

The Hon. Richard J. Sullivan
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2304
New York, NY 10007

         *Re: United States v. Alberto Vilar, et al.,*
         *05 Cr. 621 (RJS)*

Dear Judge Sullivan:

     I represent Defendant Alberto Vilar in the above-referenced matter. I was originally appointed to represent Mr. Tanaka on appeal, and then my appointment was extended to cover his re-sentencing before Your Honor after the case was remanded. I am in receipt of the Government's Motion, filed this evening, August 14, 2018, Seeking an Order of Forfeiture as to Substitute Assets of Mr. Vilar and co-defendant Gary Tanaka, as well as the co-defendant Tanaka's request for "a reasonable opportunity to review the record in this case and file a Motion in opposition if warranted," also filed this evening. On behalf of Defendant Alberto Vilar, I hereby join co-defendant Tanaka's request for a reasonable opportunity to review the record and file a response to the Government's motion, if warranted.

     Thank you for your time and consideration.

                                             Respectfully submitted,

                                             Michael K. Bachrach
                                             *Attorney for Defendant Alberto Vilar*

cc:     All counsel of record (by ECF)