UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS INC., *et al.*,

    Defendants.

No. 05-cv-5231 (RJS)

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR, *et al.*,

    Defendants.

No. 05-cr-621 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court in receipt of the government's letter, dated December 6, 2019, responding to the petitions filed *pro se* by Angelika Jordan and Lauranne Christov and proposing next steps in this matter. (Doc. No. 844.) In light of the government's ongoing discussions with Petitioners, IT IS HEREBY ORDERED THAT any motions to dismiss the Petitions for Substitute Assets shall be filed by January 21, 2020, any opposition briefs shall be filed by February 20, 2020, and the government's reply to any opposition briefs shall be filed by March 5, 2020.

SO ORDERED.

Dated:    December 9, 2019
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation