UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS INC., *et al.*,

      Defendants.

No. 05-cv-5231 (RJS)

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR, *et al.*,

      Defendants.

No. 05-cr-621 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

  The Court is in receipt of the attached letter from Laurie Christov, dated January 2, 2020. The Clerk of the Court is respectfully requested to add Ms. Christov to the 05-cr-621 docket as an interested party. Any petitions in response to the Second Preliminary Order of Forfeiture as to Substitute Assets should be sent to: "Criminal Docketing, Daniel Patrick Moynihan United States Court House, 500 Pearl Street, Room 520, New York, New York, 10007."

SO ORDERED.

Dated:  January 13, 2020
     New York, New York

                  RICHARD J. SULLIVAN
                  UNITED STATES CIRCUIT JUDGE
                  Sitting by Designation



**825 College Blvd. #327 Oceanside, CA 92057 Ph 310 503-0224 email: laurie.christov@yahoo.com**

VIA CERTIFIED RETURN RECIEPT					January, 2, 2020
The Honorable Richard J. Sullivan
United States Circuit Judge Sitting by Designation
United States District Court
Southern District of New York
Clerk's Office
500 Pearl Street
New York, NY 10007

<u>Re: United States of America v. Alberto William Vilar and Gary Alan Tanaka</u>
05 Cr. 621(RJS)

Dear Honorable Judge Sullivan,

    I am writing you today in regards to the above referenced case to request that my name be added to the list and placed on the Docket of # 05 Cr. 621 (RJS) as a legal interested party to the property that has been ordered forfeited to the United States pursuant to Federal Statute Title 21, United States Code, Section 853(n). I am the surviving spouse of Latchezar Christov, one of the claimants of the above referenced case who is now deceased.

    Enclosed is a copy of my marriage certificate and my husband's death certificate for your file. I also have enclosed a copy of the Amended Proof of Claim Form that was sent to the Receiver, Ian Gazes, dated July 7, 2015. This request was to amend the list (Claimant 27) and be put in my name Lauranne Christov, after the death of my husband on January 16, 2015.

    Enclosed you will find a copy of the letter of the Second Preliminary Order of Forfeiture as to Substitute Assets sent by the U.S. Department of Justice, United States Attorney, Southern District of New York dated December 19, 2019. According to the letter I have the right to petition for a hearing to adjudicate the validity of my interest in the Additional Assets with the Court within 30 days of the receipt of the notice.

    Alternatively, a petition is now being filed as a legal interested party through the Pro Se Intake Unit, United States District Court, Room 105, 40 Foley Square, New York, New York, 10007.

    I appreciate your prompt attention in this matter.

Sincerely,

*Lauranne Christov*
Lauranne Christov



**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 19, 2019 

**VIA CERTIFIED RETURN RECEIPT**

Estate of Latchezar Christov
c/o Laurie Christov
825 College Blvd. #327
Oceanside, CA 92057

Re: <u>United States</u> v. <u>Alberto William Vilar and Gary Alan Tanaka</u>
05 Cr. 621 (RJS)

Dear Ms. Christov:

    Enclosed is a copy of the Second Preliminary Order of Forfeiture as to Substitute Assets that has been filed in the above-captioned case in the Southern District of New York. Please note that this is being sent as a substitute for the notice previously mailed on August 22, 2019 to Mr. Latchezar Christov at 360 Lexington Avenue, New York, New York 10017, which was subsequently returned to our office for insufficient address on September 17, 2019.

    Pursuant to Title 21, United States Code, Section 853(n), persons other than the defendant who wish to assert a legal interest in property that has been ordered forfeited to the United States must file a petition for a hearing to adjudicate the validity of their alleged interest in the property with the Court within thirty days (30) of the final publication of notice, or receipt of actual notice, whichever is earlier.

    In addition, the petition must be signed by the petitioner under penalty of perjury and must set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the claim, and the relief sought.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By: _____
Alexander J. Wilson
Co-Chief, Money Laundering and
Transnational Criminal Enterprises Unit
Assistant United States Attorney
Tel. (212) 637-2453

Enclosure

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

UNITED STATES OF AMERICA

-v.-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                      Defendants.

-------------------------------------------------------------- x

**SECOND PRELIMINARY ORDER OF FORFEITURE AS TO SUBSTITUTE ASSETS**

05 Cr. 621 (RJS)

WHEREAS, on or about August 15, 2006, ALBERTO WILLIAM VILAR and GARY ALAN TANAKA (together, the "Defendants") were charged in a twelve-count Superseding Indictment, S3 05 Cr. 621 (KMK) (the "Indictment"), with securities fraud, investment adviser fraud, mail fraud, wire fraud, and money laundering, and conspiracy to commit such offenses;

WHEREAS, on or about November 19, 2008, a jury returned a guilty verdict against Defendant Vilar on all twelve counts of the Indictment and against Defendant Tanaka on Counts One, Three and Four of the Indictment;

WHEREAS, on or about April 25, 2014, the Court entered Preliminary Orders of Forfeiture/Money Judgment imposing joint and several money judgments against the Defendants in the amount of $20,578,855.28, representing the amount of proceeds they obtained as a result of the offenses (the "Money Judgments") (Dkt. Nos. 684 & 687);

WHEREAS, on or about August 2, 2019, the Court entered a Preliminary Order of Forfeiture as to Substitute Assets (Dkt. No. 802) forfeiting all of Defendants' right, title and interest in certain funds and brokerage accounts (the "Substitute Assets"), finding that, due to the

acts or omissions of the Defendants, the proceeds of the offenses cannot be located upon the exercise of due diligence, have been transferred, sold to or deposited with a third party, have been placed beyond jurisdiction of the Court, or have been commingled with other property which cannot be divided without difficulty;

WHEREAS, the Substitute Assets are not sufficient to fully satisfy the Money Judgments; and

WHEREAS, the Government has identified the following additional assets in which the Defendants have an ownership interest:

    a.    J.P. Morgan Chase brokerage account number 102-05012 MOD, held in the name of the Trustees of the Amerindo Advisors (UK) Ltd. Ret. Benefits Scheme

(the "Additional Assets").

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All of the Defendants' right, title and interest in the Additional Assets are hereby forfeited to the United States of America, for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n), except to the extent that the total portion of the Substitute Assets and the Additional Assets ultimately forfeited to the United States in a Final Order of Forfeiture after the adjudication of all third party interests exceeds the amount of the Money Judgments.

2. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally

published in newspapers. The United States forthwith shall publish notice of this Second Preliminary Order of Forfeiture of Substitute Assets for at least thirty (30) consecutive days. Any person, other than the Defendants, claiming interest in the Additional Assets must file a Petition within sixty (60) days from the first day of publication of the notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier. The government shall respond to any Petition(s) within thirty (30) days of receipt.

3. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Additional Assets, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Additional Assets, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Additional Assets, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

4. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

5. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Additional Assets pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed. All Additional Assets forfeited to the United States under a Final Order of Forfeiture shall be applied towards the satisfaction of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate

or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Second Preliminary Order of Forfeiture as to Substitute Assets, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Second Preliminary Order of Forfeiture as to Substitute Assets to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

SO ORDERED.

Dated: December 9, 2019
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation



# CERTIFICATION OF VITAL RECORD

## COUNTY OF LOS ANGELES • REGISTRAR-RECORDER

### LICENSE AND CERTIFICATE OF MARRIAGE

STATE FILE NUMBER: 13534
MUST BE LEGIBLE—MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

**GROOM PERSONAL DATA**
- 1A. NAME OF GROOM—FIRST (GIVEN): LATCHEZAR
- 1B. MIDDLE:
- 1C. LAST (FAMILY): CHRISTOV
- 2. DATE OF BIRTH—MONTH, DAY, YEAR: MAR 22, 1939
- 3A. RESIDENCE—STREET AND NUMBER: 607 SKYLINE TRAIL
- 3B. CITY: TOPANGA
- 3C. ZIP CODE: 90290
- 3D. COUNTY: LOS ANGELES
- 4. STATE OF BIRTH: BULGARIA
- 5. MAILING ADDRESS—IF DIFFERENT:
- 6. NUMBER OF PREVIOUS MARRIAGES: 1
- 7A. LAST MARRIAGE ENDED BY: DISSOLUTION
- 7B. DATE—MONTH, DAY, YEAR: MAR 7, 1972
- 8A. USUAL OCCUPATION: INVESTMENTS
- 8B. USUAL KIND OF BUSINESS OR INDUSTRY: SECURITIES
- 9. NUMBER OF HIGHEST GRADE COMPLETED: 17+
- 10A. FULL NAME OF FATHER: LUBEN CHRISTOV
- 10B. STATE OF BIRTH: BULGARIA
- 11A. FULL MAIDEN NAME OF MOTHER: KISSELINCHEN, LILLIANA
- 11B. STATE OF BIRTH: BULGARIA

**BRIDE PERSONAL DATA**
- 12A. NAME OF BRIDE—FIRST (GIVEN): LAURANNE
- 12B. MIDDLE: CHRISTINE
- 12C. CURRENT LAST (FAMILY): YOUNG
- 12D. MAIDEN LAST (FAMILY):
- 13. DATE OF BIRTH: APRIL 27, 1961
- 14A. RESIDENCE—STREET AND NUMBER: 607 SKYLINE TRAIL
- 14B. CITY: TOPANGA
- 14C. ZIP CODE: 90290
- 14D. COUNTY: LOS ANGELES
- 15. STATE OF BIRTH: CA
- 16. MAILING ADDRESS—IF DIFFERENT:
- 17. NUMBER OF PREVIOUS MARRIAGES: 0
- 18A. LAST MARRIAGE ENDED BY:
- 18B. DATE:
- 19A. USUAL OCCUPATION: INTERIOR DESIGN
- 19B. USUAL KIND OF BUSINESS OR INDUSTRY: INTERIOR DESIGN
- 20. NUMBER OF HIGHEST GRADE COMPLETED: 17+
- 21A. FULL NAME OF FATHER: EDWARD PARK YOUNG, JR.
- 21B. STATE OF BIRTH: CA
- 22A. FULL MAIDEN NAME OF MOTHER: JACQULINE JAY CURRIE
- 22B. STATE OF BIRTH: MICHIGAN

**AFFIDAVIT**: WE, THE UNDERSIGNED, AN UNMARRIED MAN AND UNMARRIED WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR A LICENSE AND CERTIFICATE OF MARRIAGE.
- 23. SIGNATURE OF GROOM
- 24. SIGNATURE OF BRIDE: Lauranne C. Young

**LICENSE TO MARRY**
- 25A. ISSUE DATE: MAY 10, 1990
- 25B. LICENSE EXPIRES AFTER: AUGUST 8, 1990
- 25C. LICENSE NUMBER: WE 43270
- 25D. COUNTY OF ISSUE: LOS ANGELES
- 25E. SIGNATURE OF COUNTY CLERK: FRANK S. ZOLIN

**WITNESS(ES)**
- 26A. SIGNATURE OF WITNESS
- 26B. ADDRESS: 68 N ARROYO BLVD
- 26C. CITY, STATE AND ZIP CODE: PASADENA, CA 91105
- 27A. SIGNATURE OF WITNESS
- 27B. ADDRESS: 68 N. ARROYO BLVD
- 27C. CITY, STATE AND ZIP CODE: PASADENA CA 91105

**CERTIFICATION OF PERSON SOLEMNIZING CEREMONY**
- 28. I HEREBY CERTIFY THAT THE ABOVE-NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA ON June 2, 1990 AT Los Angeles, Los Angeles, California
- 29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE
- 29B. RELIGIOUS DENOMINATION: Greek Orthodox
- 29C. NAME AND OFFICIAL TITLE: V. Rev. James T. Adams, Dean St. Sophia Cathedral
- 29D. MAILING ADDRESS AND ZIP CODE: 1324 So. Normandie Ave., Los Angeles, CA 90006

**LOCAL REGISTRAR OF MARRIAGES**
- 30. SIGNATURE OF LOCAL REGISTRAR: Charles Weissburd
- 31. DATE ACCEPTED FOR REGISTRATION: JUN 18 1990

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder.

Charles Weissburd
CHARLES WEISSBURD
Registrar-Recorder

DEC 06 1990
19-693318

This copy not valid unless prepared on engraved border displaying the County of Los Angeles Seal and Signature of Registrar-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF SAN DIEGO

**CERTIFICATE OF DEATH**

State File Number: 3052015012779
Local Registration Number: 3201537001156

| Field | Value |
|---|---|
| 1. Name of Decedent (First) | LATCHEZAR |
| 2. Middle | |
| 3. Last | CHRISTOV |
| 4. AKA | LUCKY CHRISTOV |
| 5. Date of Birth | 03/22/1937 |
| 6. Age | 77 Yrs |
| 7. Sex | M |
| 8. Birth State/Country | BULGARIA |
| Ever in US Armed Forces | NO |
| Marital Status | MARRIED |
| Date of Death | 01/16/2015 |
| Hour | 1240 |
| Education | BACHELOR |
| Hispanic | NO |
| Race | BULGARIAN |
| Usual Occupation | STOCK BROKER |
| Kind of Business/Industry | INVESTMENT BANKING |
| Years in Occupation | 30 |
| Residence | 1625 APPALOOSA |
| City | OCEANSIDE |
| County | SAN DIEGO |
| Zip Code | 92057 |
| Years in County | 30 |
| State | CA |
| Informant | LAURANNE CHRISTOV, WIFE — 825 COLLEGE BLVD APT 327, OCEANSIDE, CA 92057 |
| Surviving Spouse First | LAURANNE |
| Middle | CHRISTINE |
| Last (Birth) | YOUNG |
| Father Name First | LUBEN |
| Last | CHRISTOV |
| Birth State | BULGARIA |
| Mother Name First | LILIANNA |
| Last (Birth) | KISILENCHEV |
| Birth State | BULGARIA |
| Disposition Date | 01/23/2015 |
| Place of Final Disposition | 1/2 RES LAURANNE CHRISTOV 825 COLLEGE BLVD APT 327, OCEANSIDE, CA 92057 |
| Type of Disposition | CR/RES |
| Signature of Embalmer | NOT EMBALMED |
| Name of Funeral Establishment | ACCU-CARE CREMATION CENTER |
| License Number | FD 1528 |
| Local Registrar | WILMA WOOTEN, MD |
| Date | 01/23/2015 |
| Place of Death | RESIDENCE |
| County | SAN DIEGO |
| Facility Address | 1625 APPALOOSA |
| City | OCEANSIDE |

**107. Cause of Death**
- Immediate Cause: ARTERIOSCLEROTIC HEART DISEASE — YRS
- HYPERTENSION — YRS

**112. Other Significant Conditions:** AORTIC STENOSIS, PAROXYSMAL ATRIAL FIBRILLATION

**113. Was Operation Performed:** NO

**Certifier:** FRANKLIN GALEF MD
**License Number:** G36816
**Date:** 01/21/2015
**Attending Physician:** FRANKLIN GALEF MD, 130 CEDAR RD STE 220, VISTA, CA 92083
**First Attended:** 03/02/2007
**Last Attended:** 01/05/2015

**Manner of Death:** Natural

---

County of San Diego Health & Human Services Agency — 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. Required fee paid.

*Wilma J. Wooten, M.D.*

DATE ISSUED: January 27, 2015
WILMA J. WOOTEN, MD
REGISTRAR OF VITAL RECORDS
County of San Diego

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE


*A002818701*

**Transmitted via Federal Express**

July 7, 2015

Ian J. Gazes, Receiver
Gazes LLC
151 Hudson Street
New York, New York 10013

    RE:    *SEC v. Amerindo Investment Advisors Inc., USDC Case No. 05 Civ. 5231*
            *Claimant: LatchezarChristov, Claim No. 27*
            *Amendment to Claim*

Mr. Gazes,

    I am the surviving spouse of Latchezar Christov who is a claimant in the above referenced receivership. Mr. Christov died on January 16, 2015. Enclosed is a certified copy of Decedent's death certificate for your file. I am a successor in interest to this claim, referenced as Claim 27 on the Receiver's Claims Register, also enclosed.

    This letter is sent for the purpose of amending the claim to substitute in as Claimant in light of Mr. Christov's passing. A copy of the claim submitted on September 19, 2013 is also enclosed for your reference.

    My address and phone number are:

Lauranne Christine Christov

825 College Blvd #327
Oceanside, CA 92057

310-503-0224

Please advise what if any other information is required to perfect amendment of this claim in the respects stated above.

                                                   Warmest regards,

                                                   Lauranne Christine Christov

Enclosures

CLAIMS REGISTER OF ALL PROOFS OF CLAIM SUBMITTED TO RECEIVER BY THE SEPTEMBER 20, 2013 BAR DATE

| No. | Claimaint | Shares* | Fund(s) | Principal Funds** | Pre 5/25/05 Profits*** | Pre 5/25/05 Distributions | Post 5/25/05 Profits |
|---|---|---|---|---|---|---|---|
| 1 | E. Ronald Salvitti, M.D. | 91,993.83 | ATGF | $6,000,000.00 | $6,000,000.00 | $0.00 | Unknown |
| 2 | John Preetzmann - Aggerholm | | GFRDA | $279,745.76 | $198,140.10 | $45,000.00 | $992,502.73 |
| 3 | QGCI Nominees Limited a/k/a Quilter Cheviot Limited f/k/a Quilter Goodison Ltd. | 1,642.46 | ATGF | $95,000.00 | -$60,984.65 | $0.00 | Unknown |
| 4 | Lisa Mayer & Debra Mayer c/o Begos Brown & Green LLP | | GFRDA | $11,972,910.93 | $836,350.40 | $1,153,867.26 | $26,920,054.14 |
| | | 14,784.21 | ATGF | $446,168.79 | Unknown | Unknown | Unknown |
| | | 243,902.43 | Intouch | Unknown | Unknown | Unknown | Unknown |
| 5 | Elizabeth Knope | Unknown | Unknown | $84,774.05 | Unknown | None | Unknown |
| 7 | Michael Walsh | 6,057.22 | ATGF | $251,812.46 | Unknown | None | Unknown |
| 8 | Surinder Rametra | 1,957.98 | ATGF | $250,000.00 | Unknown | None | Unknown |
| 9 | Sheridan Securities | 16,917.57 | ATGF | $500,000.00 | None | None | None |
| 10 | James Charles | 22,400.00 | ATGF | $175,726.14 | $271,749.70 | None | Unknown |
| 11 | Ariadana Sanchez | Unknown | GFRDA | $100,000.00 | $1,976,275.64 | Unknown | Unknown |
| 12 | Robin Sayko | 6,057.22 | ATGF | $251,812.46 | $23,920.53 | None | Unnown |
| 13 | Donald & Marilyn Walsh | 6,057.22 | ATGF | $251,812.46 | Unknown | None | Unknown |
| 14 | Frank Harris | Unknown | GFRDA | $50,000.00 | Unknown | None | Unknown |
| 15 | Charles Kaye | 1,630.18 | ATGF | $174,988.00 | $208,146.00 | none | Unknown |
| 16 | Alfred Heitkonig for himself and on behalf of Elna Charlotte Olga a/k/a Elna Heitkoenig and Maaike Maria Hickok a/k/a Heitkoenig | 90,000.00 | ATGF, GFRDA | $6,875,896.73 | Unknown | Unknown | $7,479,156.40 |
| 17 | The Winsford Corporation | Unknown | ATGF | $1,500,000.00 | Unknown | None | Unknown |
| 18 | Peter Sweetland | 1,194.32 | ATGF | $41,670.47 | Unknown | Unknown | Unknown |
| 19 | John Sweetland | 113,859.84 | ATGF | $2,846,496.00 | Unknown | Unknown | Unknown |
| 20 | Timothy Sweetland | 2,823.54 | ATGF | $191,671.47 | Unknown | Unknown | Unknown |
| 21 | John Sweetland | 1,194.32 | ATGF | $41,670.47 | Unknown | Unknown | Unknown |
| 22 | Anthony W. Gibbs | Unknown | ATGF | $1,287,618.98 | Unknown | $30,395.04 | Unknown |
| 23 | Patricia A. Kabara | 6,057.72 | ATGF, Rhodes Capital | $251,812.46 | Unknown | $189,403.00 | Unknown |
| 24 | National Investors Group Holdings Ltd. f/k/a NIG-Amertech Ltd. | 7,799.61 | ATGF | $1,000,000.00 | Unknown | None | Unknown |
| 25 | Angelica Jordan | Unknown | GFRDA, other | $5,252,226.64 | Unknown | None | $7,356,893.16 |

Case 1:05-cv-05231-RJS Document 314-2 Filed 10/04/13 Page 2 of 2
SEC v. AMERINDO INVESTMENT ADVISORS INC., et al., 05 Civ. 5231-rjs (S.D.N.Y.)
CLAIMS REGISTER OF ALL PROOFS OF CLAIM SUBMITTED TO RECEIVER BY THE SEPTEMBER 20, 2013 BAR DATE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29a | Paul Marcus | 146,105.04 | ATGF | $8,451,040.96 | Unknown | Unknown | Unknown |
| 29b | The Deane J. Marcus Trust | 20,559.00 | ATGF | $200,131.51 | Unknown | Unknown | Unknown |
| 29c | The Steven E. Marcus Trust | 20,559.00 | ATGF | $200,131.51 | Unknown | Unknown | Unknown |
| 29d | The Cheryl Marcus-Podhaizer Trust | 20,559.00 | ATGF | $200,131.51 | Unknown | Unknown | Unknown |
| 29e | The Eve S. Marcus Children's Trust | 946.40 | ATGF | $30,000.00 | Unknown | Unknown | Unknown |
| 30 | Imagineers Profit Sharing Plan | 6,941.16 | ATGF | $169,503.13 | Unknown | Unknown | Unknown |
| | | | | $49,424,752.89 | $9,453,597.72 | $1,418,665.30 | $42,748,606.43 |

\* Many Claimants asserted they did not receive regular account statements. Claimants therefore determined their resepctive Share amount from account statements received some time after the initial investment.

\*\* Claimants often determined the Principal Fund amount from based net asset values reflected in statements issues at point after their intial investment.

\*\*\* Individual claimants employed a wide variety of data sources and methods to determine pre and post 5/25/05 Profits.

## NON-INVESTOR CLAIMS

| No. | Claimaint | Amount | Notes |
|---|---|---|---|
| 5 | Traveler's Bond and Financial Products c/o Sherrie Monteiro, Recovery Management Unit | $1,000,000.00 | Claimant does not assert any claim based on investment but for repayment of defense costs advanced to Vilar and Tanaka |
| 26 | The Amerindo Advisories UK Ltd Retirement Benfefits Scheme | $10,551,153.00 | Claimant does not assert any claim based on investment but for the fund vlaue of JP Morgan 102-05012, held in the name of The Trustees of the Amerindo Advisors (UK) Ltd. |
| 27 | Latchezar Christov | None | Claimant does not assert any claim based on investment but for "finder's fee" for introducing potential clients to Amerindo. |
| 28 | J.P. Morgan Securities LLC | None | Claimant does not assert any claim based on investment but for legal fees and expenses incurred by claimaint in connection with various litigations, investigations and proceedings |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

AMERINDO INVESTMENT ADVISORS INC.,
AMERINDO INVESTMENT ADVISORS, INC.,
AMERINDO ADVISORS UK LIMITED,
AMERINDO MANAGEMENT INC.,
AMERINDO TECHNOLOGY GROWTH FUND, INC.,
AMERINDO TECHNOLOGY GROWTH FUND II, INC.,
TECHNO RAQUIA, S.A.,
ALBERTO W. VILAR, and
GARY ALAN TANAKA,

Defendants.

05 Civ. 5231 (RJS)

ECF CASE

## AMENDED PROOF OF CLAIM FORM

Please fill in the information below and supply the supporting documents requested as an attachment to this proof of claim form. This should be received in hand by the Court appointed Receiver for Amerindo Investment Advisors (Panama) et al., whose name and address is below, so as to be received in hand on or before September 20, 2013, 5:00 P.M. (Eastern Standard Time) by (a) certified mail, return receipt requested, or (b) overnight courier, or (hand delivery):

Ian J. Gazes, Esq.
Gazes LLC
151 Hudson Street
New York, New York 10013

<u>Debtor</u> means one or more of the Amerindo entities captioned above in which you gave Principal Funds.

<u>Principal Funds</u> means all funds given to the Debtor(s) and NOT returned to you.

<u>Profits</u> mean the appreciated value of the Principal Funds. By way of example only, earned interest if you held promissory notes and NOT paid to you.

If you are not sure of a fact, please so state the fact you are not sure about, and provide the best documentation you have including copies of Amerindo

statements for at least three months prior to and after the dates indicated below.

## PART A

Please answer the questions below and submit together with this completed form any written agreements between you and the Debtor(s) as concerns the establishment and/or opening of an account with the Debtor(s) (include Amerindo statements for three (3) months prior to the date indicated and after) and Profits prior to May 25, 2005.

## THIS PORTION OF THE PROOF OF CLAIM ONLY COVERS PRINCIPAL FUNDS AND PROFITS AS OF MAY 25, 2005

1. Your name, address, email address and phone number, including the name of any entity through which you provided Principal Funds with the Debtor(s). If your name or address had changed, please specify. LAURANNE CHRISTINE CHRISTOV
   Address: 825 College Blvd #327, Oceanside, CA 92057
   Phone: 310 503-0224

2. Name and address of Debtor(s) (Amerindo entity) in which you gave the Principal Funds and the intended Amerindo entity if the recipient entity is different.
   See attached claim referenced as Claim 27 on Receiver's Claim Register

   Please specify and provide documents reflecting the transmittal of Principal Funds to the Debtor(s). See attached claim referenced as Claim 27 on Receiver's Claim Register

3. Details including the amount and supporting documentation related to Principal Funds you claim as of May 25, 2005 including any Amerindo statements for three (3) months prior to May 25, 2005 and after, if any: $2,100,000 - See attached claim referenced as Claim 27 on Receiver's Claim Register

4. Details including the amount and supporting documentation related to any Profits you claim as of May 25, 2005: $2,100,000 - See attached claim referenced as Claim 27 on Receiver's Claim Register

5. Did you receive any distributions from the Debtor on account of your Principal Funds you claim as of May 25, 2005? NO

If yes please specify any and all distributions and include any payments to third parties by the Debtor(s) on your behalf.

Please attach three (3) statements you received from the Debtor(s).

Please provide copies of all documents that support your claim as of May 25, 2005. Documents could include but are limited to promissory notes, itemized statements of your accounts, cancelled checks, wire transfer confirmations, letters, contracts, judgments, and security agreements. If the claim is secured please attached all document supporting same.

Please answer the questions below and submit together with this completed form any written agreements between you and the Debtor(s) as concerns the establishment and/or opening of an account with the Debtor and appreciated value after May 25, 2005.

## PART B

## THIS PROOF OF CLAIM ONLY COVERS PRINCIPAL FUNDS AND PROFITS AFTER MAY 25, 2005

1. Your name, address, phone number, and email address including the name of any entity through which you gave Principal Funds to the Debtor(s) after May 25, 2005. If your name or address had changed, please specify.

2. Name and address of Debtor(s) (Amerindo entity) in which you gave the Principal Funds and the intended Amerindo entity if the recipient entity is different.

   Please specify and provide documents reflecting the transmittal of Principal Funds to the Debtor(s).

3. Details including the amount and supporting documentation related to Principal Funds you claim after May 25, 2005 (please attach any statements you received after May 25, 2005);

4. Details including the amount and supporting documentation related to any Profits you claim after May 25, 2005;

5. Did you receive any distributions from the Debtor on account of your Principal Funds you claim after May 25, 2005?

If yes please specify any and all distributions and include any payments to third parties by the Debtor(s) on your behalf.

Please attach the last three (3) statements you received from the Debtor(s).

Please provide copies of all documents that support your claim after May 25, 2005. Documents could include but are limited to promissory notes, itemized statements of your accounts, cancelled checks, wire transfer confirmations, letters, contracts, judgments, and security agreements. If the claim is secured, please attached all document supporting same.

Please redact all account numbers other than the last 4 digits on the statement including personal identification numbers such as social security numbers and business EIN numbers.

DO NOT SEND ORIGINAL DOCUMENTS.

Signature:

\_\_\_\_ I am the account owner    \_\_\_\_ I am the account owner's authorized agent

Please note that, although you may make a claim through an agent, you DO NOT NEED TO HAVE AN AGENT to make this claim, and pay or offer to pay an agent merely to make this claim or obtain payment on your account. Your claim will not be reduced if you do not have an agent.

Print Name: _____
Title: _____
Company: _____
Email: _____
Telephone Number: _____

_____     _____
Signature                                                          Date

If claim has been assigned please provide the following information:

Name of Assignee: _____
Address of Assignee: _____
Email of Assignee: _____
Tel No. Of Assignee: _____
Date of Assignment: _____