

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 30, 2020

**BY EMAIL and ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Vilar and Tanaka*
              Case No. 05-CR-621 (RJS)

Dear Judge Sullivan:

      The Government respectfully requests that the Court set the following briefing schedule in response to the letter motion filed by counsel for defendant Alberto Vilar regarding his restitution obligations and reappointment of counsel under the Criminal Justice Act (Dkt. No. 913). The Government would respectfully propose a deadline of January 11, 2021 for filing of opposition papers and a deadline of January 19, 2021 for the filing of the reply papers. Counsel for Vilar has consented to this schedule.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

      by: */s/*
      Alexander J. Wilson
      Assistant United States Attorney
      (212) 637-2453

IT IS HEREBY ORDERED THAT the government shall file its opposition papers by January 11, 2021, and Defendant shall file his reply by January 19, 2021. SO ORDERED.

Dated:    December 30, 2020
           New York, New York

Richard J. Sullivan
UNITED STATES CIRCUIT JUDGE
Sitting by Designation