UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR,

Defendant.

No. 05-cr-621 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Defendant Alberto Vilar, through counsel, requests that the Court reappoint Donna R. Newman and Michael Bachrach as counsel, *nunc pro tunc* to July 1, 2020, to investigate and negotiate a global settlement of outstanding forfeiture claims against Vilar in this matter. (Doc. Nos. 913 and 925); *see also* 18 U.S.C. § 3006A. Because the Court already appointed counsel to represent Vilar in connection with post-conviction forfeiture proceedings in this case (Doc. No. 776), and because the Court is persuaded that counsel could facilitate ongoing global settlement negotiations to the benefit of all parties and the Court (*see* Doc. No. 917), IT IS HEREBY ORDERED THAT Newman and Bachrach are appointed as counsel pursuant to 18 U.S.C. § 3006A for the limited purpose of representing Vilar during settlement negotiations and related forfeiture proceedings, *nunc pro tunc* to July 1, 2020. The Clerk of Court is respectfully directed to terminate the open motion at document number 925.

SO ORDERED.

Dated:   January 18, 2021
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation