UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR, *et al.*,

Defendants.

ORDER

No. 05-cr-621 (RJS)

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT, by April 1, 2021, the government shall update the Court on the amount of restitution that has been paid by Defendants and the amount of restitution that remains outstanding for each of the victims identified in the Court's judgment.

SO ORDERED.

Dated:   March 29, 2021
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation