UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR, *et al.*,

Defendants.

No. 05-cr-621 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As the Court previously ordered (Doc. No. 959), oral argument will take place on Friday, July 30, 2021 at 11:00 a.m. via ZoomGov videoconference. The Court will contact the parties directly with instructions for accessing the videoconference. Members of the public may monitor the proceeding via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:   July 22, 2021
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation