AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 05CR621 |
| AMERINDO INVESTMENT ADVISORS INC., ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Interested Party E. Ronald Salvitti, M.D.

Date: 02/19/2020

/s/ RENEE M. WONG
*Attorney's signature*

RENEE M. WONG
*Printed name and bar number*

401 BROADWAY, SUITE 306
NEW YORK, NEW YORK 10013
*Address*

RENEE@WONGLAW.NET
*E-mail address*

(917) 701-0792
*Telephone number*

(212) 966-0588
*FAX number*