

SEYMOUR J. REISMAN
DAVID H. PEIREZ *
JEROME REISMAN
MICHAEL J. ANGELO
JOSEPH CAPOBIANCO
NANCY E. GIANAKOS •

GLENN S. FORSTNER °
LISA A. GIUNTA-POPEIL

\* MEMBER NY AND FL BAR
° MEMBER NY AND NJ BAR
• MEMBER NY, NJ AND CT BAR

**REISMAN PEIREZ REISMAN
& CAPOBIANCO LLP**

1305 FRANKLIN AVENUE
SUITE 270
GARDEN CITY, NEW YORK 11530
PHONE (516) 746-7799 | FAX (516) 742-4946
WWW.REISMANPEIREZ.COM

Direct E-Mail:
JReisman@reismanpeirez.com

SENIOR COUNSEL
HON. JOHN B. RIORDAN
NASSAU COUNTY SURROGATE
(2001-2010)

DANIEL PALMIERI
RETIRED NYS SUPREME COURT
JUSTICE

November 16, 2021

**Via ECF**

Hon. Richard J. Sullivan
United States District Judge - SDNY
Thurgood Marshall States Courthouse
40 Foley Square, Room 2104
New York, NY 10007

Re: *US v. Vilar, et al.*, 05-CR-621 (RJS)

Dear Judge Sullivan:

We represent Lisa and Debra Mayer (the "Mayers"). We write pursuant to your November 3, 2021 Order (*see* Dkt. No. 984), directing the Mayers, by November 17, 2021, to submit a response to the Government's position set forth in its October 15, 2021 letter (*see* Dkt. No. 976) or a status update on the Mayers' settlement negotiations with the Government.

At present, the Mayers are still actively engaged in settlement negotiations with the Government. These settlement negotiations have progressed considerably, and a resolution appears imminent. Thus, the Mayers respectfully request a further extension, to December 1, 2021, to either respond to the Government's October 15, 2021 letter or else, if a settlement has been reached or negotiations with the Government are still ongoing, to provide a status update.

Nothing contained herein should be construed as a waiver of any rights of the Mayers, all of which are expressly reserved, including but not limited to their right to assert their interests in the assets covered by the Second Substitute Asset Order (*see* Dkt. No. 848) and/or to oppose the Government's position or the position of any other party. Thank you.

Respectfully yours,

Jerome Reisman

CC: All counsel of record (via ECF)
JR/lgp:224328

IT IS HEREBY ORDERED THAT the Mayers' request for an extension of time in which to respond to the government's October 15, 2021 letter (Doc. No. 986) is GRANTED.  The Mayers shall respond no later than December 1, 2021.  The Clerk of Court is respectfully directed to terminate the motion pending at document number 986.


SO ORDERED.
Dated: November 19, 2021                    _____
                                            Richard J. Sullivan
                                            U.S.C.J., Sitting by Designation