UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ALBERTO WILLIAM VILAR, *et al.*,<br><br>                    Defendants. | No. 05-cr-621 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of two letters filed by the government requesting that the Court (1) enter two Stipulations and Orders of Settlement (Doc. Nos. 992 and 993), and (2) vacate the Second Preliminary Order of Forfeiture as to Substitute Assets entered by the Court on December 9, 2019 (Doc. No. 992 at 1).  As the government notes, the Marcus Claimants and Ronald Salvitti "have indicated they will object to the vacatur of the Second Substitute Assets Order on the grounds that they are entitled to litigate their claims to the Additional Assets in the ancillary proceeding."  (Doc. No. 992 at 2; *see also* Doc. Nos. 982 and 985.)  Accordingly, IT IS HEREBY ORDERED that the third-party petitioners shall file any objection no later than January 7, 2022; the government shall file its response(s), if any, no later than January 14, 2022.

SO ORDERED.

Dated:    December 14, 2021
         New York, New York

                                                       _____
                                                       RICHARD J. SULLIVAN
                                                       UNITED STATES CIRCUIT JUDGE
                                                       Sitting by Designation