UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR, *et al.*,

Defendants.

No. 05-cr-621 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of letters from the Marcus Claimants (Doc. No. 997) and E. Ronald Salvitti (Doc. No. 998), requesting an extension of time in which to file their objections to the government's request to vacate the Second Preliminary Order of Forfeiture as to Substitute Assets. The government does not oppose the request. IT IS HEREBY ORDERED that the third-party claimants shall file any objection no later than February 1, 2022; the government shall file its response(s), if any, no later than February 8, 2022. The Clerk of Court is respectfully directed to terminate the open motion at document number 997.

SO ORDERED.

Dated:   January 5, 2022
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation