# LAW OFFICES OF DANIEL M. PEREZ, ESQ.
**ATTORNEYS AT LAW**
93 SPRING STREET, SUITE 505
NEWTON, NEW JERSEY  07860
TELEPHONE:  (973) 300-5135
FAX:  (973) 300-5199
WWW.DANPEREZLAW.COM
E-MAIL: DAN@DANPEREZLAW.COM

---

June 9, 2022

Hon. Richard J. Sullivan, U.S.C.J.
United States District Court
United States Courthouse
40 Foley Square
New York, NY  10007

**Via ECF and Electronic Mail: sullivannysdchambers@nysd.uscourts.gov**

    Re:    <u>United States v. Tanaka</u>, No. 05-cr-621 (RJS)

Dear Judge Sullivan:

    On January 11, 2021, the Court temporarily appointed the undersigned to the Southern District of New York's CJA Panel pursuant to 18 U.S.C. § 3006A "for the limited purpose of representing [defendant Gary] Tanaka during settlement negotiations and related forfeiture proceedings."

    Following extensive negotiations among the government, the SEC, the trustees of the Amerindo (UK) Limited Retirement Benefits Scheme, Mr. Tanaka and others, the Court approved and endorsed a comprehensive settlement agreement on April 19, 2022. In a separate order of that date, the Court granted the government's motion to (1) vacate the Second Preliminary Order of Forfeiture as to Substitute Assets and (2) terminate the Post-Conviction Restraining Order as to the Additional Assets.

    Pursuant to Fed. R. App. P. 42, Mr. Tanaka voluntarily withdrew his appeals of the first and second substitute asset forfeiture orders (Second Circuit Docket Nos. 19-2492(L), 19-2602(Con) and 20-421(Con)) on April 19, 2022. The Second Circuit "So Ordered" the stipulation withdrawing the appeals on April 20, 2022 and relieved the undersigned as Mr. Tanaka's appellate counsel on May 9, 2022.

    In light of the global settlement agreement and related orders, having been relieved by the Second Circuit as Mr. Tanaka's appellate counsel, and having fully discharged all responsibilities to Mr. Tanaka as provided in the Court's January 11, 2021 order of temporary

and limited appointment, it is respectfully requested that the Court terminate the January 11, 2021 order of appointment and relieve the undersigned as Mr. Tanaka's appointed counsel.

I thank the Court for its kind consideration.

Sincerely Yours,

*s/ Daniel M. Perez*

DANIEL M. PEREZ

cc: Mr. Gary Tanaka
All counsel (via ECF)

---

On January 11, 2021, the Court appointed Mr. Daniel M. Perez as counsel pursuant to 18 U.S.C. § 3006A for the limited purpose of representing Defendant Gary Tanaka during settlement negotiations and related forfeiture proceedings. (Doc. No. 917.) In light of the global settlement agreement and withdrawal of related appeals *(see* Doc. Nos. 1010, 1011, 1012), the Court determines that this limited purpose has been met. Accordingly, IT IS HEREBY ORDERED THAT Mr. Daniel M. Perez is relieved as counsel in this matter. The Clerk of Court is respectfully directed to terminate his representation and close the motion pending at Doc. No. 1014.

SO ORDERED.
Dated: June 27, 2022

_____
Richard J. Sullivan
U.S.C.J., Sitting by Designation